IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

DAVID ROBERT BENTZ (#S-63210),
        PLAINTIFF,

-VS-

DOCKET NO: 18-1064-DRH

MR. MULHOLLAND,
WILLIAM QUALLS, SGT. MIKE McCLURE,
JASON FURLOW, MASON YANKEY,
DEAN GROSS, KRISTA ALLSUP,
DR. M. SIDDIQUI, DR. SHAH,
N.P. MIKE MOLDENHAUER, JACQUELINE LASHBROOK,
ALEX JONES, KELLY PIERCE,
SGT. MR. JAMES, C/O ANDERSON,
SHERRY BENTON, CHRISTA MAHNKEN,
TAMERA TURNER, R.N. HOLLY HAWKINS,
C/O T. SMITH (BADGE #4349), K. MAUE,
DERRICK THREADGILL, DEDE SHORT,
JASON WALLER, NURSE MISS. MEAR'S,
CHRISTOPHE FRITSCHE, MENARD CORRECTIONAL CENTER,
WEXFORD HEALTH SERVICE,
ILLINOIS DEPARTMENT OF CORRECTIONS,
C/O JOHN DOE #1, C/O JOHN DOE #2,
NURSE JANE DOE #5, NURSE JANE DOE #6,
NURSE JANE DOE #7, NURSE JOHN DOE #8,
NURSE JANE DOE #9, Va LT. MAJOR. JOHN DOE #10, AND
UNIDENTIFIED JOHN AND JANE DOE'S, et al,
        DEFENDANTS,

SCANNED AT MENARD and E-mailed
5-4-18   by   PS   159 pages
   date      initials   No.

VERIFIED
CIVIL RIGHTS ACT COMPLAINT
TITLED 42, SECTION 1983 U.S. CODE

        THIS IS A CIVIL RIGHTS COMPLAINT FILED BY, DAVID ROBERT BENTZ, PRO-SE, PLAINTIFF,
A STATE OF ILLINOIS PRISONER, UNDER 42 U.S.C. SECTION 1983, ALLEGING A
CIVIL CONSPIRACY IN CONJUNCTION WITH UNITED STATES CONSTITUTIONAL RIGHTS
VIOLATIONS UNDER THE FIRST, EIGHTH, AND FOURTEENTH AMENDMENTS TO THE U.S.
CONSTITUTION. THE PLAINTIFF ALSO ALLEGES THE TORT[S] OF NEGLIGENCE,
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL AND MALICIOUS ACTION,
SLANDER, ASSAULT AND BATTERY, SEXUAL ASSAULT AND BATTERY, AND OTHER[S].

MUL
1

## JURISDICTION

① THIS COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS OF VIOLATIONS OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 28 U.S.C. SECTION 1331(1) AND 1343;

② THIS COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF'S STATE LAW TORT CLAIMS UNDER 28 U.S.C. SECTION 1367;

③ THIS COURT HAS AUTHORITY PURSUANT TO 42 U.S.C. SECTION 1983 TO AWARD APPROPRIATE ACTUAL, CONSEQUENTIAL, COMPENSATORY, AND PUNITIVE DAMAGES, AND HAS AUTHORITY UNDER 42 U.S.C. SECTION 1988 TO AWARD ATTORNEY FEES AND COST TO SUCCESSFUL CIVIL RIGHTS PLAINTIFFS.

## PARTIES:

④ THE PLAINTIFF, DAVID ROBERT BENTZ, WAS/IS INCARSARATED AT THE MENARD CORRECTIONAL CENTER DURING THE EVENTS DESCRIBED WITHIN THIS COMPLAINT.

⑤ DEFENDANT, MULHOLLAND, IS A CORRECTIONAL OFFICER OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

⑥ DEFENDANT, WILLIAM QUALLS, IS A LIEUTENANT OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

⑦ DEFENDANT'S, FURLOW, YANKEY, AND D. GROSS, ARE CORRECTIONAL OFFICERS OF MENARD CORRECTIONAL CENTER, ARE EMPLOYED AT MENARD CORRECTIONAL CENTER. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

⑧ DEFENDANT, K. ALLSUP, IS A COUNSELOR OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

⑨ DEFENDANT'S, DOCTOR M. SIDDIQUI, IS THE MEDICAL DIRECTOR OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

MUL
2



(10) DEFENDANT, DOCTOR, SHAH, IS A DOCTOR OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

(11) DEFENDANT, N.P., MIKE MOLDENHAUER, IS A NURSE PRACTITIONER OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

(12) DEFENDANT, J. LASHBROOK, IS THE CHIEF WARDEN OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

(13) DEFENDANT, ALEX JONES, IS THE ASSISTANT WARDEN OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

(14) DEFENDANT, KELLY PIERCE, IS A CORRECTIONAL OFFICER OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

(15) DEFENDANT, SHERRY BENTON, IS A INMATE ISSUES OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, IS EMPLOYED WITH THE ILLINOIS DEPARTMENT OF CORRECTIONS. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

(16) DEFENDANT'S, CHRISTA MAHNKEN, AND TAMERA TURNER, ARE MEDICAL STAFF OF MENARD CORRECTIONAL CENTER, ARE EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

(17) DEFENDANT, R.N., HOLLY HAWKINS, IS NURSING SUPERVISOR OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

(18) DEFENDANT, MENARD CORRECTIONAL CENTER, IS A FACILITY LOCATED WITHIN THE STATE OF ILLINOIS OF THE ILLINOIS DEPARTMENT OF CORRECTIONS.

(19) DEFENDANT, WEXFORD HEALTH SERVICE, IS UNDER CONTRACT TO PROVIDE MEDICAL CARE FOR MENARD CORRECTIONAL CENTER AND/OR THE ILLINOIS DEPARTMENT OF CORRECTIONS, TO PRISONERS TO INCLUDE THIS PLAINTIFF.

(20) DEFENDANT, THE ILLINOIS DEPARTMENT OF CORRECTIONS, OVERSEES FACILITIES SUCH AS MENARD CORRECTIONAL CENTER WITHIN THE STATE OF ILLINOIS.

21) DEFENDANT, S/o. T. SMITH (BADGE #4349), IS AN ORANGE CRUSH (TACK) OFFICER OF BIG MUDDY RIVER CORRECTIONAL CENTER, IS EMPLOYED AT BIG MUDDY RIVER CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

22) DEFENDANT, JOHN DOE #1, IS AN ORANGE CRUSH (TACK) OFFICER (HELMENT #6) BELIEVED TO BE S/o HOLDER OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

23) DEFENDANT'S, JASON WALLER, THREAD GILL, JOHN DOE #2, FRITSCHE, AND DEDE SHORT, K. MAUE, ARE CORRECTIONAL OFFICERS/STAFF OF MENARD CORRECTIONAL CENTER, ARE EMPLOYED AT MENARD CORRECTIONAL CENTER. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES (TO INCLUDE UNIDENTIFIED JOHN AND JANE DOE'S, etc/p)

24) DEFENDANT'S, NURSE JANE DOE #5, AND NURSE JANE DOE #6, ARE NURSES OF MENARD CORRECTIONAL CENTER (N.V.), ARE EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

25) DEFENDANT'S, NURSE JANE DOE #7 AND NURSE JOHN DOE #8, ARE NURSES AND/OR X-RAY TECH'S OF MENARD CORRECTIONAL CENTER, ARE EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

26) DEFENDANT, NURSE JANE DOE #9, IS A NURSE OF MENARD CORRECTIONAL CENTER (NU-12/05/17, 7am-3pm), IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

27) DEFENDANT, NURSE MISS MEARS (SU-03/30/18, 7am-3pm), IS A NURSE OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

27-A) DEFENDANT, SGT. MR. JAMES, IS A SEARGENT AT MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

27-B) DEFENDANT, S/o ANDERSON (TACK TEAM), IS A CORRECTIONAL OFFICER/TACK TEAM (ORANGE CRUSH) OF ___ VIA MEA CORRECTIONAL CENTER, WHO SHOOK PLAINTIFF'S CELL DOWN ___ (NU-6/2-MENARD) ON 11/30/17. HE/HER IS SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY.

27-C) DEFENDANT, 1/2 LT/MAJOR, JOHN DOE #10, IS AN INTERVAL AFFAIRS OFFICER LT. AND/OR MAJOR (YOUNG, SHORT HAIR, SKINY) (INTERVIEWED PLAINTIFF ON 12/07/17) OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

27-D) DEFENDANT, SGT. MIKE McCLURE, IS A SEPARGENT AT MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

MWL
4

## COLOR OF STATE LAW / JOINDER

(28) ALL THE DEFENDANTS HAVE ACTED, AND/OR CONTINUE TO ACT, UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT. THIS MULTI-CLAIM MULTI-DEFENDANT COMPLAINT IS PROPERLY JOINED WHERE THE CLAIMS DID ARISE FROM THE SAME FACTUAL SITUATION, WHERE THE CLAIMS AGAINST DEFENDANTS DID ALSO ARISE OUT OF THE SAME TRANSACTION, OCCURRENCE, OR SERIES OF TRANSACTIONS OR OCCURRENCES, AND WHERE A COMMON QUESTION OF LAW OR FACT DOES EXIST BETWEEN THE DEFENDANTS

## LAW SUITS

(29) THIS PLAINTIFF CURRENTLY HAS A CIVIL ACTION IN FEDERAL COURT RELATED TO PLAINTIFFS IMPRISONMENT AND IN THE SEVENTH (7TH) CIRCUIT AS FOLLOWED:

(A) BENTZ (V) FISCHER, #11-CV-3403, USDC/C-OIL (SETTLED)
(B) BENTZ (V) PALMER, #12-CV-1753, USDC/WOIL (DISMISSED)
(C) BENTZ (V) GISH, #12-CV-1436, USDC/SOIL (DISMISSED)
(D) BENTZ (V) HARDY, #12-CV-10426, USDC/WOIL (SETTLED)
(E) BENTZ (V) BLEDSOL, #13-CV-373, USDC/SOIL (PENDING)
(F) BENTZ (V) HOWELL, #13-CV-759, USDC/SOIL (SETTLED)
(G) BENTZ (V) HUGHS, #13-CV-1280, USDC/SOIL (DISMISSED)
(H) BENTZ (V) SMITH, #14-2437, 7TH CIR. (SETTLED)
(I) BENTZ (V) MAUE, #14-CV-562, USDC/SOIL (PENDING)
(J) BENTZ (V) BUTLER, #14-CV-996, USDC/SOIL (DISMISSED)
(K) BENTZ (V) ATCHINSON, #14-CV-1132, USDC/SOIL (SETTLED)
(L) BENTZ (V) LINDENBURG, #15-CV-121, USDC/SOIL (PENDING)
(M) BENTZ (V) GHOSH, #16-1697, 7TH CIR. (WON)
(N) BENTZ (V) HARDY, #15-1344, 7TH CIR (WON)
(O) BENTZ (V) MAUE, #16-CV-854, USDC/SOIL (PENDING)
(P) BENTZ (V) GREGSON, #16-CV-1349, USDC/SOIL (PENDING)
(Q) BENTZ (V) GREGSON, #17-CV-15, USDC/SOIL (PENDING)
(R) BENTZ (V) MAUE, #17-1729, 7TH CIR. (WON)
(S) BENTZ (V) GODINEZ, #17-CV-315, USDC/SOIL (PENDING)
(T) BENTZ (V) QUALLS, #17-1728, 7TH CIR. (PENDING)
(U) BENTZ (V) HOPPENSTED, #17-CV-654, USDC/SOIL (PENDING)
(V) BENTZ (V) THREADGILL, #17-CV-1384, USDC/SOIL (PENDING)
(W) BENTZ (V) LINDENBERG, #18-CV-11, USDC/SOIL (PENDING)
(X) BENTZ (V) NEWBOLD, #18-CV-17, USDC/SOIL (PENDING)
(Y) BENTZ (V) McGLORN, #18-CV-18, USDC/SOIL (PENDING)
(Z) BENTZ (V) GODINEZ, #18-1686, 7TH CIR. (PENDING)
(AA) BENTZ (V) GREGSON, #18-1273, 7TH CIR. (PENDING)

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

(30) THIS PLAINTIFF HAS EXHAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES AS TO THE EXTENT THEY WERE MADE AVAILABLE WITH RESPECT TO ALL CLAIMS AND DEFENDANTS (SEE EXS) MUE

5

## STATEMENT OF CLAIMS

(31) THIS IS A CIVIL RIGHTS COMPLAINT FILED BY, DAVID BENTZ, PRO-SE, A STATE OF ILLINOIS PRISONER UNDER 42 U.S.C. SECTION 1983, ALLEGING A CIVIL CONSPIRACY IN CONJUNCTION WITH UNITED STATES CONSTITUTIONAL RIGHTS VIOLATIONS UNDER THE FIRST, EIGHTH, AND FOURTEENTH AMENDMENTS. PLAINTIFF ALSO INVOKES THE SUPPLEMENTAL PENDENT JURISDICTION OF THIS COURT. THE PLAINTIFF ALSO ALLEGES THE TORTS OF NEGLIGENCE, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL AND MALICIOUS ACTION, SLANDER, ASSAULT AND BATTERY, SEXUAL ASSAULT, AND OTHER [S].

(32) THE PLAINTIFF, BENTZ, IS A LONG TERM GENERAL POPULATION PRISONER CURRENTLY BEING HOUSED AT MENARD CORRECTIONAL CENTER, A MAXIMUM SECURITY FACILITY.

(33) THE GRAVAMEN OF THIS MULTI-CLAIM COMPLAINT IS THAT BENTZ HAS BEEN CONSPICUOUSLY DENIED RIGHTS AND PRIVILAGES, SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT (AND OTHER SUCH CONSTITUTIONAL AND STATE LAW DEPRIVATIONS) DUE TO THE DEFENDANTS DENIAL OF ADEQUATE MEDICAL CARE FOR PLAINTIFF'S BROKEN LEFT HAND RING FINGER, AND SAFETY ISSUES AS DESCRIBED WITHIN THIS COMPLAINT.

(34) THE FIRST AMENDMENT PROTECTS A PRISONER'S RIGHT TO INTER ALIA, THE FREEDOM OF EXPRESSION AND COMMUNICATION.

(35) THE EIGHTH AMENDMENT, WHICH FORBIDS "CRUEL AND UNUSUAL PUNISHMENT", GOVERNS THE TREATMENT OF CONVICTED PRISONERS, DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS OF PRISONERS CONSTITUTES THE UNNECESSARY AND WANTON INFLICTION OF PAIN PROSCRIBED BY THE EIGHTH AMENDMENT.

(36) THE FOURTEENTH AMENDMENT FORBIDS THE STATE TO DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF LAW.

(37) AS A CONVICTED-SENTENCED PRISONER, THE CONSTITUTION REQUIRES PRISON AUTHORITIES TO PROVIDE PRISONERS WITH REASONABLY ADEQUATE MEDICAL CARE, THAT IS, MEDICAL SERVICE'S AT A LEVEL REASONABLY COMMENSURATED WITH MODERN MEDICAL SCIENCE AND OF A QUALITY ACCEPTABLE WITH PRUDENT PROFESSIONAL STANDARDS.

(38) THERE EXIST A PATTERN OF CONDUCT AMONGST CERTAIN DEFENDANTS' SHOWING A CIVIL CONSPIRACY TO DEPRIVE PRISONERS, HOUSED AT MENARD CORRECTIONAL CENTER, TO INCLUDE PLAINTIFF BENTZ, OF ACCESS TO REASONABLE ADEQUATE HEALTH CARE SERVICES, AND RETALIATION FOR FILING LAW SUITS AND GRIEVANCES.

(39) BENTZ WILL PROVIDE EVIDENCE AT TRIAL TO SUBSTANTIATE HIS CIVIL CONSPIRACY CLAIM THAT, IN FACT, SPECIFIC DEFENDANTS' HAVE BEEN DELIBERATELY INDIFFERENT TO BENTZ'S SERIOUS MEDICAL HEALTH NEEDS BY ① DENIAL OR DELAY OF ACCESS TO TREATMENT; ② FAILURE TO INQUIRE INTO ESSENTIAL FACTS THAT ARE NECESSARY TO MAKE A PROFESSIONAL JUDGMENT; ③ INTERFERENCE WITH MEDICAL JUDGMENT BY FACTORS UNRELATED TO PLAINTIFF'S SERIOUS MEDICAL NEEDS; ④ TO DENY MEDICAL CARE IN AN EFFORT TO COVER UP THE INJURY SUSTAINED BY THE SAFETY ISSUE OF NO HANDLES ON THE INSIDE OF CELL DOORS TO OPEN AND CLOSE THE DOOR FROM THE INSIDE OF THE CELL[S].

(40) THE PERSONS NAMED IN THIS ACTION ABSOLUTELY DO NOT HAVE IMMUNITY, WHEN THEY INFRINGE THE CONSTITUTIONAL AUTHORITY THAT PENOLOGICALLY JUSTIFIES SOUND DECISION MAKING IN THE DAILY OPERATIONS OF PRISON.

## CLAIMS:

(41) ON JULY 29, 2017, THIS PLAINTIFF WAS RETURNING FROM EVENING YARD, WHERE UPON PLAINTIFF CLOSING HIS CELL DOOR (NU-612) PLAINTIFF'S LEFT HAND SOMEHOW GOT COUGHT WITHIN THE CELL DOOR BARS AND BROKE THIS PLAINTIFF'S LEFT HAND FOURTH FIRNGER (RING FIRNGER), AND BENT PLAINTIFF'S FIRNGER ABOUT 45° IN A DIRECTION IT IS NOT TO BEND. (EX#6, EX#30,P.2÷3; EX#7; EX#60,P.6-7; EX#61,P.3-5; EX#60-P.3-7, EX#6)

(42) ON JULY 30, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE (NU) SICK CALL BOX A SICK CALL REQUEST HAND WRITTEN TO MEDICAL CARE FOR A BROKEN FOURTH (4ᵀᴴ) RING FIRNGER LEFT HAND. (EX#1)

(43) ON AUGUST 01, 2017, THE NORTH UPPERS CELL HOUSE WENT ON LEVEL ONE LOCKDOWN UNTIL AUGUST 07, 2017, WHERE THIS PLAINTIFF WAS HOUSED (NU-612).

(44) ON AUGUST 02, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS HEALTH CARE (SICK CALL) REGARDING ABOVE SICK CALL REQUEST (PH#42, EX#1) BY DEFENDANT, NURSE JANE DOE#5, WHERE SHE TOLD THIS PLAINTIFF THAT PLAINTIFF'S FIRNGER LOOKED BROKEN AND THAT SHE CAN NOT SEND PLAINTIFF TO THE HEALTHCARE UNIT TO SEE A DOCTOR OR FOR X-RAYS BECAUSE DEFENDANT'S, MENARD CORRECTIONAL CENTER AND WEXFORD HEALTH SERVICE WILL NOT LET HER (NURSE JANE DOE#5) SEND PLAINTIFF TO THE HEALTH CARE UNIT BECAUSE DEFENDANT'S MENARD CORRECTIONAL CENTER AND WEXFORD HEALTH SERVICE DO NOT CONSIDER A BROKEN FIRNGER TO BE A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO AN X-RAY AND/OR OTHER, AND THAT BECAUSE MENARD CORRECTIONAL WAS ON LOCKDOWN THIS PLAINTIFF WOULD HAVE TO WAIT UNTIL LOCKDOWN WAS OVER TO SEE A DOCTOR AND/OR RECEIVE X-RAYS AND THAT THIS WAS THE REASON DEFENDANT NURSE JANE DOE#5 COULD NOT SEND PLAINTIFF OVER NOW TO SEE A DOCTOR AND/OR FOR X-RAYS DO TO THIS ABOVE DESCRIBED POLICIES- (EX#2)

(45) ON AUGUST 02, 2017, DURRING ABOVE SICK CALL (PH#44) DEFENDANT, NURSE JANE DOE #5 GAVE THIS PLAINTIFF A (MAKE SHIFT SPLINT) YOUNG COMPRESSOR AND TAPE TO KEEP PLAINTIFF'S BROKEN FIRNGER STRAIT, BUT LATER THAT SAME DAY IT WAS TAKEN FROM THIS PLAINTIFF AS BELOW DESCRIBED. (EX#2)

(46) ON AUGUST 02, 2017, LATER THAT SAME DAY THE TACK TEAMS ("ORANGE CRUSH") OF THE SOUTHERN DISTRICT FACILITIES OF THE ILLINOIS DEPARTMENT OF CORRECTIONS SHOOK DOWN THE NORTH UPPERS SIX AND EIGHT GALLORY (NU-612), WHERE ORANGE CRUSH TOOK INMATES TO INCLUDE THIS PLAINTIFF TO THE CHAPEL HAND CUFFED BEHIND THE BACK WITH HEADS DOWN. (EX#6,7,30,60,61,64,66)

(47) UPON THIS PLAINTIFF BEING WITHIN THE CHAPEL AS ABOVE DESCRIBED (PH#46) THIS PLAINTIFF ASKED DEFENDANT, JOHN DOE #1 ORANGE CRUSH OFFICER HELMENT #62 (MSC) (BELIEVED TO BE SO HOLDER) IF PLAINTIFF COULD BE FRONT CUFFED DO TO PLAINTIFF'S BROKEN FIRNGER AND CAUSING PLAINTIFF CHRONIC PAIN BEING HAND CUFFED BEHIND THE BACK AND FORCED TO SIT IN A CHAIR PUTTING PRESSURE ON THIS PLAINTIFF'S BROKEN FIRNGER. (EX#30,6,7,61,64,66)

(48) WHEN THIS PLAINTIFF SHOWED DEFENDANT, JOHN DOE #1 (#62) PLAINTIFF'S SPLINTED FIRNGER DEFENDANT JOHN DOE #1 TOOK PLAINTIFF'S MAKE SHIFT SPLINT (YOUNG COMPRESSOR/TAPE), WHERE THIS PLAINTIFF THEN REQUESTED OF DEFENDANT, JOHN DOE #1 (#62) TO SEE THE NURSE, BUT DEFENDANT, JOHN DOE #1 (#62) TOLD THIS PLAINTIFF TO "SHUT THE FUCK UP" AND WALKED OFF. DEFENDANT, JOHN DOE #1 REFUSED TO GET THIS PLAINTIFF ANY MEDICAL CARE. ①

(49) UPON THIS PLAINTIFF BEING RETURNED FROM THE CHAPEL TO PLAINTIFF'S CELL (NU-612) AT LEAST TWO (2) HOURS LATER. THIS PLAINTIFF FOUND OUT THAT DEFENDANT, T. SMITH (CRUSH) HAD SHOOK DOWN THIS PLAINTIFF'S CELL (NU-612) AND TAKEN PLAINTIFF'S PRESCRIBED PAIN MEDICATION FOR PLAINTIFF'S NECK INJURY AND HAD TAKEN PLAINTIFF'S EXTRA MAKE SHIFT SPLINT (YOUNG COMPRESSOR AND TAPE) THAT DEFENDANT, NURSE JANE DOE #5 GAVE THIS PLAINTIFF ERLYER THAT DAY OF AUGUST 02, 2017, AS ABOVE DESCRIBED WITHIN (PH#45) (EX# 3, #73) ①

(50) ON AUGUST 02, 2017, AFTER ORANG CRUSH SHOOK DOWN. THIS PLAINTIFF SAW THE EXTRA MAKE SHIFT SPLIN AND MEDICAL TAPE/YOUNG COMPRESSOR ON THE GALLORY FLOOR JUST OUTSIDE PLAINTIFF'S CELL (NU-612), WHERE THIS PLAINTIFF STOPPED DEFENDANT, SO MULHOLLAND, AND SHOWED HIM PLAINTIFF'S BROKEN FIRNGER AND ASKED HIM TO GRAB THE YOUNG COMPRESSOR AND TAPE (MAKE SHIFT SPLINT) OFF THE 6-GALLORY FLOOR, AND THIS PLAINTIFF ALSO REQUESTED MEDICAL CARE OF SO MULHOLLAND FOR PLAINTIFF'S CHRONIC PAIN BECAUSE DEFENDANT, SO T. SMITH (CRUSH) HAD TAKEN ALL OF PLAINTIFF'S PRESCRIBED PAIN MEDICATION FOR PLAINTIFF NECK INJURY BECAUSE WITHOUT THE EMPTY LABLE THIS PLAINTIFF COULD NOT GET PRESCRIBED RE-FILL OF MEDICATION. ①

FN#1 (EXHUBTS #6,7,30,60,61,64,66)

MUL
8

51) DEFENDANT, S/O MULHOLLAND LOOKED AT PLAINTIFF'S BROKEN FINGER AND ACKNOWLEDGED THAT THIS PLAINTIFF'S FINGER LOOKED BROKEN AND THEN TOLD THIS PLAINTIFF THAT HE (MULHOLLAND) "DID NOT HAVE TIME" AND THAT THIS PLAINTIFF "WOULD JUST HAVE TO SUFFER" THEN DEFENDANT, MULHOLLAND WALKED OFF AND REFUSED TO DO ANYTHING AT ALL FOR THIS PLAINTIFF'S SERIOUS MEDICAL NEEDS.①

52) ON AUGUST 03, 2017, THIS PLAINTIFF'S CELL HOUSE (NU-6/2) WAS STILL ON LEVEL ONE LOCKDOWN, WHERE DEFENDANT, S/O MULHOLLAND WAS PASSING OUT LUNCH TRAYS ON PLAINTIFF'S GALLORY (NU-6/2), WHEN MULHOLLAND GAVE THIS PLAINTIFF HIS TRAY, PLAINTIFF AGAIN REQUESTED OF DEFENDANT, MULHOLLAND FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN RING FINGER, AND RE-ASTIVIATED NECK INJURY DO TO CRUSH SHAKEDOWN THE DAY BEFORE, WHERE DEFENDANT, MULHOLLAND STARTED TO THREATEN THIS PLAINTIFF OF FURTHER AND/OR FUTURE RETALIATION (ie. BOGAS DISCIPLINARY ACTION AND OTHER) IF THIS PLAINTIFF KEPT ASKING FOR MEDICAL CARE. DEFENDANT, MULHOLLAND WENT ON TO TELL THIS PLAINTIFF THAT PLAINTIFF WOULD NOT BE RECEIVING ANY MEDICAL CARE BECAUSE PLAINTIFF LIKES TO SUE CORRECTIONAL OFFICERS, WHERE DEFENDANT, MULHOLLAND NEVER GOT PLAINTIFF MEDICAL CARE AND DID NOT TRY TO GET PLAINTIFF ANY MEDICAL CARE AT ALL.①

53) ON AUGUST 03, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS SIX GALLORY'S (NU-6/2) INSTITUTIONAL MAIL ADDRESSED TO THE HEALTHCARE UNIT ANOTHER MEDICAL REQUEST SLIP (HAND WRITTEN) REGARDING PLAINTIFF'S BROKEN FOUATH RING FINGER AND ORANGE CRUSH DEFENDANT, S/O T. SMITH TAKING THIS PLAINTIFF'S PRESCRIBED MEDICATION FOR PLAINTIFF'S NECK INJURY, AND PLAINTIFF'S TOUNG COMPRESSOR AND TAPE (MAKE SHIFT SPLINT) FOR PLAINTIFF'S BROKEN RING FINGER, ALONG WITH ORANGE CRUSH RE-ASTIVIATING THIS PLAINTIFF'S NECK INJURY, AND PLAINTIFF NOT BEING ABLE TO GET MEDICATION RE-FILLED BECAUSE ORANGE CRUSH DEFENDANT, S/O T. SMITH TOOK WHAT PLAINTIFF NEEDED IN ORDER TO TURN IN FOR MEDICATION RE-FILLS (EX #4)①

54) ON AUGUST 06, 2017, THIS PLAINTIFF WAS SEEN BY DEFENDANT, NURSE JANE DOE #5 IN THE NORTH UPPERS CELL HOUSE HEALTHCARE AS A RESULT OF PLAINTIFF'S MEDICAL REQUEST SLIP (PH #53, EX #3), WHERE SHE GAVE THIS PLAINTIFF A 3-DAY SUPPLY OF I.B.U.'S (200mg) TO HOLD PLAINTIFF OVER BECAUSE IT WOULD BE A WHILE BEFORE THIS PLAINTIFF WOULD BE SEEN BY A DOCTOR AND/OR GET X-RAYS BECAUSE THE TWO (2) DOCTORS ARE NEVER "HEAR" (AT MENARD CORRECTIONAL CENTER).

55) ON AUGUST 07, 2017, DEFENDANT, K. ALLSUP MADE ROUNDS (NU-6/2), WHERE THIS PLAINTIFF INFORMED ALLSUP OF ALL ABOVE MEDICAL ISSUES AND EVENTS REGARDING PLAINTIFF'S BROKEN RING FINGER AND RE-ASTIVIATED NECK INJURY, AND REQUESTED OF DEFENDANT, K. ALLSUP FOR MEDICAL CARE. DEFENDANT, ALLSUP TOLD THIS PLAINTIFF THAT PLAINTIFF WAS NOT ENTITLED TO ANY MEDICAL CARE THEN ALLSUP WALKED OFF AND REFUSED TO DO ANYTHING FOR THIS PLAINTIFF. (EX #7)①

MUL
9

56) ON AUGUST 10, 2017, THIS PLAINTIFF AGAIN REQUESTED MEDICAL CARE FOR PLAINTIFF'S BROKEN RING FINGER AND RE-AGRIVATED NECK ISSUES OF DEFENDANT'S, **SGT. McCLURE, C/O MULHOLLAND, C/O JOHN DOE #2**, AND OTHER **UNIDENTIFIED JOHN AND JANE DOE'S, et al.,** ALL TO NO AVAIL. ①

57) ON **AUGUST 11, 2017**, DEFENDANT, **C/O MULHOLLAND** WAS PASSING OUT CALL LINE PASSES AT ABOUT 7:30 AM, WHERE UPON **MULHOLLAND** COMING TO THIS PLAINTIFF'S CELL (NU-612), THIS PLAINTIFF AGAIN REQUESTED OF **MULHOLLAND** FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN FINGER AND RE-AGRIVATED NECK INJURY. DEFENDANT **MULHOLLAND** REFUSED TO DO ANYTHING FOR THIS PLAINTIFF AND THEN TOOK PLAINTIFF'S TWO (2) CALL PASS SLIPS AND WODDED THEM UP AND THROUGH THEM BOTH AT THIS PLAINTIFF'S HEAD/FACE. ①

58) LATER THAT SAME DAY OF AUGUST 11, 2017, AT ABOUT 8:30 AM DEFENDANT, **C/O MULHOLLAND** WAS ESCORTING THIS PLAINTIFF FROM THE NORTH UPPER'S CELL HOUSE TO THE CHAPEL FOR A LEGAL CALL, WHERE AGAIN THIS PLAINTIFF REQUESTED OF **C/O MULHOLLAND** FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN FINGER AND NECK ISSUES. **C/O MULHOLLAND** THEN STARTED TO THREATEN THIS PLAINTIFF WITH SEGREGATION IF PLAINTIFF ASKED HIM **(MULHOLLAND)** ONE MORE "FUCKING TIME FOR MEDICAL CARE" BECAUSE **MULHOLLAND** WAS "NOT GOING TO DO SHIT" FOR THIS PLAINTIFF. ①

59) ON AUGUST 11, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPER'S CELL HOUSE INSTITUTIONAL MAIL BOX AN EMERGANCY GRIEVANCE IN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, WARDEN, **J. LASHBROOK**. (EX #6)

60) ON AUGUST 11, 2017, THIS PLAINTIFF ALSO PLACED A SECOND GRIEVANCE WITHIN THE NORTH UPPER'S CELL HOUSE COUNSELOR/GRIEVANCE BOX AN NON-EMERGANCY GRIEVANCE ALMOST IDENTICAL TO ABOVE (PH. 59) IN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, **K. ALLSUP** (COUNSELOR) (EX #2) (EX #30)

61) FROM **JULY 29, 2017**, THROUGHOUT **AUGUST 11, 2017**, THIS PLAINTIFF HAS CONTINUALLY REQUESTED MEDICAL CARE FOR PLAINTIFF'S BROKEN LEFT RING FINGER, CHRONIC PAIN, RE-AGRIVATED NECK INJURY, AND OTHER MEDICAL NEEDS, SAID REQUEST WERE MADE TO DEFENDANT'S, **SGT. McCLURE, C/O MULHOLLAND, C/O FURLOW, C/O YANKEY, C/O D. GROSS, K. MAUE, K. ALLSUP, C/O JOHN DOE #2, D. THREADGILL , NURSE JANE DOE #5** AND OTHER **UNIDENTIFIED JOHN AND JANE DOE'S, et al.,** ALL TO NO AVAIL. ①

62) ON AUGUST 12, 2017, AT ABOUT 9:30 AM, THIS PLAINTIFF AGAIN REQUESTED OF DEFENDANT, **C/O MULHOLLAND** FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN RING FINGER AND NECK ISSUES, WHERE **MULHOLLAND** ONCE AGAIN THREATENED THIS PLAINTIFF WITH SEGREGATION AND A BOGAS/FAULS DISCIPLINARY TICKET/SANCTIONS, IF PLAINTIFF KEPT COMPLAINING AND REQUESTING MEDICAL CARE. ①

(63) ON AUGUST 14, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX TO HEALTHCARE UNIT A MEDICAL REQUEST SLIP (HAND WRITTEN) REQUESTING CARE FOR PLAINTIFF'S BROKEN RING FINGER, RE-FILL OF PAIN MEDICATION (PRESCRIBED) FOR NECK INJURY, AND TO SEE A DOCTOR, ECT... (EX#8)

(64) ON AUGUST 15, 2017, AS A DIRECT RESULT OF THIS PLAINTIFF'S MEDICAL REQUEST SLIP DATED AUGUST 14, 2017 (PH#63, EX#8), PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS HEALTHCARE BY DEFENDANT, NURSE JANE DOE #6, FOR PLAINTIFF'S BROKEN RING FINGER, NECK ISSUES, AND NOT RECEIVING PRESCRIBED PAIN MEDICATION RE-FILLS, WHERE DEFENDANT, NURSE JANE DOE #6, TOLD THIS PLAINTIFF "IT'S A BROKEN FINGER THEIR NOT GOING TO DO ANYTHING ABOUT IT", THIS PLAINTIFF REQUESTED SOME PAIN MEDICATION (I.B.U.'S), BUT NURSE JANE DOE #6 SIMPLY REFUSED TO DO ANYTHING FOR PLAINTIFF AT ALL. ⑪

(65) ON AUGUST 16, 2017, THIS PLAINTIFF RECEIVED A MEDICAL CALL PASS TO SEE DEFENDANT, NURSE PRACTITIONER, MOLDENHAUER, WITHIN THE NORTH UPPERS CELL HOUSE HEALTHCARE AT ABOUT 7:30AM, BUT WHEN THIS PLAINTIFF WENT TO THE CELL HOUSE HEALTHCARE, DEFENDANT, ℅ D. GROSS, WOULD NOT LET THIS PLAINTIFF SEE DEFENDANT, MOLDENHAUER, FOR THE SOUL REASON TO DENY PLAINTIFF OF MEDICAL CARE AND SENT PLAINTIFF BACK TO PLAINTIFF'S CELL (N4-612) (EX#10) ⑪

(66) ON AUGUST 16, 2017, THIS PLAINTIFF ALSO RECEIVED A CALL PASS FOR LEGAL EXCHANGE WITHIN PERSONAL PROPERTY FOR 8:00AM DO TO PLAINTIFF'S SEVERAL COURT DEADLINES, WHERE PLAINTIFF WAS TOLD BY DEFENDANT, ℅ K. MAUE ", TO GO TO LEGAL EXCHANGE AND THAT PLAINTIFF WOULD BE SEEN IN THE NORTH UPPERS CELL HOUSE HEALTHCARE FOR PLAINTIFF'S CALL PASS (PH#65, EX#10) WHEN PLAINTIFF RETURNED FROM HIS LEGAL EXCHANGE CALL PASS, BUT WHEN THIS PLAINTIFF RETURNED FROM LEGAL EXCHANGE AT ABOUT 9:00AM PLAINTIFF REQUESTED OF DEFENDANT, ℅ K. MAUE " IF PLAINTIFF COULD GO SEE DEFENDANT, NURSE PRACTITIONER, MOLDENHAUER, FOR PLAINTIFF'S EARLYER CALL PASS AS DEFENDANT, ℅ K. MAUE ", HAD TOLD PLAINTIFF HE WOULD BE ABLE TO DO, BUT ℅ K. MAUE REFUSED TO ALLOW THIS PLAINTIFF TO SEE DEFENDANT, MOLDENHAUER FOR PLAINTIFF'S MEDICAL CALL PASS, WHERE PLAINTIFF RECEIVED NO MEDICAL CARE AND WAS DENIED (PH#65, EX#7). (EX#9, 10, 11) ⑪

(67) ON AUGUST 16, 2017, LATER THAT DAY THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX TO HEALTH CARE UNIT A MEDICAL REQUEST SLIP (HAND WRITTEN) REQUESTING MEDICAL CARE FOR; CHRONIC PAIN, SWELLING, AND OTHER TO PLAINTIFF'S RE-AGRIVATED NECK INJURY, ORANGE CRUSH TAKING PLAINTIFF'S PRESCRIBED PAIN MEDICATION FOR PLAINTIFF'S NECK INJURY AND OTHER MEDICAL THINGS PREVENTING PLAINTIFF FROM BEING ABLE TO GET PRESCRIPTION RE-FILLS; ALSO THIS BROKEN RING FINGER CAUSING PLAINTIFF CHRONIC PAIN (EX#12, 13)

(68) ON AUGUST 18, 2017, DEFENDANT, ASSISTANT WARDEN, ALEX JONES, DENIED THIS PLAINTIFF'S EMERGANCY GRIEVANCE DATED AUGUST 11, 2017, FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN RING FINGER AND OTHER ISSUES, WHERE IN DOING SO ALEX JONES DENIED THIS PLAINTIFF OF MEDICAL CARE FOR PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CHRONIC PAIN AS DESCRIBED WITHIN SAID GRIEVANCE (EMERGANCY GRIEVANCE) (EX#6)

MUL
11

**69** ON AUGUST 18, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS CELL HOUSE HEALTH CARE BY DEFENDANT, <u>NURSE JANE DOE #6</u>, WHERE SHE TOLD THIS PLAINTIFF THAT SHE DID NOT KNOW WHY DEFENDANT'S, <u>DR. SIDDIQUI</u>, AND/OR DEFENDANT, <u>DR. SHAH</u>, AN/OR ANYONE FOR THAT MATTER WOULD NOT SEE THIS PLAINTIFF FOR PLAINTIFF'S BROKEN FINGER AND/OR RE-AGRIVATED NECK INJURY, AND OTHER MEDICAL ISSUES, BUT DEFENDANT, <u>NURSE JANE DOE #6</u> STATED SHE WOULD PUT THIS PLAINTIFF IN TO SEE THE DOCTOR, WHERE NOTHING ELS WAS DONE (ie NO PAIN MEDS, ENS). ①

**70** ON AUGUST 20, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX ANOTHER MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTH CARE FOR PLAINTIFF'S "① BROKEN LEFT RING FINGER (X-RAY ECT.) ② CHRONIC NECK PAIN, SWELLING, ECT... (M.R.I, ECT...)...", "... ④ RE-FILL OF I.B.U.'S PRESCRIPTION FROM OVER 3-WEEKS AGO TO NO AVAIL ; ⑤ ALL ABOVE HAVE BEEN DENYED OF/REFUSED CARE FOR AT LEAST 3-WEEKS DISPITE CONTINUED/COUNTLESS REQUEST FOR CARE." (EX #14)

**71** ON AUGUST 22, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPER'S CELL HOUSE SICK CALL BOX ANOTHER MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTH CARE FOR PLAINTIFF'S BROKEN RING FINGER, RE-AGRIVATED NECK INJURY, CHRONIC PAIN, PRESCRIBED PAIN MEDICATION RE-FILL FOR NECK INJURY, ALL TO NO AVAIL. (EX #15)

**72** ON AUGUST 23, 2017, THIS PLAINTIFF WENT TO LEGAL EXCHANGE WITHIN MAIN PROPERTY, THEN TO THE CHAPEL FOR A LEGAL CALL, WHERE AFTER THIS PLAINTIFF'S LEGAL CALL PLAINTIFF WAS BEING ESCORTED FROM THE CHAPEL (LEGAL CALL) BACK TO THE NORTH UPPERS CELL HOUSE BY DEFENDANT, C/O FURLOW. ON THE WAY BACK TO THE NORTH UPPERS CELL HOUSE THIS PLAINTIFF AGAIN REQUESTED OF C/O FURLOW TO TAKE THIS PLAINTIFF TO HEALTH CARE FOR PLAINTIFF'S BROKEN RING FINGER, RE-AGRIVATED NECK INJURY, AND OTHER MEDICAL RELATED ISSUES BECAUSE WE WERE PASSING RIGHT BY THE MAIN HEALTH CARE UNIT AND MEDICAL ISSUES ARE CHRONIC ALLOWING C/O FURLOW TO BE ABLE TO TAKE THIS PLAINTIFF TO HEALTH CARE, BUT INSTEAD OF GETTING THIS PLAINTIFF MEDICAL CARE FOR PLAINTIFF'S SERIOUS MEDICAL NEEDS DEFENDANT, C/O FURLOW STARTED TO THREATEN THIS PLAINTIFF FOR REQUESTING MEDICAL CARE AND TOLD THIS PLAINTIFF THAT PLAINTIFF SHOULD NOT HAVE FILED THAT GRIEVANCE "DATED AUGUST 11, 2017 (SEE: PH# 57-60) ①

**73** WHEN DEFENDANT, C/O FURLOW AND THIS GRIEVANT RETURNED TO THE NORTH UPPERS CELL HOUSE FROM THE LEGAL CALL (PH#71) C/O FURLOW STARTED TO FOLLOW THIS PLAINTIFF UP STAIRS TO SIX (6) GALLERY ALL THE WAY FROM CELL NU-654 TO THIS PLAINTIFF'S CELL NU-612 C/O FURLOW CONTINUED TO THREATEN TO "BEAT" THIS PLAINTIFF'S ASS AND "FUCK" THIS PLAINTIFF UP ALL THE WAY DOWN THE ENTIRE NOURTH UPPERS CELL HOUSE'S SIX (6) GALLERY IN FRONT OF THE ENTIRE SIX (6) AND EIGHT (8) GALLERY IF THIS PLAINTIFF CONTINUED TO FILE ANYMORE GRIEVANCES OR REQUESTED ANY MEDICAL CARE AGAIN, WHERE DEFENDANT, C/O FURLOW TOLD THIS GRIEVANT IN A LOUD ALMOST YELLING VOICE TO "FUCKING FILE ANOTHER LAW SUIT BITCH AND YOU'LL WIND UP DEAD LIKE THAT GUY IN NORTH TWO" CELL HOUSE. (NOTE: ON JULY 16, 2017, AN INMATE WAS BEATEN TO DEATH "MURDERED" BY MENARD CORRECTIONAL OFFICERS/STAFF). ①

(74) LATER THAT SAME DAY (PH #72, 73) OF AUGUST 23, 2017, AT ABOUT 11:00AM SHORTLY AFTER ABOVE DESCRIBED INSIDENTS (PH# 72, 73) THE NORTH UPPERS CELL HOUSE WAS BEING RAN OUT TO THE YARD WHERE THIS PLAINTIFF'S GALLORY SIX (6) WAS BEING LET OUT FOR YARD. THIS PLAINTIFF PROCEEDED TO GO OFF THE GALLORY TO YARD WITH THE REST OF THE INMATES. WHEN PLAINTIFF GOT TO THE END OF THE GALLORY BY CELL #654 DEFENDANT, C/O FURLOW STOPPED THIS PLAINTIFF AND AGAIN STARTED TO THREATEN, HARASS, RETALIATE, AND ASSAULT THIS PLAINTIFF AND REFUSED TO ALLOW THIS PLAINTIFF TO GO TO YARD. ①

(25) AFTER THE INMATE OF NORTH UPPERS SIX (6) GALLORY CELL HOUSE (PH 74) WERE ALL OFF THE GALLORY (BUT BEFORE ABOVE EIGHT (8) GALLORY WAS RAN OUT WHICH LOOKS DOWN ON SIX (6) GALLORY) DEFENDANT'S, C/O FURLOW AND DEFENDANT, C/O FRITSCHE ESCORTED THIS PLAINTIFF BACK TO PLAINTIFF'S CELL (NU-612), WHERE THE ENTIRE TIME FROM CELL NU-654 ALL THE WAY TO CELL NU-612 THE DEFENDANT, C/O FRITSCHE WAS WALKING ABOUT TEN (10) FEET IN FRONT OF THIS PLAINTIFF WITH DEFENDANT, C/O FURLOW RIGHT BEHIND THIS PLAINTIFF PUSHING AND SHOVING THIS PLAINTIFF, AND PUNCHING PLAINTIFF IN THE BACK, AND GROPING/GRABING THIS PLAINTIFF'S ASS AT LEAST TWO (2) TIMES, AND ALL THE WAY FROM THE NU-654 CELL TO THE NU-612 CELL (PLAINTIFF'S CELL) DEFENDANT, C/O FURLOW WAS ALSO BRUSHING AND BUMPING THIS PLAINTIFF IN THE BACK WITH HIS BODY AND OTHER. ①

(76) AFTER DEFENDANT, C/O FRITSCHE HAD OPENED PLAINTIFF'S CELL NU-612 DOOR AND PLAINTIFF WAS LOCKED WITHIN HIS CELL NU-612 DEFENDANT C/O FURLOW CONTINUED TO THREATEN TO BEAT THIS PLAINTIFF'S ASS. THEN C/O FRITSCHE, AND C/O FURLOW LEFT TO GO RUN THE ABOVE EIGHT GALLORY OUT TO YARD, AFTER EIGHT GALLORY WAS RAN OUT TO YARD C/O FRITSCHE WHILE PASSING THIS GRIEVANTS CELL NU-612 ASKED PLAINTIFF WHAT THAT WAS ALL ABOUT (REFERING TO C/O FURLOW THREATING THIS PLAINTIFF) BUT DEFENDANT, C/O FRITSCHE DID NOT STOP AND KEPT ON WALKING. ①

(77) ABOUT TWO (2) HOURS LATER AROUND 2PM AFTER YARD WAS OVER AND THE NORTH UPPERS CELL HOUSE SIX GALLORY WAS RAN (RETURNED) FROM YARD DEFENDANT, C/O FURLOW AGAIN FOR NO REASON AT ALL CAME TO THIS PLAINTIFF'S CELL NU-612 AND AGAIN STARTED TO THREATEN, ASSULT THIS PLAINTIFF WITH EXCESSIVE FORCE AND OTHER CALLING THIS PLAINTIFF A "BITCH" AND MAKING SEXUAL GESTURES TO THIS PLAINTIFF ①

(78) ON AUGUST 24, 2017, AT ABOUT 9:00AM THIS PLAINTIFF WAS ON A SIX (6) GALLORY LUNCH LINE MOVEMENT (NU-612), WHERE UPON PLAINTIFF EXITING THE GALLORY DEFENDANT'S C/O FURLOW AND OTHER UNIDENTIFIED JOHN DOE'S, et al, STARTED TO THREATEN TO ASSAULT THIS PLAINTIFF. ①

MUL
13

(79) ON AUGUST 24, 2017, AT ABOUT 10:00am THIS PLAINTIFF WAS ON A HEALTH CARE CALL PASS WITHIN THE NORTH UPPERS CELL HOUSE (EX#16), WHERE WHILE PLAINTIFF WAS WAITING TO BE SEEN DEFENDANT, S/O FURLOW ENTERED INTO THE NORTH UPPERS HEALTH CARE AND AGAIN STARTED TO THREATEN TO BEAT PLAINTIFF'S ASS AND ASSAULT PLAINTIFF, AND STARTED TO AGAIN MAKE SEXUAL GESTURES TO THIS PLAINTIFF, WHERE WITHOUT ANY KIND OF PROVOKTION FROM THIS PLAINTIFF OTHER UNIDENTIFIED JOHN DOE'S, etal, DEFENDANTS ALSO STARTED TO DO THE SAME AS S/O FURLOW TO THIS PLAINTIFF. ①

(80) ON AUGUST 24, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS CELL HOUSE BY DEFENDANT, NURSE PRACTITIONER, MOLDENHAUER REGARDING PLAINTIFF'S BROKEN RING FINGER, RE-AGRIVATED NECK ISSUES, NOT RECIEVING PRESCRIBED MEDICATION FOR PLAINTIFF'S NECK INJURY, AND OTHER MEDICAL RELATED ISSUES, WHERE PLAINTIFF HAD NOT RECIEVED CARE FOR AT LEAST THE LAST THREE AND A HALF (3½) WEEKS. (EX#16) ①

(81) ON AUGUST 24, 2017, DURING ABOVE (PH#79, 80) HEALTHCARE PASS DEFENDANT, MOLDENHAUER TOLD THIS PLAINTIFF THAT HE (MOLDENHAUER) SUGESTED FOR PLAINTIFF NOT TO GET A X-RAY OF PLAINTIFF'S BROKEN RING FINGER BECAUSE DEFENDANT'S, WEXFORD HEALTH SERVICE AND/OR MENARD CORRECTIONAL CENTER AND THE DOCTOR'S (DEFENDANTS, DR. SHAH, AND/OR DR. SIDDIQUI), OR THE ILLINOIS DEPARTMENT OF CORRECTIONS (DEFENDANT) WILL NOT DO ANYTHING FOR PLAINTIFF'S BROKEN FINGER. AFTER THIS PLAINTIFF KEPT BUGING DEFENDANT, MOLDENHAUER FOR X-RAYS MOLDENHAUER TOLD THIS PLAINTIFF THAT HE (MOLDENHAUER) WOULD PUT PLAINTIFF IN FOR X-RAY'S JUST FOR PLAINTIFFS PERSONAL SATISFACTION, BUT MOLDENHAUER SAID IT DID NOT MATTER BECAUSE THEY STILL WOULD NOT DO ANYTHING FOR PLAINTIFFS BROKEN FINGER, DEFENDANT, MOLDENHAUER THEN TOLD PLAINTIFF THAT HE (MOLDENHAUER) WOULD PRESCRIB PLAINTIFF SOME PAIN MEDICATION AND MUSLE RELAXERS FOR PLAINTIFF'S NECK INJURY. ①

(82) ON AUGUST 24, 2017, AT ABOUT 1:15pm DEFENDANT, S/O FURLOW AGAIN CAME TO THIS PLAINTIFF'S CELL WHILE PLAINTIFF'S CELL MATE WAS AT CHAPEL AND BEGAN TO THREATEN TO BEAT THIS PLAINTIFF'S ASS AND THREATNING TO ASSAULT THIS PLAINTIFF, FOR NO REASON AT ALL. ①

(83) ON AUGUST 25, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE COUNSELOR/GRIEVANCE BOX PLAINTIFF'S EMERGANCY GRIEVANCE DATED AUGUST 11, 2017, (PH#59) REGARDING PLAINTIFF'S BROKEN RING FINGER, AND OTHER ISSUES, WHERE SAID GRIEVANCE WAS DENIED AS AN EMERGANCY GRIEVANCE BY DEFENDANT, ASSISTANT WARDEN, ALEX JONES, DENING PLAINTIFF OF ADEQUATE CARE FOR CHRONIC/SERIOUS MEDICAL NEEDS, AND OTHER AS DESCRIBED WITHIN SAID GRIEVANCE ①

(84) ON AUGUST 25, 2017, THIS PLAINTIFF ALSO PLACED A PHOTO COPIED GRIEVANCE OF ABOVE STATED GRIEVANCE DATED AUGUST 11, 2017, (PH#83) WITHIN MENARD'S INSTITUTIONAL MAIL U.S. POSTAGE TO THE ADMINISTRATIVE REVIEW BOARD FOR APPEAL OF EMERGANCY GRIEVANCE AS POLICY STATES THIS PLAINTIFF CAN/IS TO DO UPON DENIAL OF CHIEF ADMINISTRATORS RESPONSE OF EMERGANCY GRIEVANCES ①

MJL
14

(85) ON AUGUST 26, 2017, THIS PLAINTIFF RECEIVED A FIVE (5) MONTH PRESCRIPTION FOR 7.5mg OF MELOXICAM (GENERIC FOR: MOBIC) CONSISTING OF THIRTY (30) TABLETS TO BE TAKEN ONE (1) TIME PER DAY THAT WERE GIVEN TO PLAINTIFF BY A DOE NURSE ON THE 3pm-11pm SHIFT WHO PASSED OUT MEDICATION WITHIN THE NORTH UPPERS CELL HOUSE, WHERE THIS PLAINTIFF SIGNED A RECEIPT OF ONE MONTH OF ABOVE MEDICATION TO BE RE-FILLED ON 09/16/17 (NU-612).

(86) ON AUGUST 28, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE COUNSELORS BOX A GRIEVANCE WITHIN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, COUNSELOR, K. ALLSUP, A NON-EMERGENCY GRIEVANCE PER: "EXCESSIVE FORCE; ASSAULT AND BATTERY; RETALIATION; DENIAL OF MEDICAL CARE; CONSPIRACY; STATE LAW VIOLATIONS; SEXUAL HARASMENT; STATE AND FEDERAL CONSTITUTIONAL RIGHTS VIOLATIONS; AND OTHER." ①

(87) ON AUGUST 28, 2017, THIS PLAINTIFF ALSO PLACED WITHIN THE NORTH UPPERS CELL HOUSE INSTITUTIONAL MAIL/WARDENS BOX A EMERGENCY GRIEVANCE WITHIN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, WARDEN, J. LASHBROOK (GRIEVANCE ADDRESSED IN SAME MANNER) IDENTICAL IN CONTENT AS ABOVE (PH#86) BUT MARKED AS EMERGENCY ①

(88) ON AUGUST 28, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE'S SICK CALL BOX A MEDICAL REQUEST SLIP (HANDWRITTEN) TO HEALTHCARE PER. "SAW N.P., "MOLDENHAUER" HE PRESCRIBED ME MUSLE RELAXERS AND MOBIC (MELOXICAM). I HAVE NOT RECEIVED ANY MUSLE RELAXERS, AND THE MOBIC I WANT CHANGED BACK TO I.B.U.'s 600mg, 3X'S PER DAY, DO TO THIS MOBIC INFLAMING MY NECK INJURY FOR SOME REASON AND NOT WORKING AT ALL FOR ME (FOR MY NECK OR BROKEN FIRNGER, PAIN)" (EX#17) (ALSO SEE: PH#80,#81)

(89) ON AUGUST 28, 2017, THIS PLAINTIFF WAS ON A NU-6-GALLORY LUNCH LINE MOVEMENT, WHERE AT THE END OF SIX GALLORY (BY NU-654) DEFENDANT, C/O YANKEY STARTED TO THREATEN THIS PLAINTIFF WITH EXCESSIVE FORCE, AND ALSO SEXUALLY HARASS THIS PLAINTIFF, WHERE WHEN THIS PLAINTIFF HAD PROCEEDED TO EXIT THE CELL HOUSE UPON PASSING THE NU-SGT-CAGE DEFENDANT, C/O FURLOW ALSO THREATENED THIS PLAINTIFF WITH EXCESSIVE FORCE AND ALSO SEXUALLY HARASSED THIS PLAINTIFF, BOTH ABOVE INCIDENTS WERE WITHOUT ANY KIND OF PROVOKTION FROM THIS PLAINTIFF. ①

(90) ON AUGUST 29, 2017, THIS PLAINTIFF RECEIVED A HEALTHCARE CALL PASS FOR 7:30am IN MAIN HEALTHCARE FOR X-RAYS OF PLAINTIFF'S BROKEN RING FIRNGER, WHERE THIS PLAINTIFF WAS LET OUT OF HIS CELL AND SENT DOWN STAIRS TO WAIT IN THE NORTH UPPERS CELL HOUSE BULL PIN, BEFORE THE NU-6-GALLORY GYM LINE WAS RAN (18 STAFF WAS LETTING THE GYM LINE OUT RIGHT AFTER PLAINTIFF LEFT THE GALLORY), UPON THIS (ABOUT 7:35am) PLAINTIFF EXITING THE NORTH UPPERS SIX GALLORY BY CELL 654 DEFENDANT'S C/O FURLOW, C/O YANKEY, AND TWO OTHER UNIDENTIFIED JOHN DOE C/O'S WERE WAITING FOR THE NORTH UPPERS SIX GALLORY GYM LINE TO BE LET OUT FOR GYM THIS PLAINTIFF IN PASSING ABOVE SAID DEFENDANTS' THE DEFENDANT'S JOINTLY STARTED TO THREATEN TO BEAT THIS PLAINTIFF'S ASS AND STARTED TO SEXUALLY HARASS THIS PLAINTIFF WITHOUT ANY PROVOKTION FROM THIS PLAINTIFF. (EX#18) ①

JUL 15

**(91)** LATE THAT SAME DAY OF AUGUST 29, 2017, AT ABOUT 8:15AM AFTER THE GYM LINE WAS RAN TO GYM, THIS PLAINTIFF WAS TAKE TO THE MAIN HEALTHCARE UNIT FOR X-RAYS OF PLAINTIFF'S BROKEN RING FINGER, WHERE DEFENDANT, **NURSE JANE DOE #7**, TOOK TWO (2) X-RAYS (VIEWS) OF PLAINTIFF'S LEFT HAND RING FINGER, AND INFORMED PLAINTIFF THAT PLAINTIFF'S RING FINGER WAS BROKEN AND THAT THERE WAS A PIECE OF BONE CHIPPED OFF IN PLAINTIFF'S FINGER "LOOSE". DEFENDANT, **NURSE JANE DOE #7** THEN SPLINTED PLAINTIFF'S BROKEN RING FINGER WITH A MAKE SHIFT SPLINT CONSISTING OF A TOUNGE COMPRESSOR AND SOME TAPE AND TOLD PLAINTIFF THAT SHE WOULD TRY TO GET A HOLD OF DEFENDANT, NURSE PRACTITIONER, **MOLDENHAUER**, TO SEE WHAT **MOLDENHAUER** WANTED TO DO. (EX #19: PH #90) ①

**(92)** DURING PLAINTIFF'S VISIT FOR X-RAYS ON AUGUST 29, 2017, THIS PLAINTIFF ASKED DEFENDANT, **NURSE JANE DOE #7** IF SHE WOULD ASK DEFENDANT, **MOLDENHAUER** TO CHANGE PLAINTIFF'S PRESCRIPTION FOR MELOXICAM (GENERIC FOR: MOBIC) BACK TO 600mg I.B.U.'S, 3X PER DAY BECAUSE THE MELOXICAM WAS INFLAMING PLAINTIFF'S NECK INJURY AND NOT DOING ANYTHING FOR PLAINTIFF. THIS PLAINTIFF ALSO INFORMED DEFENDANT, **NURSE JANE DOE #7**, THAT PLAINTIFF NEVER RECEIVE THE MUSLE RELAXERS THAT DEFENDANT, **MOLDENHAUER**, TOLD PLAINTIFF THAT HE (MOLDENHAUER) WOULD PRESCRIBE THIS PLAINTIFF, WHERE DEFENDANT, **NURSE JANE DOE #7**, THEN REVIEWED PLAINTIFF'S MEDICAL RECORDS AND INFORMED PLAINTIFF THAT **MOLDENHAUER** DID NOT ORDER ANY MUSLE RELAXER AND THAT SHE (NURSE JANE DOE #7) WOULD ASK **MOLDENHAUER** ABOUT THE MUSLE RELAXER AND OTHER ABOVE ISSUES AS SOON AS SHE COULD GET IN CONTACT WITH HIM. (EX #19: PH #91) ①

**(93)** ON AUGUST 30, 2017, THIS PLAINTIFF RECEIVED A THIRTY (30) PACK OF 600mg I.B.U.'S, 3-X'S PER DAY WITH NO REFILLS FOR PLAINTIFF'S NECK INJURY TO REPLACE THE MELOXICAM (MOBIC) BY THE NURSE ON THE 3PM-11PM SHIFT IN NORTH UPPERS CELL HOUSE (NU-617), WHERE PLAINTIFF SIGNED A SLIP INDICATING PLAINTIFF RECEIVED ABOVE MEDICATION. (PH #91)

**(94)** ON AUGUST 30, 2017, DEFENDANT, **S/O FRITSCHE**, REFUSED TO ALLOW THIS PLAINTIFF TO GO TO LEGAL EXCHANGE WITH THE REST OF NORTH UPPERS CELL HOUSE DISPITE PLAINTIFF'S KNOWN COURT DEADLINES, IN RETALIATION FOR PLAINTIFF'S GRIEVANCES AND CONTINUED REQUEST FOR MEDICAL CARE. ①

**(95)** ON AUGUST 31, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX A MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTHCARE REQUESTING CARE FOR "I HAVE FOR LAST MONTH PLUS BEEN RE-QUESTING A M.R.I. FOR NECK INJURY AND FOR MUSLE RELAXER'S TO NO AVAIL. AND BROKEN FINGER TO NO AVAIL AND RIGHT HAND TO NO AVAIL. (EX #22)

**96** ON AUGUST 31, 2017, THIS PLAINTIFF WAS ON A NORTH UPPERS CELL HOUSE SIX GALLORY LUNCH LINE MOVEMENT, WHERE UPON PLAINTIFF EXITING THE SIX GALLORY BY CELL NU-654 DEFENDANT'S, C/O FURLOW, C/O YANKEY, C/O D. GROSS, AND SGT. McCLURE ALL THREATENED TO BEAT THIS PLAINTIFF'S ASS AND THREATENED TO PUSH PLAINTIFF DOWN THE STAIRS, AND HARASSED PLAINTIFF, SEXUALLY HARASSED PLAINTIFF, AND MADE SEXUAL GESTERS AND REMARKS TO THIS PLAINTIFF. WHEN THIS PLAINTIFF RETURNED FROM THE CHOW HALL THE ABOVE DEFENDANT'S ABOVE DESCRIBED ACTIONS STILL CONTINUED WITHOUT ANY PROVOXTION FROM THIS PLAINTIFF.

**97** AFTER THIS PLAINTIFF RETURNED FROM CHOW AND WAS SECURED WITHIN PLAINTIFF'S CELL (NU-612) DEFENDANT, C/O D. GROSS CAME TO THIS PLAINTIFF'S CELL (NU-612) AND STARTED MAKING SEXUAL GESTERS TO THIS PLAINTIFF CALLING PLAINTIFF A FAG AND A BITCH.

**98** ON AUGUST 31, 2017, THIS PLAINTIFF MADE A COPY OF ONE OF THE GRIEVANCES THAT WERE RESPONDED BY ONE OF THE DEFENDANTS AS THIS PLAINTIFF CAN NOT GET A COPY WITHOUT SOME KIND OF RESPONCE BY STAFF TO THE GRIEVANCE.

**99** ON AUGUST 31, 2017, THIS PLAINTIFF PLACED WITHIN MENARD'S INSTITUTIONAL MAIL TO THE ADMINISTRATIVE REVIEW BOARD POSTAGE PAID U.S. POSTAL SERVICE PLAINTIFF'S DENIED EMERGANCY GRIEVANCE DATE AUGUST 11, 2017.

**100** ON SEPTEMBER 01, 2017, THIS PLAINTIFF'S FAMILY, GARY BENTZ, FILED A COMPLAINT/FAMILY CONSERNS ON THE ILLINOIS DEPARTMENT OF CORRECTIONS W/D SIGHT AND/OR BY E-MAIL TO DEFENDANT, DEDE SHORT (UNIDENTIFIED JOHN/JANE DOE)

**101** ON SEPTEMBER 02, 2017, THIS PLAINTIFF WAS PLACED ON DEAD LOCK WITHIN PLAINTIFF'S CELL (NU-612) FOR NO REASON OTHER THAN RETALIATION AS BELOW DESCRIBED WITHIN (PH #102)

**102** ON SEPTEMBER 02, 2017, AS A DIRECT RESULT OF THIS PLAINTIFF'S MEDICAL REQUEST SLIP (HAND WRITTEN) (PH #95, EX #22), THIS PLAINTIFF WAS HAND CUFFED BEHIND THE BACK (DO TO DEADLOCK PH #101) AND TAKEN TO THE NORTH UPPERS CELL HOUSE HEALTH CARE TO SEE A UNIDENTIFIED JANE DOE NURSE (SHORT, GLASSES, OLDER, LONG BLACK HAIR) AT ABOUT 8:30 AM, WHERE THIS PLAINTIFF WAS FORCED TO WAIT UNTIL ABOUT 9:40 AM UNTILL ALL THE OTHER INMATES WERE SEEN, WHEN THIS PLAINTIFF SAT DOWN TO TALK TO THE UNIDENTIFIED JANE DOE NURSE, BUT THE SECOND PLAINTIFF SAT DOWN DEFENDANT, C/O D. GROSS, WOULD NOT ALLOW THIS PLAINTIFF TO TALK TO THE JANE DOE NURSE WHERE C/O D. GROSS TOLD THE JANE DOE NURSE THAT SHE WAS NOT ALLOWED TO SEE PLAINTIFF AND THAT PLAINTIFF WAS TO GO BACK TO HIS CELL (NU-612) (SEE BELOW PH #103)(EX #22)



(103) AFTER EVENTS DESCRIBED WITHIN (PH#102) THIS PLAINTIFF WAS THEN ESCORTED BACK TO PLAINTIFF'S CELL (NU-612), WHERE UPON EXITING THE NORTH UPPER'S CELL HOUSE HEALTHCARE DEFENDANT'S, %o D. GROSS, %o YAUKEY, AND OTHER UNIDENTIFIED JOHN DOE'S, et.al., STARTED TO THREATEN, HARASS, ASSAULT, AND USE EXCESSIVE FORCE ON THIS PLAINTIFF BY PUSHING/SHOVING PLAINTIFF INTO THE WALL AND TELLING PLAINTIFF THAT PLAINTIFF WILL NOT BE GETTING ANY MEDICAL CARE AT ALL AND THAT PLAINTIFF WAS ON DEADLOCK FOR FILING GRIEVANCES AND LAWSUITS AGAINST ABOVE MENTIONED DEFENDANTS AND OTHER STAFF OF MENARD WHERE PLAINTIFF WAS RETURNED TO PLAINTIFF'S CELL (NU-612) AND THEN DEADLOCKED AND NOT ALLOWED TO GO TO CHOW OR BE FEED A LUNCH TRAY. ①

(104) LATER THAT SAME DAY AS DESCRIBED IN ABOVE (PH#102, #103) THIS PLAINTIFF WAS TAKEN OFF OF DEADLOCK (ALLEGED DEADLOCK) SO THAT PLAINTIFF COULD BE TAKEN ON HIS CALL PASS (EX#23) TO MAIN HEALTHCARE TO SEE DEFENDANT, DR. SHAH, AT ABOUT 12:00pm, AS A DIRECT RESULT OF THIS PLAINTIFF'S FAMILY (GARY DENTZ) FILING A COMPLAINT/E-MAIL WITH THE ILLINOIS DEPARTMENT OF CORRECTIONS (PH#100) TO DEFENDANT, DEDE SHORT FOR PLAINTIFF'S BROKEN RING FINGER AND RE-AGRIVATED NECK INJURY. WHEN THIS PLAINTIFF WAS SEEN BY DEFENDANT, DR. SHAH ABOUT PLAINTIFF'S BROKEN RING FINGER AND RE-AGRIVATED NECK INJURY. DEFENDANT, DR. SHAH, TOLD THIS PLAINTIFF THAT PLAINTIFF'S RING FINGER WAS NOT BROKEN AND THEN DR. SHAH TOOK PLAINTIFF'S MAKE SHIFT SPLINT THAT DEFENDANT, NURSE JANE DOE #7 (YOUNG COMPRESSOR AND TAPE) ON AUGUST 29,2017, GAVE PLAINTIFF AS ABOVE DESCRIBED WITHIN PH#91 WHERE DR. SHAH WITHOUT ANY X-RAY REPORT (AS PREVIOUSE X-RAY REPORT HAD YET RETURNED), AND DYSPITE NURSE JANE DOE #7, TELLING PLAINTIFF HIS RING FINGER WAS BROKEN AND A CHIP WAS LOOSE IN PLAINTIFF'S FINGER ON AUGUST 29, 2017 (PH#91) (EX#24) ①

(105) DURING PLAINTIFF'S VISIT WITH DEFENDANT, DR. SHAH (PH#104) ON SEPTEMBER 02, 2017, THIS PLAINTIFF REQUESTED OF DR. SHAH FOR CARE FOR PLAINTIFF'S BROKEN RING FINGER, AND RE-AGRIVATED NECK INJURY, AND OTHER MEDICAL ISSUES, AND REQUESTED THAT PLAINTIFF RECEIVE HIS RE-FILL OF MUSLE RELAXERS PREVIOUSLY PRESCRIBED TO PLAINTIFF FOR HIS NECK INJURY, AND FOR AN M.R.I. OF PLAINTIFF'S NECK TO DIOGNOSE WHAT WAS WRONG WITH PLAINTIFF'S NECK, WHERE DEFENDANT, DR. SHAH, TOLD THIS PLAINTIFF THAT HE (SHAH) WAS NOT SEEING PLAINTIFF FOR HIS NECK ISSUES AND TOLD PLAINTIFF THAT HE (SHAH) WAS NOT GOING TO DO ANYTHING FOR THIS PLAINTIFF'S FINGER (RING) OR PLAINTIFF'S NECK, OR ANY OTHER MEDICAL ISSUE (EX#24) ①

(106) ON SEPTEMBER 02, 2017, THIS PLAINTIFF FILED AN EMERGANCY GRIEVANCE (EX#24) ADDRESSED TO DEFENDANT, WARDEN, J. LASHBROOK, WITHIN A SEALED ENVELOPE BY PLACING SAID GRIEVANCE WITHIN THE NORTH UPPERS CELL HOUSE'S INSTITUTIONAL MAIL BOX.



(107) ON SEPTEMBER 02, 2017, THIS PLAINTIFF FILED AN ALMOST IDENTICAL IN CONTENT A GRIEVANCE AS DESCRIBED WITHIN (PH#106) AS A NON-EMERGANCY GRIEVANCE WITHIN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, K. ALLSUP, BY PLACING SAID GRIEVANCE WITHIN THE NORTH UPPERS CELL HOUSE COUNSELORS BOX.

(108) ON SEPTEMBER 03, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX A MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTH CARE _____ FOR, "① CONTINUED ISSUES WITH BROKEN FINGER (ALL TO NO AVAIL), ② CONTINUED REQUEST FOR MUSLE RELAXERS FOR CHRONIC NECK ISSUES, SWELLING, PAIN, VISION, OTHER (ALL TO NO AVAIL) (M.R.I.), ...," AND OTHER MEDICAL ISSUES, ... ALL ABOVE REQUEST FOR LAST MONTH ALL TO NO AVAIL CONTINUED DENIAL OF CARE." (EX#25)

(109) ON SEPTEMBER 04, 2017, THIS PLAINTIFF WAS ON A NORTH UPPERS CELL HOUSE, SIX GALLORY (NU-617) LUNCH LINE MOVEMENT, WHERE ON THE SIX GALLORY FLAG BY CELL (NU-L54) DEFENDANT, %o YANKEY, AND ALSO UPON THIS PLAINTIFF PASSING THE NORTH UPPERS SGT. CAGE DEFENDANT, %o FURLOW, STARTED TO THREATEN, HARASS, AND MAKE SEXUAL REMARKS AS ABOVE DEFENDANT, %o YANKEY HAD ALSO MADE IN PASSING, ALL WITHOUT ANY PROVOKTION FROM THIS PLAINTIFF. ①

(110) ON SEPTEMBER 06, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX ON THIS PLAINTIFF'S WAY TO LEGAL EXCHANGE A MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTHCARE FOR, "① CHRONIC PAIN TO BROKEN LEFT HAND RING FIRNGER, NEED PAIN MEDS; ② CHRONIC PAIN TO NECK. NEED PAIN MEDS, MUSLE RELAXERS, M.R.I. TO DIOGNOSE WHATS WRONG." (EX#27)

(111) ON SEPTEMBER 06, 2017, AT ABOUT 12:00pm MENARD CORRECTIONAL CENTER WENT ON A LEVEL ONE INSTITUTIONAL LOCKDOWN, AND REMAINED ON LEVEL ONE LOCK DOWN THROUGHOUT SEPTEMBER 26, 2017, THEN ON SEPTEMBER 27, 2017, THROUGHOUT OCTOBER 01, 2017, ON LEVEL FOUR (4) LOCKDOWN.

(112) ON SEPTEMBER 08, 2017, THE ILLINOIS DEPARTMENT OF CORRECTIONS, SOUTHERN FACILITIES ORANGE CRUSH SHOOK DOWN THE NORTH UPPERS CELL HOUSE TO INCLUDE THIS PLAINTIFF'S CELL (NU-613) _____ DURING THIS CELL HOUSE (NU) SHAKEDOWN INMATES TO INCLUDE THIS PLAINTIFF WERE HAND CUFFED BEHIND THE BACK AND ESCORTED FROM THE CELL HOUSE TO THE CHAPEL WITH HEADS DOWN FOR AT LEAST TWO (2) HOURS, WHERE IN DOING SO FURTHER RE-AGRIVATED THIS PLAINTIFF'S NECK INJURY, AND BY BEING HAND CUFFED IN SUCH MANER CAUSED CHRONIC PAIN TO PLAINTIFF BROKEN FIRNGER FROM SITTING IN A CHAIR FOR HOURS. (EX#27) ①

MUL
19

(113)   ON SEPTEMBER 08, 2017, THIS PLAINTIFF PLACED WITHIN THE INSTITUTIONAL MAIL (DUE TO LOCKDOWN) A MEDICAL REQUEST SLIP (HANDWRITTEN) WITHIN A SEALED ENVELOPE ADDRESSED TO HEALTHCARE REQUESTING CARE FOR, "(1) CHRONIC PAIN TO BROKEN LEFT HAND RING FINGER, NEED PAIN MEDS; (2) CHRONIC PAIN TO NECK, SWELLING, OTHER DUE TO ORANGE CRUSH SHAKEDOWN ON 09/08/2017 OF NORTH UPPERS CELL HOUSE AGRIVATING NECK INJURY, PAIN MEDS, MUSCLE RELAXERS, M.R.I. TO DIOGNOSE WHAT IS WRONG; ..." AND OTHER MEDICAL ISSUES. (EX# 28)

(114)   ON SEPTEMBER 10, 2017, DEFENDANT, C/O FURLOW, WAS PASSING OUT LUNCH TRAYS ON THE NORTH UPPERS CELL HOUSE SIX GALLORY AT ABOUT 9:30AM, AND ALSO PICKED UP TRASH AT ABOUT 10:00AM, WHERE IN DOING SO AT BOTH ABOVE TIMES DEFENDANT, C/O FURLOW, UPON DOING SO AT THIS PLAINTIFF'S CELL (NU-612) C/O FURLOW STARTED TO THREATEN TO BEAT THIS PLAINTIFF'S ASS ①

(115)   ON SEPTEMBER 10, 2017, THIS PLAINTIFF HANDED A UNIDENTIFIED JANE DOE NURSE AT ABOUT 8:00PM A MEDICAL REQUEST SLIP (HANDWRITTEN)(EX# 30) THAT IS IDENTICAL IN CONTENT AS ABOVE MEDICAL REQUEST SLIP DATED 09/08/2017 (PH# 113, EX# 29). (DUE TO LOCKDOWN).

(116)   ON SEPTEMBER 11, 2017, DEFENDANT, WARDEN, J. LASHBROOK, WHILE THE NORTH UPPERS CELL HOUSE WAS STILL ON LOCKDOWN, MADE ROUNDS, WHERE UPON WARDEN, J. LASHBROOK PASSING BY THIS PLAINTIFF'S CELL (NU-612) PLAINTIFF STOPPED LASHBROOK AND INFORMED HER OF PLAINTIFFS MEDICAL ISSUES AND NEEDS AS ABOVE DESCRIBED WITHIN THIS COMPLAINT REGARDING PLAINTIFFS BROKEN RING FINGER, RE-AGRIVATED NECK INJURY AND NOT RECEIVING PAIN MEDICATION AND/OR PRESCRIBED PAIN MEDICATION AND/OR PRESCRIBED MUSLE RELAXERS, ALONG WITH THE CONTINUED THREATS, ASSAULTS, EXCESSIVE FORCE, SEXUAL HARRASSMENT AND ASSAULT, AND REQUESTED OF LASHBROOK FOR MEDICAL CARE AND TO ADDRESS ABOVE STATED ISSUES, WHERE DEFENDANT, WARDEN, J. LASHBROOK TOLD THIS PLAINTIFF TO STOP SUING STAFF AND STOP FILING GRIEVANCES AND THINGS MIGHT GET DONE, THEN DEFENDANT, LASHBROOK WALKED OFF. ①

(117)   ON SEPTEMBER 11, 2017, THE ADMINISTRATIVE REVIEW BOARD RESPONDED TO THIS PLAINTIFF'S EMERGANCY GRIEVANCE DATED AUGUST 11, 2017, (PH# 59, # 68, EX# 4, # 31) FAILING TO ADDRESS ALL OTHER ISSUES WITHIN THE GRIEVANCE ①

(118)   ON SEPTEMBER 12, 2017, THE NORTH UPPERS CELL HOUSE WAS STILL ON A LEVEL ONE LOCKDOWN, WHERE DEFENDANT, C/O FURLOW, WAS PICKING UP TRASH ON THE NORTH UPPERS CELL HOUSE SIX GALLORY AT ABOUT 9:45AM AND UPON PASSING THIS PLAINTIFF'S CELL (NU-612) C/O FURLOW AGAIN MADE THREATS TO BEAT THIS PLAINTIFF'S ASS AND OTHER, AND SEXUAL HARRASSMENT TO THIS PLAINTIFF ①

(119) ON SEPTEMBER 12, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS (NU-612) CELL HOUSE INSTITUTIONAL MAIL (DO TO LOCKDOWN) A MEDICAL REQUEST SLIP WITHIN A SEALED ENVELOPE ADDRESSED TO HEALTHCARE REQUESTING CARE FOR "① CHRONIC PAIN TO BROKEN LEFT HAND RING FINGER, NEED PAIN MEDS, ② CHRONIC PAIN TO NECK, SWELLING, OTHER DO TO ORANGE CRUSH SHAKEDOWN ON SEPTEMBER 08, 2017, OF NU-CELL HOUSE AGRIVATING NECK INJURY, PAIN MEDS, MUSLE RELAXERS, M.R.I., TO DIOGNOSE WHATS WRONG ③...." (EX#31)

(120) ON SEPTEMBER 13, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS CELL HOUSE HEALTHCARE AS A RESULT OF PLAINTIFF'S MEDICAL REQUEST SLIP DATED SEPTEMBER 10, 2017 (PH#115, EX#20) BY DEFENDANT, NURSE JANE DOE #5, WHERE NURSE JANE DOE#5 TOLD THIS PLAINTIFF THAT SHE WAS JUST RECENTLY CONTACTED BY THE ADMINISTRATION REGARDING PLAINTIFF'S BROKEN (RING) FINGER AND THAT SHE (NURSE JANE DOE#5) HAD REVIEWED PLAINTIFF'S MEDICAL RECORDS AND COULD NOT READ (DEFENDANT) DR. SHAH'S HAND WRITTING (REFERING TO DR. SHAH'S ENTRY FROM HIS VISIT WITH PLAINTIFF ON SEPTEMBER 07, 2017 (PH#104, #105)) AND THAT SHE (NURSE JANE DOE#5) COULD NOT FIND A SICK CALL REQUEST AND HAD NO CLUE AS TO WHAT OR WHY DEFENDANT, DR. SHAH, SAW THIS PLAINTIFF FOR OR ABOUT, WHERE THIS PLAINTIFF INFORMED HER THAT DR. SHAH SAW PLAINTIFF AS A RESULT OF PLAINTIFF'S FAMILY FILING A COMPLAINT ON THE WEB SIGHT ABOUT PLAINTIFF'S BROKEN RING FINGER (PH#100). NURSE JANE DOE #5 TOLD THIS PLAINTIFF THAT PLAINTIFF'S FINGER (RING) HAD A BROKEN HELL (CHIP) OFF AND ALSO A FRACTURE (2-ISSUES), THEN NURSE JANE DOE #5 EXAMINED THIS PLAINTIFF'S NECK AND THAT SHE WOULD REQUEST THAT I RECEIVE MUSLE RELAXERS AND PAIN MEDICATION, AND TO SEE A DOCTOR. ALL TO NO AVAIL (EX#32, 33, 34, 35)

(121) ON SEPTEMBER 13, 2017, DEFENDANT'S, DEDE SHORT, AND DEFENDANT, WARDEN LASHBROOK, RESPONDED TO THIS PLAINTIFF'S FAMILY (GARY BENTZ'S) COMPLAINT ON THE WEB SIGHT (PH#100, EX#21, 22) ALMOST TWO (2) WEEKS LATER ①

(122) ON SEPTEMBER 14, 2017, AS A RESULT OF THIS PLAINTIFF'S GRIEVANCE DATED: SEPTEMBER 02, 2017, (#137-9-17) (PH#107.▢▢▢▢) THIS PLAINTIFF WAS TAKE TO THE MAIN HEALTHCARE (AS A ADD ON) FOR X-RAYS OF PLAINTIFF BROKEN RING FINGER (4-VIEWS) AT ABOUT 9:00AM, WHERE THIS PLAINTIFF WAS TOLD BY DEFENDANT, NURSE JANE DOE#7, THAT THE X-RAY SHOWED THAT THE FINGER (RING) HAS YET STARTED TO HEAL AT ALL AND WAS STILL BROKEN AND SHE DID NOTING MORE FOR THIS PLAINTIFF ① (AND NURSE JOHN DOE#8)

(123) ON SEPTEMBER 14, 2017, UPON THIS PLAINTIFF BEING LET OUT OF PLAINTIFF'S CELL (NU-612) TO GO TO HEALTHCARE FOR X-RAYS (PH#122) THIS PLAINTIFF WAS HAND CUFFED BEHIND THE BACK DO TO A LOCKDOWN AND SENT DOWN STAIRS BY DEFENDANT, C/O JOHN DOE#3, WHERE THIS PLAINTIFF WENT DOWN STAIRS FOR PLAINTIFF'S HEALTHCARE X-RAYS (PH#122), WHILE PLAINTIFF WAS WAITING BY THE NORTH UPPERS CELL HOUSE SGT. CAGE TO BE ESCORTED TO MAIN HEALTHCARE UNIT DEFENDANT, C/O FURLOW, AGAIN STARTED TO THREATEN TO BEAT PLAINTIFF'S ASS AND SEXUALLY HARRASING THIS PLAINTIFF, WHERE C/O FURLOW BENT OVER/MELLED DOWN AND PUT HIS (C/O FURLOW'S) HEAD/FACE IN THIS PLAINTIFF'S CROTCH (WHILE PLAINTIFF WAS HANDCUFFED ①

NU-
21

BEHIND THE BACK. THIS PLAINTIFF STEPED BACK THEN C/O FURLOW STOOD UP AND SHOVED THIS PLAINTIFF INTO THE BARS OF THE SGT. CAGE AND AGAIN STARTED TO THREATEN THIS PLAINTIFF AGAIN THIS TIME FOR PLAINTIFF STEPPING BACK TO REMOVE DEFENDANT, C/O FURLOW'S HEAD/FACE FROM PLAINTIFF'S CROTCH. THEN PLAINTIFF WAS ESCORTED TO THE HEALTHCARE UNIT AS ABOVE DESCRIBED WITHIN (PH #122). ①

(124) ON SEPTEMBER 16, 2017, ON THE 7am-3pm SHIFT, WHILE ON LOCKDOWN, THE NORTH UPPERS CELL HOUSE SIX (6) GALLERY WAS RAN TO SHOWERS TO INCLUDE THIS PLAINTIFF (NU-L13), WHERE BOTH ON THE WAY TO AND FROM THE SHOWER DEFENDANT, C/O YANKEY, AND DEFENDANT, C/O D. GROSS, BOTH AGAIN SEXUALLY HARASSED, AND THREATENED THIS PLAINTIFF WITH EXCESSIVE FORCE ①

(125) ON SEPTEMBER 19, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE'S INSTITUTIONAL MAIL (DUE TO LOCKDOWN) A MEDICAL REQUEST SLIP ADDRESSED TO HEALTHCARE (HAND WRITTEN) IDENTICAL IN CONTEXT (EX #36) ABOVE MEDICAL REQUEST SLIP. PH # 113, EX # 29).

(126) ON SEPTEMBER 20, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS CELL HOUSE HEALTHCARE BY DEFENDANT, NURSE PRACTITIONER, MOLDENHAUER, REGARDING PLAINTIFF'S BROKEN FIRNGER AND OTHER MEDICAL (NECK) ISSUES, DUE TO CONTINUED CHRONIC PAIN, ETT---, WHERE MOLDENHAUER, PUT PLAINTIFF IN FOR X-RAYS OF PLAINTIFF'S BROKEN FIRNGER IN TWO (2) WEEKS AND AGAIN IN FOUR (4) WEEKS TO SEE IF THIS PLAINTIFF FIRNGER WAS STILL BROKEN, AND FINALY PUT THIS PLAINTIFF IN TO SEE THE DOCTOR, BUT MOLDENHAUER DO NOTHING ELS FOR THIS PLAINTIFF AND DID NOT SPLINT PLAINTIFF'S FIRNGER OR GIVE ANY PAIN MEDICATION FOR PLAINTIFF'S CHRONIC PAIN, AND/OR ANYTHING FOR PLAINTIFF'S RE-AGREVATED NECK INJURY. (EX #37, 38) ①

(127) DURING THE ABOVE HEALTHCARE CALL PASS (SEE: PH #126) DEFENDANT, C/O YANKEY (WHILE PLAINTIFF WAS HAND CUFFED BEHIND THE BACK DUE TO LEVEL ONE LOCKDOWN) TOLD THIS PLAINTIFF TO BEND OVER BECAUSE HE (YANKEY) WOULD LOVE TO STICK HIS (YANKEY'S) DICK INTO THIS PLAINTIFF'S ASS, AND WHERE YANKEY WENT ON TO TELL THIS PLAINTIFF HOW MUCH HE (YANKEY) WOULD LOVE TO SUCK THIS PLAINTIFF'S DICK ALONG WITH OTHER SEXUAL REMARKS AND GESTURES. ①

(128) ON SEPTEMBER 22, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH (NU-612) UPPERS CELL HOUSE INSTITUTIONAL MAIL (DO TO LOCKDOWN) A MEDICAL REQUEST SLIP WITHIN A SEALED ENVELOPE ADDRESSED TO HEALTHCARE REQUESTING CARE FOR: (1) CHRONIC PAIN TO BROKEN LEFT HAND RING FIRNGER, ECT... ; (2) CHRONIC PAIN TO NECK, SWELLING, OTHER, ECT... (M.R.I.); (3) CHRONIC PAIN TO RIGHT HAND, ECT... (EX#40)

(129) ON SEPTEMBER 23, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE (NU-612) INSTITUTIONAL MAIL (DO TO LOCKDOWN) WITHIN A SEALED ENVELOPE ADDRESSED TO THE GRIEVANCE OFFICE PLAINTIFF'S GRIEVANCES DATED: AUGUST 11, 2017 ; AUGUST 23, 2017 ; AND AN EMERGANCY GRIEVANCE DATED: AUGUST 11, 2017 (PLVIOUSLY DENIED). (1)

(130) ON SEPTEMBER 24, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH (NU-612) UPPERS CELL HOUSE INSTITUTIONAL MAIL (DO TO LOCKDOWN) A MEDICAL REQUEST SLIP WITHIN A SEALED ENVELOPE ADDRESSED TO HEALTHCARE IDENTICAL IN CONTENT AS ABOVE MEDICAL REQUEST IN PH#128. (EX#41)

(131) ON SEPTEMBER 25, 2017, FILED GRIEVANCES THROUGH THE INSTITUTIONAL MAIL TO THE GRIEVANCE OFFICER (NU-612). (1)

(132) ON SEPTEMBER 28, 2017 AT ABOUT 11:30am, DEFENDANT, COUNSELER, K. ALLSUP AT CELL NU-612 DURING ALLSUP'S ROUNDS THIS PLAINTIFF SHOWED ALLSUP THIS PLAINTIFF'S OBVIOUSLY BROKEN LEFT HAND RING FIRNGER AND OBVIOUSLY RE-AGRIVATED NECK ISSUES, ALONG WITH OTHER MEDICAL ISSUES, WHERE THIS PLAINTIFF REQUESTED OF ALL SUP FOR MEDICAL CARE DO TO THIS PLAINTIFF'S CHRONIC PAIN AND OBVIOUSLY SERIOUSE MEDICAL NEEDS. DEFENDANT, ALLSUP ACKNOWLEDGED THE SERIOUSENESS OF THIS PLAINTIFF'S MEDICAL NEEDS AND CHRONIC PAY BUT REFUSED TO DO ANYTHING FOR THIS PLAINTIFF AT ALL, AND TOLD PLAINTIFF BROKEN BONES ARE NOT A CHRONIC ISSUE. (1)

(133) ON SEPTEMBER 28, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH (NU-612) UPPERS CELL HOUSE INSTITUTIONAL MAIL ANOTHER MEDICAL REQUEST SLIP (DO TO LOCKDOWN) ADDRESSED TO HEALTHCARE IDENTICAL IN CONTENT AS ABOVE MEDICAL REQUEST SLIP AS DESCRIBED WITHIN PH#'S:128, AND 130. (EX#43)

8

(134)   ON SEPTEMBER 30, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS HEALTHCARE AS A DIRECT RESULT OF PLAINTIFF'S MEDICAL SICK CALL REQUEST DATED SEPTEMBER 28, 2017 (SEE: PH #133) BY DEFENDANT, NURSE JANE DOE #6, WHERE THIS PLAINTIFF WAS CHARGED A FIVE DOLLOR ($5.00) MEDICAL CO-PAY. NURSE JANE DOE #6 THEN TOLD THIS PLAINTIFF THAT PLAINTIFF WAS BEING CHARGED $5.00 CO-PAY BECAUSE PLAINTIFF KEEPS PUTTING IN FOR SICK CALL REQUESTING PAIN MEDICATION AND CARE FOR PLAINTIFF SERIOUS MEDICAL NEED PLAINTIFF BROKEN LEFT RING FINGER AND FURTHER STATED THAT SHE (NURSE JANE DOE #6) WOULD DO NOTHING FOR PLAINTIFF BECAUSE "A BROKEN BONE IS NOT A CHRONIC ISSUE." (NOTION LO #1) (EX #44,45)

(135)   ON OCTOBER 02, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS HEALTH CARE AS A DIRECT RESULT OF PLAINTIFF'S FAMILY (MR. DEITZ) E-MAILING AND CALLING I.D.O.C./MENARD ABOUT THIS PLAINTIFF'S BROKEN LEFT RING FINGE AND CHRONIC PAIN, AND DENIAL OF MEDICAL CARE, WHERE THIS PLAINTIFF WAS SEEN BY DEFENDANT, DOCTOR SIDDIQUI SAID DOCTOR TOLD THIS PLAINTIFF HE WOULD PRESCRIBE PLAINTIFF A THREE (3) MONTH PRESCRIPTION OF I.B.U.'S 600 mg 3X PER DAY, AND A THREE (3) MONTH PRESCRIPTION OF MUSLE RELAXERS, AND WOULD PUT PLAINTIFF IN FOR X-RAYS OF PLAINTIFF'S BROKEN LEFT RING FINGER, BUT HE COULD NOT DO ANYTHING MORE FOR PLAINTIFF BECAUSE "WEXFORD HEALTH SERVICE WOULD NOT LET HIM DO ANYTHING." (EX #46,47)

(136)   ON OCTOBER 02, 2017, THIS PLAINTIFF RECEIVED EMERGANCY GRIEVANCE RESPONSE FROM THE ADMINISTRATIVE REVIEW BOARD.

(137)   ON OCTOBER 04, 2017, ON THIS PLAINTIFF'S WAY FROM PLAINTIFF'S CELL TO GO ON A LEGAL EXCHANGE CALL PASS TO MAIN PROPERTY, JUST OUTSIDE OF THE SGT. CAGE OF THE NORTH UPPERS DEFENDANT GROSS STARTED TO SEXUALY HARRASS THIS PLAINTIFF AT ABOUT 8:15 am.

(138)   ON OCTOBER 04, 2017, LATER THAT SAME DAY THIS PLAINTIFF WAS RETURNING FROM THE YARD WITH NU-6 GALLORY DEFENDANT, JASON FURLOW SEXUALY HARRASSED THIS PLAINTIFF AT ABOUT 2pm ON THE NU-6-GALLORY FLAG.

(139)   ON OCTOBER 08, 2017, THIS PLAINTIFF WAS ON THE WAY TO YARD AND AGAIN ON THE WAY BACK FROM YARD (BOTH) WITH THE NU-6-GALLORY AT ABOUT 11:00 am AND AGAIN AT 2:00 pm BOTH DEFENDANTS, JASON FURLOW AND MASON YANKEY THREATENED TO BEAT THIS PLAINTIFF'S ASS AND SEXUALY HARRASSED THIS PLAINTIFF.

(140)   ON OCTOBER 10, 2017, THIS PLAINTIFF WAS TAKEN TO MAIN HEALTHCARE FOR X-RAYS, WHERE TWO (2) VIEWS OF PLAINTIFF'S LEFT RING FINGER WERE TAKEN. BY DEFENDANT, JANE DOE #7 (NURSE) (EX #48,49)

MUL
24

(141) ON OCTOBER 10, 2017, ON THIS PLAINTIFF'S WAY TO AND FROM THE NU-CELL HOUSE AND/OR HEALTHCARE FOR X-RAYS (PH#140) AND THROUGHOUT THE DAY 7AM-3PM DEFENDANT, FURLOW HAD THIS PLAINTIFF'S GALLERY SIX (NU-612), WHERE UPON FURLOW KEYING IN AND OUT THIS PLAINTIFF FOR PLAINTIFF'S CALL PASSES AND UPON FURLOW PASSING PLAINTIFF'S CELL (NU-612) DOING ROUNDS, DEFENDANT FURLOW EVERY TIME HE PASS/STOPPED AT PLAINTIFF'S CELL (ALL DAY LONG) FURLOW SEXUALLY HARASSED, MADE SEXUAL JESTERS, AND THREATENED TO BEAT THIS PLAINTIFF. ①

(142) ON OCTOBER 11, 2017 THIS PLAINTIFF WAS SCHEDUALLED FOR A LEGAL CALL WITHIN THE CHAPEL, WHERE PLAINTIFF WAS ESCORTED FROM THE NORTH LOWER'S CELL HOUSE (NU-612) TO AND FROM THE CHAPEL BY DEFENDANT FURLOW DURING BOTH MOVEMENTS (TO AND FROM) FURLOW STARTED TO GRAB PLAINTIFF'S LEFT ARM JUST ABOVE THE ELBOW PUSHING AND PULLING PLAINTIFF, BRUSSING PLAINTIFF'S ARM TELLING PLAINTIFF TO SWING ON HIM (FURLOW) SO FURLOW COULD BEAT PLAINTIFF'S ASS, AND FURLOW WENT ON TELLING PLAINTIFF, "I WANT TO JUST SHOVE MY DICK DOWN YOUR" (PLAINTIFF'S) "THROUGHT", WHERE FURLOW AT ABOUT 11:15AM ALSO TOLD PLAINTIFF THAT HE (FURLOW) STATING: "I SHOULD JUST SHOVE MY DICK DOWN YOUR FUCKING THROUGHT" THIS ALSO OCCURRED ON THE WAY BACK AT ABOUT 12:10PM. ①

(143) ON OCTOBER 12, 2017, AT ABOUT 10:30AM DURING A NU-6 GALLORY LUNCH LINE MOVEMENT DEFENDANT'S, FURLOW AND GROSS BOTH TOLD THIS PLAINTIFF THAT THEY WERE GOING TO BEAT THE SHIT OUT OF "ME, WHERE UPON RETURNING FROM THE CHOW HALL AT ABOUT 10:45AM DEFENDANTS FURLOW, GROSS, AND SGT. JAMES AND MADE THE SAME THREATS AND FURLOW, AND GROSS ALSO STARTED TO SEXUALY HARASS THIS PLAINTIFF. ①

(144) ON OCTOBER 12, 2017, THIS PLAINTIFF SENT JOHN HOWARD ACCOCIATION ("PREA") A LETER REGARDING THE SEXUAL HARASSMENT AND/OR SEXUAL ASSAULT AND BATTERY OF DEFENDANTS, FURLOW, YAUKEY, AND D. GROSS WITH AN INSTITUTIONAL MONEY VOUTCHER. ① (EY#50)

(145) ON OCTOBER 12, 2017, THIS PLAINTIFF PUT. IN A REQUEST SLIP TO SEE MENTAL HEALTH BY PUTTING IT WITHIN THE NU-CELL HOUSE BOX REQUESTING "TO SPEAK TO MENTAL HEALTH IN PRIVATE" REGARDING THE DEFENDANTS ABOVE DESCRIBED ACTIONS AS LATER DESCRIBED IN THIS COMPLAINT. (EX# 9)

(146) ON OCTOBER 14, 2017, AT ABOUT 9:15AM DURING THE NU-6-GALLORY LINE MOVEMENT BOTH TO AND FROM THE CHOW HALL (AND AGAIN ███████ ▓ RETURNING) JUST OUTSIDE OF THE NU-CELL HOUSE DEFENDANT, LT. QUALLS THREATENED TO BEAT THIS PLAINTIFF'S ASS AFTER REQUESTING LT. QUALLS OF THE CONTINUED THREATS AND SEXUAL HARASMENT AND/OR OTHER OF DEFENDANTS FURLOW, GROSS, YAUKEY, AND SGT. JAMES TO THIS PLAINTIFF AS ABOVE DESCRIBED WITHIN THIS COMPLAINT, BUT LT. QUALLS ALSO WENT ON TO TELL PLAINTIFF THAT PLAINTIFF SHOULD HAVE THOUGHT ABOUT THAT BEFORE SUING HIM (LT. QUALLS) (NOTE PLAINTIFF AS A COUPLE OF ACTIONS WHERE (MUL) QUALLS IS A NAMED PARTIE ①

25.

(147) FURTHERMORE ON OCTOBER 14, 2017, AS DESCRIBED WITHIN ABOVE PH#146 OF THIS COMPLAINT UPON THIS PLAINTIFF BOTH GOING TO AND COMING FROM THE CHOW HALL ON THE SIX (6) GALLORY FLAG OF NU-CELL HOUSE DEFENDANT'S, YANKEY, GROSS, AND FURLOW THREATENED TO BEAT PLAINTIFF AND SEXUALY HARASSED THIS PLAINTIFF. ①

(148) ON OCTOBER 17, 2017, THIS PLAINTIFF WAS ON A COMISARY LINE MOVEMENT WITH SIX (6) GALLORY WHERE ON THE 6-GALLORY FLAG DEFENDANT, GROSS THREATENED TO BEAT PLAINTIFF, AND FURTHERMORE WHILE THIS PLAINTIFF WAS IN COMISARY DEFENDANT, FURLOW ALSO THREATEND AND SEXUALY HARASSED THIS [ ] PLAINTIFF AS ABOVE DESCRIBED. ①

(149) ON OCTOBER 18, 2017, THIS PLAINTIFF WAS ON A LUNCH LINE MOVEMENT WITH NU-6-GALLORY, WHERE ON THE 6-GALLORY FLAG BOTH COMING FROM AND GOING TO CHOW DEFENDANT'S, FURLOW, GROSS, AND YANKEY SEXUALY HARASSED, AND BLOWED KISSES, CALLING PLAINTIFF A FAG, THEIR GIRL, ECT. -- AND OTHER ① 〈NOTE? PLAINTIFF IS NOT GAY〉

(150) ON OCTOBER 19, 2017, AT ABOUT 11:00am THIS PLAINTIFF WAS RETURNING FROM A WRIT IN THE U.S.D.C/S.D.IL (BENTZ(V) COWAN)(WHICH WAS CANCELED), WHERE PLAINTIFF WAS ON THE NU-6-GALLORY FLAG WAITING FOR A JOHN DOE 5% GALLORY OFFICER TO KEY OPEN THE 6-GALLORY DOOR DEFENDANT, GROSS AGAIN STARTED TO SEXUALY HARASS THIS PLAINTIFF. ①

(151) AS A RESULT OF PLAINTIFF REQUEST SLIP TO MENAL HEALTH DATED OCTOBER 12, 2017 (PH#145) ON OCTOBER 19, 2017, AT ABOUT 1:30pm WITHIN THE NU-CELL HOUSE MENTAL HEALTH CAME TO TALK TO THIS PLAINTIFF IN PRIVATE ABOUT THE ACTIONS OF DEFENDANT'S, FURLOW, YANKEY, AND GROSS AS ABOVE DESCRIBED WITHIN THIS ACTION. ①

(152) ON OCTOBER 20, 2017, AT ABOUT 11:45am AT PLAINTIFF'S CELL NU-612 DEFENDANT, GROSS (AND TWO (2) NEW TRAINEES %'S) STOPPED AT THIS PLAINTIFFS CELL AND THREATENED TO OPEN PLAINTIFF'S CELL DOOR AND BEAT PLAINTIFF'S ASS, WITH HIS KEY IN THE DOOR TURNED TELLING PLAINTIFF TO COME OUT OF HIS CELL, WHERE PLAINTIFF REFUSED TO DO SO AFTER ABOUT FIVE (5) MINUTS GROSS LEFT. ①

(153) ON OCTOBER 20, 2017, DEFENDANT'S, GROSS, SGT. MIKE McCLURE, AND %o CHRISTOPHE FRITSCHE REFUSED TO ALLOW THIS GRIEVANT TO GO TO LAW LIBRARY DISPITE KNOW COURT DEADLINES AND PLAINTIFF BEING ON THE CALL LINE IN RETTILIATION FOR PLAINTIFF FILING GRIEVANCES ON SAID STAFF. ①

(154) ON OCTOBER 22, 2017, THIS PLAINTIFF WAS ON A NU-6-GALLORY LUNCH LINE MOVEMENT, WHERE ON THE NU-6-GALLORY FLAG DEFENDANT, YANKEY AGAIN THREATEND AND SEXUALY HARASSED THIS PLAINTIFF. ①

MUL
26



(155) ON OCTOBER 23, 2017, THIS PLAINTIFF WAS BEING ESCORTED FROM THE (EX#53) NU-CELL HOUSE TO HEALTHCARE FOR X-RAYS AND WAS AGAIN THREATENED AND SEXUALLY HARASSED BY THE ESCORTING 4/0, DEFENDANT, FURLOW (3-VIEWS IN ALL 4# FINGER)

(156) ON OCTOBER 23, 2017, THIS PLAINTIFF PLACED WITHIN THE NU-SICK CALL BOX A HAND WRITTEN REQUEST FOR I.B.U'S AND MUSLE RELAXOR REFILL FOR THIS PLAINTIFF'S CHRONIC PAIN

(157) ON OCTOBER 24, 2017, THIS PLAINTIFF WAS SEEN BY DEFENDANT, N.P. MIKE MOLDENHAUER WITHIN THE NU-CELL HOUSE SICK CALL AREA REGARDING PLAINTIFF'S X-RAYS OF 4TH RING FINGER (LEFT HAND) ON OCTOBER 10, 2017 (PH# 141), WHERE MOLDENHAUER GAVE THIS PLAINTIFF THREE (3) CONFLICTING X-RAY RESULTS ① THAT PLAINTIFF'S LEFT 4TH RING FINGER IS HEALED, ② THAT PLAINTIFF'S LEFT 4TH RING FINGER WAS FRACTURED AND HEALING ③ THAT PLAINTIFF'S LEFT 4TH RING FINGER WAS STILL BROKEN. THIS PLAINTIFF WAS AGAIN SCHEDULED FOR X-RAYS IN TWO WEEKS. (EX#54)

(158) FURTHERMORE, ON OCTOBER 24, 2017, AS ABOVE DESCRIBED IN PH#157 DEFENDANT, MOLDENHAUER TOLD THIS PLAINTIFF THAT HIS VISIT WITH PLAINTIFF WAS TO REVIEW PLAINTIFF'S X-RAY'S (4TH LEFT RING FINGER) OF OCTOBER 10, 2017, BUT THAT THE X-RAY REPORT WAS NOT BACK YET, AND THAT MOLDENHAUER WAS SEEING PLAINTIFF JUST TO LET PLAINTIFF KNOW THAT PLAINTIFF WOULD BE RE-SCHEDULED IN TWO (2) WEEKS, BECAUSE PASSES WERE ALREADY PASSED OUT. DISPITE MOLDENHAUER'S PREVIOUS CONFLICTING STATEMENTS (PH#157) MOLDENHAUER WENT ON TO TELL THIS PLAINTIFF WITHOUT LOOKING AT PLAINTIFF'S MEDICAL RECORDS THAT PLAINTIFF'S 4TH LEFT RING FINGER WAS AN OLD HEALED FRACTURE AND AGAIN LATER TOLD PLAINTIFF THE X-RAY SHOWED PLAINTIFF'S LEFT 4TH FINGER HAD STARTED TO HEAL. DEFENDANT, MOLDENHAUER GAVE THIS PLAINTIFF SO MANY COUNTERDICTIVE X-RAY FINDINGS OFF OF AN X-RAY REPORT (FOR X-RAYS OF 10/10/2017) THAT MOLDENHAUER HAD NOT EVEN RECEIVED BACK YET, BUT SINCE THIS PLAINTIFF HAD JUST HAD X-RAYS TAKE AGAIN ON OCTOBER 23, 2017, MOLDENHAUER WOULD RE-SCHEDULE TO SEE THIS PLAINTIFF IN TWO (2) WEEK'S WHEN MOLDENHAUER HAD RECEIVED BOTH X-RAY REPORTS FOR OCTOBER 10, 2017, AND OCTOBER 23, 2017. (EX#54)

(159) ON ███████ NOVEMBER 02, 2017, DEFENDANT, LASHBROOK DENIED THIS PLAINTIFF'S EMERGANCY GRIEVANCE DATED OCTOBER 10, 2017. (#08-11-17)

(160) ON NOVEMBER 02, 2017, DURING A LUNCH LINE MOVEMENT OF NU-6-GALLORY BOTH GOING AND RETURNING DEFENDANT, FURLOW THREATENED AND SEXUALY HARRASSED THIS PLAINTIFF AS ABOVE DESCRIBED WITHIN THIS COMPLAINT.

MUL
27

(161) ON NOVEMBER 10, 2017, THIS PLAINTIFF WENT ON A CALL PASS TO HEALTHCARE AT ABOUT 8:30am (NU-613) TO SEE DEFENDANT, DR. SIDDIQUI IN THE MAIN HEALTHCARE UNIT, AUTHORIZED BY DEFENDANT, CHRISTA MAHUKEN FOR PLAINTIFF'S BROKEN LEFT 4TH RING FINGER X-RAYS, WHERE SIDDIQUI TOLD THIS PLAINTIFF THAT HE (SIDDIQUI) CAN NOT DO ANYTHING NOW FOR THIS PLAINTIFF'S BROKEN FINGER BECAUSE IT WAS TO LATE IT HAD STARTED TO HEAL AND THAT THIS PLAINTIFF SHOULD HAVE SAID SOMETHING SOONER. (AS IF THIS WAS THE FIRST COMPLAINT PLAINTIFF HAD MADE PER BROKEN FINGER) (EX #58,59)

(162) ON NOVEMBER 10, 2017, THIS PLAINTIFF PUT WITHIN THE NU-SICK CALL BOX A REQUEST FOR PLAINTIFF'S PRESCRIPTION REFILL[S] OF I.B.U.'S 600mg AND MUSLE RELAXERS, ALL TO NO AVAIL.

(163) ON NOVEMBER 20, 2017, DEFENDANT, K. ALLSUP MADE ROUNDS AND CAME TO THIS PLAINTIFF'S CELL NU-613, WHERE THIS PLAINTIFF REQUESTED OF ALLSUP OF ISSUES WITH DEFENDANT'S, FURLOW, YANKEY, GROSS, SGT. JAMES, AND OTHER[S] REGARDING THE COUNTLESS THREATS TO BEAT PLAINTIFF'S ASS, ASSAULT AND BATTERY, SEXUAL ASSAULT AND BATTERY, SEXUAL HARASSMENT AND OTHER AS ABOVE DESCRIBED WITHIN THIS ACTION OF SAID DEFENDANT'S, DEFENDANT, ALLSUP REFUSED TO DO ANYTHING FOR THIS PLAINTIFF AND TOLD PLAINTIFF "TOUGH SHIT"; AND THIS PLAINTIFF FURTHER INFORMED DEFENDANT, ALLSUP OF THE COUNTLESS ISSUES OF PLAINTIFF NOT GETTING MEDICAL CARE AND/OR RE-FILL[S] OF PAIN MEDS AND MUSLE RELAXERS DISPITE PLAINTIFF'S PRESCRIPTION AND/OR COUNTLESS ATTEMPTS TO GET SAID DONE. DEFENDANT, ALLSUP TOLD PLAINTIFF THAT SHE HAD NOTHING TO DO WITH MEDICAL AND WOULD NOT DO ANYTHING FOR PLAINTIFF BECAUSE PLAINTIFF IS SUING HER (ALLSUP) THEN ALLSUP WALKED OFF DOING NOTHING FOR PLAINTIFF.

(164) ON NOVEMBER 21, 2017, THIS PLAINTIFF PLACED GRIEVANCE #8-11-17 DATED 10/10/2017 (A DENIED EMERGANCY GRIEVANCE) WITHIN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, ALLSUP BY PLACING SAID GRIEVANCE WITHIN THE NORTH UPPERS COUNSELER BOX.

(165) ON NOVEMBER 30, 2017, THE NORTH UPPERS (NU) CELL HOUSE WHERE THIS PLAINTIFF LIVED (NU-613) WAS SHOOK DOWN BY THE SOUTHERN ILLINOIS TACK TEAM (ORANGE CRUSH). DEFENDANT, ANDERSON (TACK) SHOOK THIS PLAINTIFF'S CELL DOWN TAKING THIS PLAINTIFF'S NON-CONTRABAND WALKMAN, PLAINTIFF'S LEGAL MATERIALS TO INCLUDE EXHIBITS (MOST OF), PLAINTIFF'S WRITING SUPPLIES (ie. PAPPER, PENS, ECT...), AND PLAINTIFF'S PRESCRIBED PAIN MEDICATION AND PRESCRIBED MUSLE RELAXERS, WHERE PLAINTIFF LATER ATTEMPTED TO GET RE-FILLED PER PRESCRIPTION, BUT COULD NOT WITHOUT THE BUBBLE SHEET/CARD[S] THAT DEFENDANT, ANDERSON HAD TAKEN LEAVING PLAINTIFF IN CHRONIC PAIN AS BELOW DESCRIBED WITHIN THIS COMPLAINT AND UNABLE TO GET REFILLS DISPITE PLAINTIFF'S WRITTEN REQUEST. (NOTE: DID NOT PUT IDEA[S] ON SHAKEDOWN SLIP). (EX #63)

MUL
28



(166) ON DECEMBER 01, 2017, THIS PLAINTIFF PLACED WITHIN THE INSTITUTIONAL MAIL (NU-612)(DO TO LOCKDOWN) A HAND WRITTEN MEDICAL REQUEST FOR THIS PLAINTIFF'S RE-AGREVATED NECK INJURY DO TO THE (FACK) ORANGE CRUSH SHAKEDOWN POLICY OF HEADS DOWN FOR HOURS ON END, AND FOR THIS PLAINTIFF'S CHRONIC NECK AND FUNGER PAIN, BROKEN LEFT 4TH FURGER, AND FOR PLAINTIFF'S PRESCRIBED REFILLS] (ie, I.B.U.'S, AND MUSLE RELAXERS) THAT DEFENDANT ANDERSON TOOK AS ABOVE DESCRIBED WITHIN (PH#164) OF THIS COMPLAINT, (EX#65)

(167) ON DECEMBER 05, 2017, AS A DIRECT RESULT OF THIS PLAINTIFF'S MEDICAL SICK CALL REQUEST OF DECEMBER 01,2017 (PH#166) WAS SEEN WITHIN THE NU-CELL HOUSE SICK CALL BY A NURSE DEFENDANT, NURSE JANE DOE #9, WHERE SHE COMPLETELY REFUSED TO DO ANYTHING FOR THIS PLAINTIFF AT ALL. (EX#9)⃝

(168) ON DECEMBER 05, 2017, ON THIS PLAINTIFF'S WAY TO THE NU-SHOWER AND ALSO ON THE WAY BACK TO PLAINTIFF'S CELL NU-612 AFTER SHOWER DEFENDANT, THREADGILLE (ON THE 3pm TO 11pm SHIFT) UPON PLAINTIFF REQUESTING TO SEE THE NURSE/MED TECK WHEN THEY CAME INTO THE HOUSE, TOLD THIS PLAINTIFF THAT HE (THREADGILLE) SHOULD BEAT PLAINTIFF FOR FILING GRIEVANCES ON STAFF AND THAT HE (THREADGILLE) WOULD NO NOTHING FOR THIS PLAINTIFF.⃝

(169) ON DECEMBER 06, 2017, ON THIS PLAINTIFF'S WAY TO AND FROM THE NU-6-GALLORY TO/FROM CHOW HALL WITHOUT ANY KIND OF PROVOKTION ON 6-6-FLAG DEFENDANT, THREADGILLE THREATENED TO BEAT THE HOLLY SHIT "OUT" OF THIS PLAINTIFF FOR NO REASON AT ALL.⃝

(170) ON DECEMBER 07, 2017, DEFENDANT, LT/MAJOR, JOHN DOE #10, (1/2) OF INTERNAL AFFAIRS INTERVIEWED THIS PLAINTIFF REGARDING PLAINTIFF'S GRIEVANCE #137-9-17, DATED 09/02/2017, AT THE REQUEST OF THE ADMINISTRATIVE REVIEW BOARD, FOR ABOVE DESCRIBED ISSUES WITHIN THIS COMPLAINT.⃝

(171) ON DECEMBER 20, 2017, AT ABOUT 8:00am, DEFENDANT, C/O FURLOW CAME TO THIS PLAINTIFF'S CELL (NU-612) AND STARTED TO THREATEN TO BEAT THIS PLAINTIFF'S ASS AND "FUCK" PLAINTIFF'S THINGS UP, AND TOLD PLAINTIFF TO PACK HIS "SHIT" BECAUSE PLAINTIFF WAS MOVING AND PLAINTIFF'S CELLY⃝ WAS ALSO MOVING.

(172) ON DECEMBER 20, 2017, UPON THIS PLAINTIFF EXITING CELL NU-612 TO MOVE DEFENDANT'S, FURLOW, YAUKEY, AND GROSS WERE STANDING OUTSIDE OF PLAINTIFF'S CELL NU-612, WHERE THEY ALL (3) STARTED TO THREATEN TO BEAT PLAINTIFF AND SEXUALY HARASS PLAINTIFF TRYING TO PROVOK PLAINTIFF INTO DOING SOMETHING THAT THEY COULD USE TO JUSTIFY BEATING PLAINTIFF'S ASS.⃝

MUL
29

(173) FURTHERMORE, ON DECEMBER 20,2017, DEFENDANT'S, FURLOW, YAUKEY, GROSS, AND SGT. JAMES WOULD NOT LET THIS PLAINTIFF USE A CART TO MOVE PLAINTIFF'S PROPERTY DOWN THE GALLORY FROM PLAINTIFF'S CELL NU-417 TO ABOUT NU-654, WHERE THIS PLAINTIFF WAS FORCED TO CARY PLAINTIFF'S PROPERTY BOXES TO THE NU-6-GALLORY FLAG KNOWING OF THIS PLAINTIFF'S LEFT 4TH RING FINGER INJURY, AND LEFT SIDE NECK INJURIES, AND BACK ISSUES, CAUSING SAID INJURIES TO BE RE-AGGRAVATING[ED]. WHEN THIS PLAINTIFF REQUESTED OF DEFENDANTS, FURLOW, YAUKEY, GROSS, AND SGT. JAMES THEY RESPONDED BY THROWING PLAINTIFF'S PROPERTY DOWN THE STAIRS (ALL FLIGHTS) FROM THE SIX (6) GALLORY TO THE GROUND, FLOOR FLINGING ALL PLAINTIFF'S PROPERTY ALL OVER THE PLACE DESTROYING SOME OF PLAINTIFF'S PROPERTY, TELLING PLAINTIFF THAT PLAINTIFF SHOULD NOT HAVE FILED GRIEVANCES ON THEM. THE THREATS JOINTLY CONTINUED FROM ALL (4) ABOVE DEFENDANTS FROM SEXUAL, ASSAULT AND BATTERY, TO BOGUS DISCIPLINARY SANCTIONS/TICKET, AND SEGREGATION FOR OVER ONE HOUR. ①

(174) ON DECEMBER 20,2017, WHILE THIS PLAINTIFF WAS PICKING UP PLAINTIFF'S PROPERTY AS ABOVE DESCRIBED IN PH# 173 THIS PLAINTIFF WAS SCHEDULED FOR A "LEGAL CALL", WHERE DEFENDANT, FURLOW TOOK THIS PLAINTIFF'S CALL PASS FOR LEGAL CALL AND TOLD PLAINTIFF TO SIGN ON IT REFUSE, AND PLAINTIFF'S NAME AND NUMBER. THIS PLAINTIFF REFUSED TO SIGN UNTILL AFTER DEFENDANT, FURLOW SLAMED PLAINTIFFS HEAD INTO THE BARS, WHERE FURLOW ALSO FORCED PLAINTIFF TO SIGN ANOTHER PIECE OF PAPER INDICATING PLAINTIFF REFUSED. THIS PLAINTIFF NEVER REFUSED PLAINTIFF'S LEGAL CALL, BUT UPON ASKIN DEFENDANTS FURLOW, YAUKEY, AND SGT. JAMES, AND OTHER UNIDENTIFIED JOHN DOE'S, et al, TO TAKE PLAINTIFF TO THE CHAPEL FOR PLAINTIFF'S LEGAL CALL THEY ALL REFUSED TO DO SO DENYING PLAINTIFF OF HIS CALL WITH HIS LAWYER IN BENTZ(V) HOWEL, USDC/SDIL, PLAINTIFF WAS LATER MOVED TO SOUTH UPPERS CELL HOUSE, CELL #846 (SU-846) ①

(175) UPON THIS PLAINTIFF ARIVING WITHIN THE SOUTH UPPERS CELL HOUSE PLAINTIFF REQUESTED TO GO TO MEDICAL FOR PLAINTIFF'S REAGGRAVATED INJURIES AS ABOVE DESCRIBED WITHIN PH# 173,174 OF UNIDENTIFIED JOHN DOE'S, et al, WHO TOLD THIS PLAINTIFF TO PUT IN A SICK CALL BECAUSE THEY WOULD NOT GET PLAINTIFF MEDICAL CARE.

(176) BETWEEN THE DATES OF DECEMBER 20,2017, WITHIN THE SOUTH UPPERS CELL HOUSE AND THE DATE OF MARCH 30,2018, THIS PLAINTIFF HAS CONTINUALY PUT IN FOR MEDICAL CARE BY MEANS OF A HAND WRITTEN REQUEST PER ALL ABOVE ISSUES BY PLACING SAID REQUEST WITHIN THE SU SICK CALL BOX ALL TO NO AVAIL, WHERE PLAINTIFF HAS ALSO REQUESTED FOR MEDICAL CARE FOR ABOVE MEDICAL ISSUES OF SEVERAL UNIDENTIFIED JOHN AND JANE DOE'S, et al, ALL TO NO AVAIL,WHERE PLAINTIFF IS TOLD TO PUT IN A SICK CALL SLIP/REQUEST. TO INCLUDE DEFENDANT, JASON WALLER ALL TO NO AVAIL.

(177) ON JANUARY 26, 2018, THIS PLAINTIFF WAS SEEN WITHIN THE SOUTH UPPERS CELLHOUSE HEALTHCARE BY DEFENDANT, MOLDENHAUER FOR PLAINTIFF'S MEDICAL ISSUES UNRELATED TO THIS ACTION, WHERE PLAINTIFF REQUESTED CARE FOR THIS PLAINTIFF'S LEFT RING FINGER (SERIOUS MEDICAL NEED) AND CHRONIC PAIN. DEFENDANT, MOLDENHAUER REFUSED TO DO ANYTHING FOR PLAINTIFF AND TOLD THIS PLAINTIFF "IF YOU WANT MEDICAL CARE YOU WILL HAVE TO SUE ME" TO QUOTE MOLDENHAUER. THIS PLAINTIFF WAS DENIED OF ANY CARE FOR PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CHRONIC PAIN (BOTH WERE OBVIOUS).

(178) ON MARCH 30, 2018 THIS PLAINTIFF WAS SEEN WITHIN THE SOUTH UPPERS CELL HOUSE (SU-846) HEALTHCARE BY DEFENDANT, NURSE MISS. MEARS REGARDING PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CHRONIC PAIN TO PLAINTIFF'S LEFT RING FINGER, AND OTHER MEDICAL ISSUES UNRELATED TO THIS ACTION, WHERE DEFENDANT WALLER WAS ALSO IN THE ROOM IN VIOLATION OF H.I.P.A.A. ACT, DEFENDANT MEARS LEARNED OF PLAINTIFF'S LAW SUIT (BEATS(S) MAKE) MEARS REFUSED TO DO ANYTHING FOR THIS PLAINTIFF DISPITE PLAINTIFF'S OBVIOUSLY SERIOUS MEDICAL NEEDS AND CHRONIC PAIN.

(179) THIS PLAINTIFF HAS CONTINUALLY FILED OTHER GRIEVANCES NOT MENTIONED WITHIN THIS COMPLAINT REGARDING ISSUES AND/OR DEFENDANTS' WITHIN THIS ACTION MOST IF NOT ALL TO NO AVAIL.

(180) THE DEFENDANT, WEXFORD HEALTH SERVICE HAS A HISTORY OF NOT KEEPING ADEQUATE MEDICAL RECORDS ON INMATES MAKING INMATES RECORDS (MEDICAL RECORDS) WORTHLESS (TO INCLUDE THIS PLAINTIFF'S MEDICAL RECORDS) AS PREVIOUS EXPERT REPORTS (RECENT REPORTS) HAVE SHOWN, AND THEY ARE GETTING EVEN WORSE WITHIN I.D.O.C AS A WHOLE.

(181) THERE IS ABSOLUTLY NO ACCOUNTABILITY FOR ANY DEFENDANT[S] ACTION[S], LACK OF ACTION[S], FAILURE TO ACT WITHIN THIS ACTION AS DESCRIBED IN THIS ACTION TO THE DEFENDANT[S] THEMSELVES PERSONALY WHETHER PLAINTIFF PREVAILS AND/OR OTHER WITHIN THIS ACTION.

(182) THE ABOVE ACTIONS OF DEFENDANTS' AFOREMENTIONED WITHIN THIS ACTION CONSTITUTES THE TORT OF NEGLIGENCE.

(183) THE DEFENDANT[S], WEXFORD HEALTH SERVICE, IS UNDER CONTRACT WITH DEFENDANT, (BY) THE ILLINOIS DEPARTMENT OF CORRECTIONS, AND/OR MENARD CORRECTIONAL CENTER, AND IS FURTHER MORE UNDER CONTRACT WITH THE AFOREMENTIONED MEDICAL DEFENDANTS' WITHIN THIS ACTION (ie DRS, MED. TECH'S, NURSES, N.P.'S ETC...) AND IN FULL AGREEMENT BY CONTRACT, POLICIE[S] WRITTEN AND/OR UNWRITTEN TO NOT TREAT CERTAIN CHRONIC MEDICAL ISSUES/NEEDS IN VIOLATION OF INMATES AND PLAINTIFF'S CONSTITUTIONAL RIGHTS TO ADEQUATE HEALTHCARE.

(184) BETWEEN THE DATES OF <u>AUGUST 11, 2017</u>, THROUGHOUT <u>MARCH 30, 2018</u> THIS PLAINTIFF HAS CONTINUALLY REQUESTED MEDICAL CARE FOR PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CHRONIC PAIN FOR PLAINTIFF'S OBVIOUS INJURIES AS ABOVE DESCRIBED WITHIN THIS COMPLAINT, WHERE SAID REQUEST WERE MADE PERSONALLY KNOWN TO DEFENDANTS. (FOR SAKE OF NON REPETIVNESS SOME DEFENDANTS ARE ONLY NAMED WITH IN THIS PH #184 BUT ARE SUED ALL THE SAME), <u>MULHOLLAND</u> <u>NURSE JANE DOE #6</u>, DEAN GROSS, K. MAUE, KELLY PIERCE, ALEX JONES, <u>DR. SHAH</u>, DR. SIDDIQUI, FURLOW, FRITSCHE, SHERRY BENTON, MOLDENHAUER, ALSUP, LASHBROOK, YANKEY, NURSE JANE DOE #7, HALLY HAWR WS, MIKE McCLURE, DEDE SHORT, JANE DOE #5 (NURSE), NURSE JOHN DOE #8, SGT. JAMES, LT. QUALLS, NURSE JANE DOE #9, THREADGILL, LT/MV-IX /1/2 JOHN DOE #10, TAMERA TURNER, JASON WALLER, NURSE MISS MEARS, AND UNIDENTIFIED JOHN AND JANE DOE'S, et ab SEVERAL COUNTLESS REQUEST OF EACH ALL TO NO AVAIL, WHERE ALL (EACH) HAD PERSONAL KNOWLAGE AND ABILITY TO REMEDIE BUT FAILED TO DO SO.

(185) THE PERSONS NAMED IN THIS ACTION ABSOLUTELY DO NOT HAVE IMPUNITY WHEN THEY INFRING THE CONSTITUTIONAL AUTHORITY THAT PENOLOGICALLY JUSTIFIES SOUND DECISION MAKING IN THE DAILY OPERATIONS OF PRISON.

DATE: 05/03/2018

/s/ David Bentz

DAVID BENTZ (A5-03210)
MENARD CORRECTIONAL CENTER
P.O. BOX #1000
MENARD, ILLINOIS
62259

## FOOT NOTE LIST:

FN #1: EXHIBITS #6, 7, 30, 60, 61, 64, 66

## REQUEST FOR RELIEF

THE PLAINTIFF, DAVID ROBERT BENTZ, PRO-SE, RESPECTIVELY PRAYS THAT THIS HONORABLE COURT WILL:

(A) AWARD _NOMINAL_ DAMAGES IN THE FOLLOWING AMOUNTS TO VINDICATE THE PLAINTIFF'S RIGHTS, IN THAT THE DEFENDANTS' WILLFULLY AND KNOWINGLY VIOLATED:

(1) $10,000 JOINTLY AND SEVERALLY AGAINST _ALL_ DEFENDANTS' NAMED HEREIN;

(B) AWARD _PUNITIVE_ DAMAGES IN THE FOLLOWING AMOUNTS TO DETER UNNECESSARY AND WANTON INFLICTION OF PAIN CAUSED BY OFFICIALS, AND INDIVIDUAL ACTS OR FAILURES TO ACT THAT WERE WITHOUT PENOLOGICAL JUSTIFICATION, RESULTING IN GRATUITOUS INFLICTION OF PAIN AND SUFFERING—AS SUCH GRATUITOUS INFLICTION OF PAIN ALWAYS VIOLATES CONTEMPORARY STANDARDS OF DECENCY, AND NEED NOT PRODUCE VISIBLE INJURY OR SERIOUS INJURY IN ORDER TO OFFEND THE EIGHTH AMENDMENT OF THE U.S. CONSTITUTION:

(1) $50,000 AND/OR NINE TIMES (9X'S) ACTUAL DAMAGES AWARDED JOINTLY AND SEVERALLY AGAINST _ALL_ DEFENDANTS' NAMED HEREIN;

(C) AWARD _COMPENSATORY_ DAMAGES IN THE FOLLOWING AMOUNTS FOR THE PHYSICAL INJURY(IES) SUBSTAINED AND PAIN SUFFERED BY THIS PLAINTIFF DUE TO THE CONSTITUTIONAL RIGHT VIOLATIONS THAT WERE INTENTIONALLY INFLICTED UPON PLAINTIFF:

(1) $50,000 JOINTLY AND SEVERALLY AGAINST _ALL_ DEFENDANT'S NAMED HEREIN FOR THEIR FAILURE TO GET AND/OR PROVIDE PLAINTIFF ADEQUATE MEDICAL CARE FOR SERIOUS MEDICAL NEEDS AND CHRONIC PAIN, AND FOR DELAY IN CARE.

(2) $20,000 JOINTLY AND SEVERALLY AGAINST DEFENDANT'S, MIKE McCLURE, JASON FURLOW, MASON YANKEY, DEAN GROSS, SGT. MR. JAMES, AND OTHER UNIDENTIFIED JOHN AND JANE DOE'S, etal, FOR THE SEXUAL ASSAULT AND BATTERY, AND SEXUAL HARASSMENT, AND OTHER AS DESCRIBED WITHIN THIS ACTION TO THIS PLAINTIFF.

D) ISSUE A _DECLARATORY_ JUDGMENT STATING THAT:

① THE PHYSICAL ABUSE OF PLAINTIFF BY DEFENDANTS VIOLATED[S] PLAINTIFFS STATE LAW RIGHTS AND PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT, AS A CONVICTED SENTENCED PRISONER, TO CONSTITUTION AND CONSTITUTES AN ASSAULT AND BATTERY UNDER STATE LAW;

Ⓔ ISSUE A _PRE-LIMINARY INJUNCTION_ AND/OR _T.R.O._ ORDERING THE ILLINOIS DEPARTMENT OF CORRECTIONS AND/OR MENARD CORRECTIONAL CENTER TO:

① IMMEDIATELY ARRANGE FOR DEFENDANT'S, _JASON FURLOW, MASON YANKEY, DEAN GROSS, SGT. MR. JAMES,_ TO BE T-R.O. FROM THIS PLAINTIFF

Ⓖ IMMEDIATELY ARRANGE FOR PLAINTIFF TO RECEIVE PAIN MEDS AND MUSLE RELAXERS, AND TO DIAGNOSE NECK ISSUES, AND ADDRESS FURTHER ISSUES.

Ⓕ GRANT SUCH _OTHER_ AND FURTHER RELIEF TO STOP SAID CONSTITUTIONAL RIGHTS VIOLATIONS, AND/OR RELIEF AS IT MAY APPEAR THIS PLAINTIFF IS ENTITLED.

DATE: 05/03/2018

/s/ David Bentz

DAVID BENTZ (#S-03212)
MENARD CORRECTIONAL CENTER
P.O. BOX 1000
MENARD, ILLINOIS
62259

MUL
35

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE II

I, THE UNDERSIGNED, CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, THAT THIS COMPLAINT IS IN FULL COMPLIANCE WITH RULE 11(a) AND (b) OF THE FEDERAL RULE OF CIVIL PROCEDURE. THE UNDERSIGNED ALSO RECOGNIZES THAT FAILURE TO COMPLY WITH RULE 11(a) AND (b) MAY RESULT IN SANCTIONS, MONETARY OR NON-MONETARY, PURSUANT TO F.R.C.P. RULE 11(c).

THE PLAINTIFF HEREBY REQUEST THE COURT ISSUE ALL APPROPRIATE SERVICES AND/OR NOTICES TO THE DEFENDANTS.

SIGNED THIS 03RD DAY OF MAY , 2018

BY

DAVID BENTZ (# S-03210)
MENARD CORRECTIONAL CENTER
P.O. BOX #1000
MENARD, ILLINOIS
62259

MUL
36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ROBERT BENTZ (#S-03210)
       PLAINTIFF

−VS−                                           DOCKET NO:

MULHOLLAND, et al,
       DEFENDANTS

## CERTIFICATE OF SERVICE

I DAVID BENTZ, PRO-SE, PLAINTIFF, IN THIS ACTION DO HEREBY
CERTIFY THAT ON BELOW DATE I PLACED WITHIN MENARD INSTITUTIONAL MAIL
TO THE LAW LIBRARY FOR E-FILING TO THIS COURT THE ATTACHED:
COMPLAINT AND EXHIBITS TOTALING 179-PAGES IN ALL.

DATE: 05/03/2018

By _____
DAVID BENTZ (#S-03210)
MENARD CORRECTIONAL CENTER
P.O. BOX #1000
MENARD, ILLINOIS
62259

MUL
37

## LIST OF EXHIBITS (1-3)

| EX# | DATE | DISCRIPTION | PAGES |
|---|---|---|---|
| 1 | 07/30/17 | HEALTH CARE REQUEST | 1 |
| 2 | 08/02/17 | MED RECORD PER L-RING FIRUGER | 1 |
| 3 | 08/02/17 | SHAKEDOWN SLIP OF ORANGE CRUSH 9b T. SMITH | 1 |
| 4 | 08/03/17 | HEALTHCARE REQUEST | 1 |
| 5 | 08/06/17 | MED RECORD PER MECK | 1 |
| 6 | 08/11/17 | EMERGANCY GRIEVANCE TO WARDEN LASHBROOK | 2 |
| 7 | 08/11/17 | GRIEVANCE TO COUNSELOR K. ALSIP | 2 |
| 8 | 08/14/17 | HEALTH CARE REQUEST | 1 |
| 9 | 08/16/17 | NU-LEGALEXCHANGE CALL PASS (8:00AM) | 1 |
| 10 | 08/16/17 | NU-IN HOUSE MEDICAL CALL PASS (7:30AM) | 1 |
| 11 | 08/16/17 | MED RECORDS PER L-RING FIRUGER, MECK | 1 |
| 12 | 08/16/17 | HAND COPY OF NU-INHOUSE MEDICAL CALL PASS (7:30 AM) WITH NOTE | 1 |
| 13 | 08/16/17 | HEALTHCARE REQUEST | 1 |
| 14 | 08/20/17 | HEALTH CARE REQUEST | 1 |
| 15 | 08/22/17 | HEALTH CARE REQUEST | 1 |
| 16 | 08/24/17 | NU-HEALTHCARE IN HOUSE CALL PASS (12:00pm) | 1 |
| 17 | 08/28/17 | HEALTHCARE ☒☒ REQUEST | 1 |
| 18 | 08/29/17 | HEALTHCARE CALL PASS FOR X-RAY L-RING FIRUGER HANDCOPY(7:30AM) | 1 |
| 19 | 08/29/17 | L-RING FIRUGER X-RAY REPORT | 1 |
| 20 | 08/31/17 | RECEIPT FOR POSTAGE OF GRIEVANCE #08-11-17 DATE EMRG TO A.R.B. | 1 |
| 21 | 08/31/17 | RECEIPT FOR COPY OF GRIEVANCE DATED 08/11/17 EMERG TO SEND IS AND | 1 |
| 22 | 08/31/17 | HEALTHCARE REQUEST | 1 |
| 23 | 09/02/17 | HEALTHCARE CALL PASS (NURU) RESULT OF MR BENTZ'S E-MAN/COMPLAINT 12:00pm FAMILY COMPLAINT DATED 09/01/17 (HAND COPY) DR. SHAH | 1 |
| 24 | 09/02/17 | MED RECORDS FROM 08/25/17 TO 09/02/17 | 1 |
| 25 | 09/03/17 | HEALTH CARE REQUEST | 1 |
| 26 | 09/06/17 | HEALTHCARE REQUEST | 1 |
| 27 | 09/08/17 | SHAKEDOWN SLIP OF ORANGE CRUSH | 1 |
| 28 | 09/08/17 | HEALTH CARE REQUEST | 1 |
| 29 | 09/10/17 | HEALTHCARE REQUEST | 1 |
| 30 | 09/11/17 | FULLY EXHAUSTED GRIEVANCE DATED : 08/11/17 EMERGANCY | 3 |
| 31 | 09/12/17 | HEALTHCARE REQUEST | 1 |
| 32 | 09/13; 09/14/17 | MEDICAL RECORDS FROM 09/13/17 TO 09/13/17 PER X-RAY L/KIROGER | 1 |
| 33 | 09/13/17 | MEDICAL RECORD PER MECK | 1 |
| 34 | 09/13/17 | MEDICAL RECORD PER L-RING FIRUGER | 1 |
| 35 | 09/13/17 | L-RING FIRUGER X-RAY REPORT | 1 |
| 36 | 09/19/17 | HEALTH CARE REQUEST | 1 |
| 37 | 09/20/17 | NU-HEALTHCARE CALL PASS (7:30)AM | 1 |
| 38 | 09/20/17 | MED RECORDS PER L-RING FIRUGER + MECK | 1 |
| 39 | 09/21/17 | MED RECORDS | 1 |
| 40 | 09/22/17 | HEALTHCARE REQUEST | 1 |

## LIST OF EXHIBITS (2-3)

| EX# | DATE | DISCRIPTION | PAGES |
|---|---|---|---|
| 41 | 09/24/17 | HEALTH CARE REQUEST | 1 |
| 42 | 09/26/17 | HEALTHCARE REQUEST | 1 |
| 43 | 09/28/17 | HETLTH CARE REQUEST | 1 |
| 44 | 09/30/17 | RECEIPT FOR 5.00 MED CO-PAY PER L-RING FURUGER | 1 |
| 45 | 09/30/17 | MED RECORDS PER L-RING FURUGER | 1 |
| 46 | 09/02/17 | NU-HEALTH CARE CALL PASS (NOTE ON PASS) | 1 |
| 47 | 10/02/17 | MEDICAL RECORD PER NECK, L-RING FURUGER | 1 |
| 48 | 10/10/17 | LEFT RING FURUGER X-RAY REPORT | 1 |
| 49 | 10/10 TO 10/23/17 | MED RECORDS PER L-RING FURUGER (10/10/17 TO 10/23/17 | 1 |
| 50 | 10/10/17 | LETTER TO JOHN HOWARD ASSOCIATION (PREA) AND RIGHT HAND | 1 |
| 51 | 10/12/17 | REQUEST TO MENTAL HEALTH | 1 |
| 52 | 10/20/17 | RECEIPT FOR COPIES OF EXHIBITS IN THIS ACTION (3 (.7) MUL) | 1 |
| 53 | 10/23/17 | LEFT RING FIRUGER X-RAY REPORT | 1 |
| 54 | 10/24/17 | NU-HEALTHCARE CALL PASS (12:00AM) | 1 |
| 55 | 10/29/17 | LETTER FROM JOHN HOWARD ASSOCIATION (PREA) | 1 |
| 56 | 11/01/17 | RECEIPT FROM GRIEVANCE OFFICE PER GRIEVANCE #8-11-17, #9-11-17 &#46 BOTH DATED 10/10/17 | 1 |
| 57 | 11/06/17 | RECEIPT OF POSTAGE TO A.R.B. PER GRIEVANCE #137-9-17; 136-9-17; AND #135-9-17 | 1 |
| 58 | 11/10/17 | HEALTHCARE CALL PASS (HAND COPY) | 1 |
| 59 | 11/10/17 | MED RECORD PER L-RING FURUGER | 1 |
| 60 | 11/16/17 | FULLY EXHAUSTED GRIEVANCES #8 #137-9-17; DATED: 9/02/17; AND 8/11/17 | 7 |
| 61 | 11/16/2017 | FULLY EXHAUSTED GRIEVANCE #136-9-17; DATED:08/11/17 | 5 |
| 62 | 11/22/17 | COUNSELING SUMMARY PER GRIEVANCE #8-11-17 DATED 11/22/17 | 1 |
| 63 | 11/30/17 | SHAKE DOWN SLIP OF ORANGE CRUSH, (B ANDERSON #8217) | 1 |
| 64 | 12/19/17 | FULLY EXHAUSTED GRIEVANCE #137-9-17; DATED:09/02/17 | 6 |
| 65 | 12/01/17 | HEALTHCARE REQUEST | 1 |
| 66 | 01/03/18 | LETTER/GRIEVANCE #137-9-17 (PREA) TO A.R.B | 7 |
| 67 | 01/25/18 | FULLY EXHAUSTED GRIEVANCE #8-11-17, DATED:10/10/17 | 1 |
| 68 | 01/26/18 | HEALTHCARE CALL PASS IN NU-HEALTHCARE (7:30AM) NOTE ON EXHIBITS | 1 |
| 69 | 02/22/18 | FULLY EXHAUSTED GRIEVANCE #229-12-17; DATED:12/06/17 | 1 |
| 70 | 10/10/14 | X-RAY REPORT PER NECK | 1 |
| 71 | 9/25/16 | X-RAY REPORT PER NECK | 1 |
| 72 | 06/15/17 | X-RAY REPORT PER NECK | 1 |
| 73 | | .MED CHART NOT ALL MEDS REFILLED (MEDICATION[S]) | 8 |
| 74 | 12/12/17 | COUNSELING SUMMARY PER GRIEVANCE #8-11-17, DATED:10/10/17 | 1 |
| 75 | 12/12/17 | COUNSELING SUMMARY PER GRIEVANCE #8-11-17, DATED:10/10/17 (2nd) | 1 |
| 76 | 12/14/17 | COUNSELING SUMMARY PER GRIEVANCE #229-12-17, DATED 12/6/17 | 1 |
| 77 | 01/02/17 | A.R.B. FULL/PARTIAL EXHAUSTION PER GRIEVANCE #137-9-17; DATE | 1 |
| 78 | 01/03/17 | LETTER TO A.R.B. PER GRIEVANCE #137-9-17 (PREA) | 1 |
| 79 | 01/22/18 | COUNSELING SUMMARY PER GRIEVANCE #229-12-17 (2nd L.) DATED:12/6/17 | 1 |

MUL
39

## LIST OF EXHIBITS (3-3)

| EX# | DATE | DISCRIPTION | PAGES |
|---|---|---|---|
| 80 | 01/26/18 | GRIEVANCE (3RD) ATTEMPT (HAND COPY) TO NO AVAIL #511-1-18 | 2 |
| 81 | 03/15/18 | COUNSELING SUMMARY PER GRIEVANCE #511-1-18 (2nd LEV) DATED:1/26/18 | 1 |
| 82 | 01/23/18 | RECORD PER GRIEVANCE #8-11-17; DATED:10/11/17 | 1 |
| 83 | 11/14/17 | RECORD PER GRIEVANCE #137-9-17; DATED: 09/02/17 | 1 |
| 84 | 11/14/17 | RECORD PER GRIEVANCE #136-9-17; DATED: 08/11/17 | 1 |
| 85 | 12/1/02 | CORRECTIONAL OFFICER, DISTINGUISHING FEATURES OF WORK POSITION CODE #09675, EFFECTIVE: 12/01/02 | 2 |

MU
40

HEALTH CARE                                    07/30/17
   BROKEN 4ᵗʰ (RING) FIRNGER LEFT
HAND ON 07/29/17

                    Lord Bents
                        BEATZ #S-03210
                        NV-612

                                   MUL
                              MIA  EX#1
                               41
                                   1-1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>MENARD CORRECTIONAL</u>　　Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Bentz　First Name: David　ID#: S03210

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/2/17 | S) - Any Allergies　NKA | P) MD Referral　to eval, order X-ray |
| 0935 | - Location of pain / discomfort　℟ ring finger, 2nd joint | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain　Stabbing　Throbbing　Constant　Intermittent　Etc.　-ache | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated　No / NA | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10　unknown | |
| | - Duration of pain　x 4 days | No MD referral |
| 98% SPO₂ | O)　T 98.2　P 75　R 12　BP 100/80　WT 130 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort　+ @ present time, until area is palpated. | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | Patient Teaching |
| | - Observations related to body part affected　I/M believes he broke his finger, slammed in cell door. Edema, bruising present. ROM limited d/t pain, possible fx? Finger cool | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | | Nurse Signature |
| | A) Non-Specific Discomfort | Payment voucher　YES　NO |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

BENTZ MCC (MR) 0072

Big Muddy River CC
%o T. Smith 4349

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Shakedown Record/Confiscated Contraband**

08/08/17

| | |
|---|---|
| Exhibit No. | _____ |
| CLIC No. | _____ |

Date: _____ Time: 12:10 ☐ a.m. ☑ p.m. Bldg. Area: All

Living Area: _____ Occupied: ☑ Yes ☐ No

Violator: _____ No. _____

Violator: _____ No. _____

Was any contraband found? ☐ Yes ☑ No

Item(s) (Description and circumstances of discovery): _____

*Nont*

*Found*

Witness: _____

Disciplinary Report written: ☐ Yes ☑ No    Incident Report written: ☐ Yes ☑ No

T Smith _____
4349                5717              1:45  ☐ a.m. ☑ p.m.
Badge No.          Date              Time

**Shift Supervisor:** Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

☐ Major Contraband   ☐ Minor Contraband: _____
                                          Signature

Disposition: _____

Date: _____ Time: _____ ☐ a.m. ☐ p.m. Initials: _____

**Receiving Custodian:** Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

☐ Major Contraband   ☐ Minor Contraband: _____
                                          Custodian Signature

**Chain-of-Custody after the Custodian has received the item:**

From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

Final Disposition: _____

Date: _____ Custodian's Initials: _____

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Violator

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

HEALTH CARE,                                    08/03/2017

(1)    I HAVE CHRONIC PAIN, SWELLING AND OTHER
TO LEFT NECK AREA. D.D TO CRUSH SHAKEDOWN
ON 08/02/2017 (NV-6-CELL) RE-AGRIVATED MY
NECK ISSUES I NEED MUSEL RELAXERS AND REQUEST
M.R.I. INORDER TO DIOGNOSE CAUSE OF NECK ISSUES

(2)    CRUSH TOOK MY MED STUFF GIVEN BY NURSE
ON MORNING OF 08/02/2017 BEFORE SHAKEDOWN GIVEN
FOR LEFT HAND 4TH (RING) FINGER WHICH IS BROKEN.

(3) THEY ALSO TOOK MY IBU'S FOR NECK THAT WERE PRESCRIBED
PLEASE SEND ME REFILL

BENTZ S-03210
NV-612

MUL
EX#9
1-1                MUL
                   44

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>MENARD CORRECTIONAL</u> Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Bentz
First Name: David
MI:
ID#: S03210

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | S) - Any Allergies | P) MD Referral Request MRI, Robaxin |
| 8/6/18 | NKDA | Ibuprofen needs refilled |
| 10 Dav | - Location of pain / discomfort | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | neck | |
| | - Describe pain | - Patient presents with signs of acute, severe discomfort |
| | Stabbing  Throbbing  (Constant)  Intermittent  Etc. | |
| | - Have you had this pain before and how was it treated | - Patient has abnormal vital signs |
| | yes - methocarbamol | |
| | - Rate pain level scale of 1 – 10 | |
| | Varies | No MD referral |
| | - Duration of pain | |
| | May 2014 - injury d/t S.A. | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| 9/26/SPR | O) T 98.  P 88  R 16  BP 126/88  WT 130 | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | - Signs of obvious discomfort | Patient Teaching |
| | Does not turn head | |
| | - Observations related to body part affected | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | current correctl. Current | |
| | swelling to back of neck, into | |
| | occipital area. Becomes much | |
| | larger + more painful multiple | |
| | x's daily - Hard to go to sleep, | |
| | but doesn't usually keep him awake | Nurse Signature [signature] |
| | A) Non-Specific Discomfort | Payment voucher  (YES)  NO |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

MUL
EX #5
1-1

BENTZ MCC (MR) 0073

MUL
45

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 08/11/2017 | Committed Person: (Please Print) DAVID BENTZ | S-03210 |
|---|---|---|

| Present Facility: MENARD | Facility where grievance issue occurred: MENARD | NU-6-12 |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): DENIAL OF MEDICAL CARE, PAIN MEDICATION, AND OTHER FOR BROKEN FINGER; 4TH RING FINGER ON LEFT HAND; DELIBERATE INDIFFERENCE; CRUEL AND UNUSUAL PUNISHMENT; STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS, AND OTHER MEDICAL RELATED ISSUES AND RETALIATION

- [ ] Disciplinary Report: _____  _____
                          Date of Report   Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

SENT TO COUNSELOR (BY BOX) MLL SLIP ON 08/25/2017 IN W/TO ARB W.S. MAIL ON 08/31/17

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

EMERGENCY GRIEVANCE TO WARDEN LASHBROOK:

**Brief Summary of Grievance:** THIS GRIEVANCE IS BEING BROUGHT AGAINST JOHN AND JANE DOE "PAST RESPONDENTS" OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) ADMINISTRATIVE, SUPERVISORIAL, SECURITY, AND MEDICAL PERSONNEL (TO INCLUDE THOSE CONTRACTED FOR BY OR IDOC, AND LISTING MEDICAL ISSUES AND OTHERS) WHO, IN THEIR PROFESSIONAL, INDIVIDUAL, OR OFFICIAL CAPACITIES DO FORMULATE, AUTHORIZE, TRAIN, COLLUDE, ACQUIESCE, OR OTHERWISE DIRECT THIS GRIEVANT TO BE DEPRIVED OF MEDICAL CARE, ACCESS, PAIN MEDICATION, AND OTHER FOR A EXTENDED PERIOD OF TIME, AND/OR FOR NO PERSON AT ALL. THIS GRIEVANCE IS FILED RELATED IN CONTAMPLATION OF AND EXPECTATION FOR LITIGATION/ALLEGES DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF PRESCRIBED PAIN MEDICATION, DENIAL OF MEDICAL CARE, ALLEGING VIOLATIONS OF STATE LAW, AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.

   THIS GRIEVANCE ARISES FROM THE ABOVE RESPONDENTS' DENYING THIS GRIEVANT OF MEDICAL CARE FOR A INJURY TO LEFT HAND, SPECIFICALLY 4TH RING FINGER ON LEFT HAND WHICH IS OBVIOUSLY BROKEN BY 45°'S OUT OF PLACE, AND DENYAL OF PAIN MEDICATION, AND DENIAL OF DOCTOR ORDERS.

   ON JULY 29, 2017, I WAS RETURNING FROM EVENING YARD UPON CLOSING MY CELL DOOR NU-6-12 MY LEFT HAND SOMEHOW GOT CAUGHT IN THE DOOR AND BROKE MY LEFT HAND 4TH FINGER (RING FINGER) WHERE MY FINGER BENT 45° IN A DIRECTION IT IS NOT TO BEND.

   ON JULY 30, 2017, I PLACED WITHIN NU-CELL HOUSE A SICK CALL SLIP (HAND WRITTEN) REQUESTING MEDICAL CARE FOR MY BROKEN FINGER.

   ON AUGUST 01, 2017, NU-CELL HOUSE WENT ON LEVEL-ONE LOCKDOWN, UNTIL AUGUST 07, 2017.

   ON AUGUST 02, 2017, I WAS SEEN IN CELL HOUSE FOR MADE SICK CALL SLIP BY NU-CELL HOUSE JANE DOE NURSE, SHE TOLD ME MY FINGER LOOKED BROKEN, BUT TOLD ME SHE CAN NOT SEND ME TO MEDICAL CARE BECAUSE MENARD/LASHBROOK WILL NOT LET HER BECAUSE THEY DO NOT CONSIDER MY BROKEN FINGER A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO AN X-RAY AND I WOULD HAVE TO WAIT UNTIL WE CAME OFF OF LOCKDOWN AS LOCKDOWN WAS THE REASON SHE COULD NOT SEND ME TO SEE A DOCTOR PER POLICIES. SHE GAVE ME A YOUNG COMPRESSOR AND TAPE TO WRAP MY FINGER STRAIT (SAME SHIT SPLINT). I WAS ALREADY PRESCRIBED IAU'S FOR A PREVIOUS KNEE INJURY, BUT—

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] | S-03210 | 08,11,2017 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| _____ | _____ | _____ |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

RECEIVED
AUG 18 2017
ECiO

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| [signature] PR | | 8,18,17 |
| Chief Administrative Officer's Signature | | Date |

MUL EX #18
1-2

MUL
46

ON AUGUST 02, 2017, LATER THAT SAME DAY ORANGE CRUSH SHOOK DOWN NU-6 -GALLERY, WHERE THEY TOOK ME (INMATES) TO THE CHAPEL CUFFED BEHIND MY BACK. I ASKED CRUSH OFFICER BELIEVED TO BE HOLDER (HELMET #62) IF HE COULD FRONT CUFF ME BECAUSE OF MY BROKEN FINGER AND BEING FORCED TO SIT WITH HANDS BEHIND BACK CAUSING CHRONIC PAIN TO MY FINGER AND BACK. WHEN I SHOWED CRUSH OFFICER (HOLDER, #62) MY SPLINTED FINGER HE TOOK MY SPLINT AND WOULD NOT FRONT CUFF ME, I THEN ASKED TO SEE THE NURSE WHERE HE TOLD ME TO SHUT THE FUCK UP AND WALKED OFF.

UPON RETURNING TO MY CELL TWO (2) HOURS LATER, I FOUND OUT CRUSH TOOK MY PRESCRIBED I.BU.s AND EXTRA TAPE AND YOUNG COMPRESSOR GIVEN TO ME BY NURSE EARLIER THAT DAY, LEAVING ME WITH NO PAIN MEDICATION, NO SUPPORT FOR FINGER (SAME SHIFT SPLINT) OR ANY WAY TO RE-FILL PRESCRIBED I.B.U. FOR NECK INJURY.

AFTER CRUSH SHOOK DOWN ON AUGUST 02, 2017, I SAW THE EXTRA MEDICAL TAPE AND YOUNG COMPRESSOR THAT THE NURSE GAVE ME EARLIER THAT DAY ON THE GALLERY FLOOR, I STOPPED %o MULHOLLAND SHOWED HIM MY BROKEN FINGER AND ASKED TO GRAB THE MAKE SHIFT SPLINT OFF THE GALLERY FOR ME AND TO TAKE ME TO HEALTHCARE SO I COULD GET PAIN MEDICATION BECAUSE CRUSH TOOK IT ALL, %o MULHOLLAND ACKNOWLEDGED MY FINGER/EN LOOKED BROKEN AND THEN TOLD ME HE DOES NOT HAVE TIME AND _____ I WOULD JUST HAVE TO SUFFER, THEN HE WALKED OFF AND REFUSED TO DO ANYTHING AT ALL.

ON AUGUST 03, 2017, THE N/6-CELL HOUSE WAS STILL ON LEVEL ONE LOCK DOWN, WHERE %o MULHOLLAND WAS PASSING OUT LUNCH TRAYS, UPON GIVING ME A TRAY I AGAIN REQUESTED MEDICAL CARE, WHERE I WAS THREATENED BY %o MULHOLLAND OF FUTURE/FULURE RETALIATION (i.e IDEAS INSINUATED ACTION) IF I KEPT ASKING FOR MEDICAL CARE, AND THAT I WOULD NOT BE RECEIVING MEDICAL CARE BECAUSE I LIKE TO SUE CORRECTIONAL OFFICERS. %o MULHOLLAND NEVER GOT ME MEDICAL CARE AND DID NOT TRY TO GET ME MEDICAL CARE AT ALL.

ON AUGUST 03, 2017, I PLACED WITHIN N/6-GALLERY'S INSTITUTIONAL MAIL ADDRESSED TO HEALTHCARE ANOTHER MEDICAL REQUEST SLIP HAND WRITTEN REGARDING BROKEN FINGER AND CRUSH TAKING PAIN MEDS FOR NECK AND MAKE SHIFT SPLINT FOR FINGER ALONG WITH RE-AGGRAVATED NECK INJURY DO TO CRUSH, AND ME NOT BEING ABLE TO GET I.B.U. REFILL BECAUSE CRUSH TOOK WHAT I NEED TO TURN IN TO GET REFILL.

ON AUGUST 06, 2017, PER. REQUEST SLIP OF AUGUST 03, 2017, I WAS SEEN BY A JANE DOE _____ CELL HOUSE NURSE, IN HOUSE N/6-CELL HOUSE ON THE 7am-3pm SHIFT, WHERE SHE PUT ME IN FOR MY I.B.U RE-FILL, AND IN FOR MY NECK, AND FOR MY BROKEN FINGER, SHE ALSO GAVE ME A 3-DAY SUPPLY OF I.B.U's TO HOLD ME OVER, AND TOLD ME IT WOULD BE A WHILE BEFORE I WOULD BE SEEN BY A DOCTOR OR GET X-RAYS BECAUSE THE TWO (2) DOCTOR'S ARE NEVER HERE (AT MENARD).

BETWEEN JULY 19, 2017, THE DAY MY FINGER GOT BROKEN THROUGHOUT THIS PRESENT DATE OF AUGUST 11, 2017, I HAVE CONTINUALLY REQUESTED MEDICAL CARE FOR ALL ABOVE ISSUES, BY REQUEST _____ OF CELL HOUSE STAFF. OFFICERS, NURSE'S, SGT'S,LT'S, COUNSELOR, BILSUP AND OTHER JOHN AND JANE DOE'S,etc!-, ALL TO NO AVAIL-

AS OF AUGUST 11, 2017, IT HAS BEEN 14 DAYS WITHOUT ADEQUATE MEDICAL ANY CARE, OR PAIN MEDICATION FOR A BROKEN FINGER OR OTHER MEDICAL NEEDS LISTED ABOVE. (END)

## RELIEF REQUESTED:

① FINGER TO BE SET AND SPLINTED AFTER X-RAYS;

② TO RECEIVE PAIN MEDICATION; AS WAS PRESCRIBED MY RE-FILL;

③ HANDLES BE PLACED ON INSIDE OF CELL DOORS TO PREVENT FUTURE INCIDENTS, OR STAFF TO OPEN AND CLOSE CELL DOORS TO PREVENT FUTURE INCIDENTS INSTEAD OF PUTTING GRIEVANT/INMATE IN POSITION TO USE CELL DOOR WITH NO HANDLES MAKING A SAFETY HAZARD FOR ME AND OTHER INMATES;

④ TO STOP DENYING ME AND INMATES ACCESS TO HEALTH CARE (i.e DOCTOR'S) AND OTHER MEDICAL NEEDS WHEN ON LOCKDOWN.

## THIS GRIEVANCE IS IN PREPERATION FOR LITIGATION

MUL
EX #6
2-2

MLi
47

HEALTH CARE                               08/14/2017

I HAVE CONTINUALY REQUESTED CARE
FOR NECK, AND BROKEN FIR.NOLL ~~FEEL~~ AND
RE-FILL OF IBU'S PRESCRIBED FOR NECK
FOR AT LEAST 2 WEEKS ALL TO NO AVAIL
I HAVE NOT RECEIVED IBU'S OR SEEN A
DOCTOR, AND I HAVE FILED GRIEVANCES TO NO AVAIL

08/14/2017                    1¢ _signature_
                              BENTZ #S-03210
                              NU-612

MUL
EX #8                    MUL
1-1                       50

| OERCP101 | ILLINOIS DEPARTMENT OF CORRECTIONS<br>Offender 360<br>PRINTED SCHED. CALL PASS | PAGE: 205 |
|---|---|---|
| | | RUN DATE: 8/15/2017 |
| | | RUN TIME: 10:21:32 AM |

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: S03210 BENTZ,DAVID R          Maximum    A    Moderate          MEN:MEN:NU:06:12:U1

PRIMARY: UNASSIGNED ,PARTICIPANT-MEN710040009


DESTINATION:                          DAY: 8/16/2017    AT:
                                                        8:00:00
                                                        AM

PASS TYPE: PERSONAL PROPERTY

COMMENTS: NU Legal Exchange

AUTHORIZED: Chris Sanders


CELL HOUSE SIGNATURE: _____          TIME: ____:____

DESTINATION SIGNATURE: _____          TIME: ____:____

        EXIT SIGNATURE: _____          TIME: ____:____

      RETURN SIGNATURE: _____          TIME: ____:____

MUL
EX #9
1-1          MUL
             51

CERCP101



ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS



PAGE: 204

RUN DATE: 8/15/2017

RUN TIME: 10:21:32 AM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: S03210 BENTZ,DAVID R

                    Maximum    A   Moderate         MEN:MEN:NU:06:12:01

PRIMARY: UNASSIGNED ,PARTICIPANT-MEN710040609

DESTINATION: NU

                      DAY: 8/16/2017    AT:
                                     7:30:00
                                   AM

PASS TYPE: NURSE PRACTITIONER

COMMENTS: M. Moldenhauer NP/Done in Cell House/Must Honor

AUTHORIZED: Christa Mahnken

CELL HOUSE SIGNATURE: _____        TIME: \_\_\_\_:\_\_\_\_

DESTINATION SIGNATURE: _____        TIME: \_\_\_\_:\_\_\_\_

EXIT SIGNATURE: _____        TIME: \_\_\_\_:\_\_\_\_

RETURN SIGNATURE: _____        TIME: \_\_\_\_:\_\_\_\_

MUL
EX #70
1-1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD CORRECTIONAL    Center

Offender Information:

Bentz _____ Placid _____ ID#: 503210
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-16-17 | NP - S: asked for Rt ring finger inj P: Recall | |
| | O: NSC 8/2 40 Rt sing fingin | |
| | Slammured cell door. | |
| | Painful for four days | |
| | then 8/6 c/o Neck pain — | |
| | Chronic Neck pain | |
| #x | old — incident had | |
| from chart | Spinal X-ray 6/07 ē D.O.D. | |
| | was given Motrin by Dr. Siddiqui | |
| | MRI of Rt hand 2010 | |
| | Currently - Rt ring finger → | |
| | A) NO SHOW ———————— | m s woldenhauer RN/NP |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

mW
53

MUL
EX #11
1-1

BENTZ MCC (MR) 0074

08/16/17
CALL PASS (HARD COPY)          7:30 AM  NU-612

COMM: N.P. M. MOLDENHAUER

AUTH: CHRISTA MAHNKEN

NOTE: C/O GROSS IN NU WOULD NOT LET ME SEE N.P. MOLD EXHAUER,
C/O K. MAHE TOLD TO GO TO LEGAL EXCHANGE AND I WOULD BE ABLE TO SEE
N.P. MOLDENHAUER WHEN I CAME BACK BUT I NEVER WAS ALLOWED TO
SEE N.P. MOLDENHAUER OR OTHER MEDICAL STAFF FOR THIS CALL PASS
AND WAS DENIED BY C/O GROSS AND C/O K. MAHE

MUL
EX #12
1-1

MUL
59

HEALTH CARE,                                      08/16/2017

①     I HAVE CHRONIC PAIN, SWELLING AND OTHER TO LEFT NECK

② CRUSH TOOK PRESCRIBED I.B.U'S AND OTHER MEDICAL THINGS, NOW I

   CAN NOT GET MY REFILLS FOR NECK DISPITE CONTINUED REQUEST

③   ALSO HAVE BROKEN FINNGER CAUSING CHRONIC PAIN

BENZ #S-03210

NU-612

MUL
EX # 93
1-1

MUL
55

HEALTH CARE                                        08/20/2017

(1) BROKEN LEFT RING FINGER (X-RAY) ECT...

(2) CHRONIC NECK PAIN, SWELLING, ECT... (M.R.I) ECT...

(3) RIGHT HAND CHRONIC PAIN,

(4) RE-FILL OF I.B.U.'S PRESCRIPTION FROM OVER 3-WEEKS AGO
TO NO AVAIL

(5) ALL ABOVE HAVE BEEN DENYED OF/REFUSED CARE FOR AT
LEAST 3-WEEKS DISPITE CONTINUED COUNTLES REQUEST FOR
CARE

DATE 08/20/2017                      /s/ David Benz

                                     DAVID BENZ #5-03210
                                     NU-612

                                                MUL
                                              EX #14      MUL
                                               1-1        58

HEALTH CARE,                                      08/22/2017

(1) BROKEN LEFT RING FINGER, CHRONIC PAIN (X-RAY ECT...)

(2) CHRONIC NECK PAIN, SWELLING, ECT... (M.R.I. ECT...)

(3) RIGHT HAND CHRONIC PAIN

(4) RE-FILL OF I.B.U. PRESCRIPTION DENIE FROM OVER 3 1/2 WEEKS AGO TO NO AVAIL

(5) ALL ABOVE I HAVE BEEN CONTINUALY DENIED OF/REFUSED FOR AT LEAST 3 1/2

WEEKS DISPITE CONTINUED/COUNTLESS REQUEST FOR CARE TO NO AVAIL.

DATE: 08/22/2017

/s/ DAVID BENTZ #S-03210

NV-612

MUL
EX#15
1-1

MUL
57

*08/24/17*

*FIR "oєm/wєn/HAMN*
*I B.v, Rt-Aµεʒ*
*ʍu ₤ʒ.—*

*ʍuL*

*ʍuL*
*ʍuL EY# 7/ 18/₤*
*1-1*

| OERCP101 | ILLINOIS DEPARTMENT OF CORRECTIONS<br>Offender 360<br>PRINTED SCHED. CALL PASS | PAGE: 136 |
|---|---|---|
| | | RUN DATE: 8/23/2017 |
| | | RUN TIME: 10:31:20 AM |

   

ILLINOIS DEPARTMENT OF CORRECTIONS – CTS

OFFENDER CALL PASS ISSUED

IDOC: S03210 BENTZ,DAVID R         Maximum   A   Moderate         MEN:MEN:NO:06:12:01

PRIMARY: UNASSIGNED ,PARTICIPANT-MEN71C04900.9

DESTINATION: North 1         DAY: 8/24/2017         AT:
                                                     12:00:0
                                                     0 PM

PASS TYPE: NURSE PRACTITIONER

COMMENTS: M. Moldenhauer NP/Done in Cell House/Must Honor

AUTHORIZED: Christa Mahnken

CELL HOUSE SIGNATURE: _____         TIME: ___:____

DESTINATION SIGNATURE: _____         TIME: ___:____

EXIT SIGNATURE: _____         TIME: ___:____

RETURN SIGNATURE: _____         TIME: ___:____

*ʍuL EX#18*
*1-1*

HEALTHCARE,                                    08/28/2017

① SAW N.P. HE PRESCRIBED ME MUSLE RELAXERS AND
MOBIC ⟨MELOXICAM⟩. I HAVE NOT RECEIVED ANY MUSLE
RELAXERS, AND THE MOBIC I WANT CHANGED BACK TO I.B.U.S
600mg 3X PER DAY, DO TO THIS MOBIC INFLAMING MY
NECK INJURY FOR SOME REASON AND NOT WORKING AT ALL
FOR ME. ⟨FOR MY NECK OR BROKEN FINGER, PAIN⟩

        DATE  08/28/2017                 /s/ David Bentz

                                      DAVID BENTZ #S-03210
                                      MU-612

**COMMITTED PERSON'S GRIEVANCE**

SENT TO COUNSELOR ON 08/11/2017 EXCESSIVE FORCE INC-812                    NECK, PACKER, RETALIATION, ECT...

| Date: 08/11/2017 | Committed Person: (Please Print) DAVID BENTZ | ID#: S-03210 |

| Present Facility: MENARD | Facility where grievance issue occurred: MENARD |

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☐ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☒ Other (specify)
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

DENIAL OF MEDICAL CARE, PAIN MEDICATION, AND OTHER FOR BROKEN 4TH RING FINGER ON LEFT HAND, DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS, AND OTHER MEDICAL RELATED ISSUES, AND RETALIATION

☐ Disciplinary Report: ___/___/___
Date of Report        Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: THIS GRIEVANCE IS BEING BROUGHT AGAINST JOHN AND JANE DOE ANY RESPONDENTS' OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) ADMINISTRATIVE, SUPERVISORIAL, SECURITY, AND MEDICAL PERSONNEL (TO INCLUDE THOSE CONTRACTED FOR OR BY IDOC, AND WEXFORD HEALTH SERVICES AND HIRED) AND, IN THEIR PROFESSIONAL, INDIVIDUAL OR OFFICIAL CAPACITIES DO PROMULGATE, AUTHORIZE, TRAIN, CONDONE, ACQUIESCE, OR OTHERWISE DIRECT THIS GRIEVANT TO BE DEPRIVED OF MEDICAL CARE ACCESS, PAIN MEDICATION, AND OTHER FOR A EXTENDED PERIOD OF TIME, AND/OR FOR NO REVIEW AT ALL. THIS GRIEVANCE IS BEING SUBMITTED IN CONTEMPLATION OF AND PREPARATION FOR LITIGATION ALLEGING DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF PRESCRIBED PAIN MEDICATION, DENIAL OF MEDICAL CARE, ALLEGING VIOLATIONS OF STATE LAW, AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.
   THIS GRIEVANCE ARISES FROM THE PAIN RESPONDENT'S DENYING THIS GRIEVANT OF MEDICAL CARE FOR A INJURY TO LEFT HAND, SPECIFICALLY 4TH RING FINGER ON LEFT HAND WHICH IS OBVIOUSLY BROKEN BY 45°'S OUT OF PLACE, AND DENIAL OF PAIN MEDICATION, AND DENIAL OF DOCTOR ORDERS.
   ON JULY 29, 2017, I WAS RETURNING FROM EVENING YARD WHEN CLOSING MY CELL DOOR NU-812 MY LEFT HAND SOMEHOW GOT COUGHT IN THE DOOR AND BROKE MY LEFT HAND 4TH FINGER (RING FINGER) WHERE MY FINGER BENT 45° IN A DIRECTION IT IS NOT TO BEND.
   ON JULY 30, 2017, I PLACED WITHIN NU-CELL HOUSE A SICK CALL SLIP (HAND WRITTEN) REQUESTING MEDICAL CARE FOR MY BROKEN FINGER.
   ON AUGUST 01, 2017, NU-CELL HOUSE WENT ON LEVEL-ONE LOCKDOWN, UNTIL AUGUST 07, 2017.
   ON AUGUST 02, 2017, I WAS SEEN IN CELL HOUSE FOR ABOVE SICK CALL SLIP BY MY-CELL HOUSE JANE DOE NURSE, SHE TOLD ME MY FINGER LOOKED BROKEN, BUT TOLD ME SHE CAN NOT SEND ME TO HEALTH CARE _____ BECAUSE MENARD/WEXFORD WILL NOT LET HER BECAUSE THEY DO NOT CONSIDER MY BROKEN FINGER A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO AN X-RAY AND WOULD HAVE TO WAIT UNTIL WE COME OFF OF LOCKDOWN AS LOCKDOWN WAS THE REASON SHE COULD NOT SEND ME TO SEE A DOCTOR PER, POLICIES. SHE GAVE ME A YOUNG COMPRESSOR AND TAPE TO KEEP MY FINGER STRAIT (MAKE SHIFT SPLINT), I WAS ALREADY PRESCRIBED IBUS FOR A PREVIOUS NECK INJURY, BUT

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_(signature)_        S-03210        08, 11, 2017
Committed Person's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 9 / 15 / 17    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: You are not entitled to medical care, medical care is a privilage that you do not receive when on lockdown and is a administrative decision.

K. Allsup        K. Allsup CCII        9 / 19 / 17
Print Counselor's Name        Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____        ___/___/___
Chief Administrative Officer's Signature        Date

Distribution: Master File; Committed Person        Page 1        DOC 0046 (Eff.10/2001) (Replaces DC 3657)
Printed on Recycled Paper

MULL 48        MUL EX#7 1-2

ON AUGUST 03, 2017, LATER THAT SAME DAY ORANGE CRUSH SHOOK DOWN 10/6-GALLERY, WHERE THEY TOOK ME (INMATES) TO THE CHAPEL CUFFED BEHIND MY BACK. I ASKED CRUSH OFFICER (BELIEVED TO BE HOLDEN (HELMET #6)) IF HE COULD FRONT CUFF ME BECAUSE OF MY BROKEN FINGER AND BEING FORCED TO SIT WITH HANDS BEHIND BACK CAUSING CHRONIC PAIN TO MY FINGER AND BACK. WHEN I SHOWED CRUSH OFFICER (HELMET #6) MY SPLINTED FINGER, HE TOOK MY SPLIT AND WOULD NOT FRONT CUFF ME. I THEN ASKED TO SEE THE NURSE WHERE HE TOLD ME TO SHUT THE FUCK UP AND WALKED OFF.

UPON RETURNING TO MY CELL TWO (2) HOURS LATER, I FOUND OUT CRUSH TOOK MY PRESCRIBED 180'S AND EXTRA SOCK AND THING COMPRESSOR GIVEN TO ME BY NURSE EARLIER THAT DAY. LEAVING ME WITH NO PAIN MEDICATION, NO SUPPORT FOR FINGER (MAKE SHIFT SPLINT) OR ANY WAY TO RE-FILL PRESCRIBED I.B.U'S FOR NECK INJURY.

AFTER CRUSH SHOOK DOWN ON AUGUST 03, 2017, I SAW THE EXTRA MEDICAL TECH AND YOUNG CAUCASIAN THAT THE NURSE GAVE ME EARLIER THAT DAY ON THE GALLERY FLOOR. I STOPPED 50.MUL.HOLAND SHOWED HIM MY BROKEN FINGER AND ASKED TO GRAB THE MAKE SHIFT SPLINT OFF OF THE GALLERY FOR ME, AND TO TAKE ME TO HEALTHCARE SO I
• COULD GET PAIN MEDICATION BECAUSE CRUSH TOOK IT ALL. 50.MUL.HOLAND ADVISED MY FINGER LOOKED BROKEN AND THEY TOLD ME HE DOES NOT HAVE TIME AND I WOULD JUST HAVE TO SUFFER, THEN HE WALKED OFF AND REFUSED TO DO ANYTHING AT ALL.
• ON AUGUST 03, 2017, THE NU-CELL HOUSE WAS STILL ON LEVEL ONE LOCKDOWN, WHEN 50.MUL.HOLAND WAS PASSING OUT LUNCH TRAYS. UPON GIVING ME A TRAY I AGAIN REQUESTED MEDICAL CARE, WHERE I WAS
• THREATENED BY 50.MUL.HOLAND OF FURTHER/FALSE RETALIATION (ie. BOGUS DISCIPLINARY ACTION) IF I KEPT ASKING FOR MEDICAL CARE, AND THAT I WOULD NOT BE RECEIVING MEDICAL CARE BECAUSE I LIKE TO SUE
• CORRECTIONAL OFFICERS. 50.MUL.HOLAND NEVER GOT ME MEDICAL CARE AND DID NOT TRY TO GET ME MEDICAL CARE AT ALL.

ON AUGUST 03, 2017, I PLACED WITHIN NU-6-GALLERY'S INSTITUTIONAL MAIL ADDRESSED TO HEALTH CARE ANOTHER MEDICAL REQUEST SLIP HAND WRITTEN REGARDING BROKEN FINGER AND CRUSH TAKING PAIN MEDS FOR NECK AND MAKE SHIFT SPLINT FOR FINGER ALONG WITH RE-AGGRAVATED NECK INJURY DUE TO CRUSH, AND ME NOT BEING ABLE TO GET I.B.U. RE-FILL BECAUSE CRUSH TOOK WHAT I NEED TO TURN IN TO GET REFILL
ON AUGUST 06, 2017, PER. REQUEST SLIP OF AUGUST 03, 2017, I WAS SEEN BY A JANE DOE CELL HOUSE NURSE, IN HOUSING NU-CELL HOUSE ON THE 7AM-3PM SHIFT, WHERE SHE PUT ME IN FOR MY I.B.U. RE-FILL, AND IN FOR MY NECK, AND FOR MY BROKEN FINGER. SHE ALSO GAVE ME A 3-DAY SUPPLY OF I.BU'S TO HOLD ME OVER, AND TOLD ME IT WOULD BE A WHILE BEFORE I WOULD BE SEEN BY A DOCTOR OR GET X-RAYS BECAUSE THE TWO (2)
• DOCTORS ARE NEVER HERE (AT MENARD).

BETWEEN JULY 29, 2017, THE DAY MY FINGER GOT BROKEN THROUGHOUT THIS PRESENT DATE OF AUGUST 11, 2017, I HAVE CONTINUALLY REQUESTED MEDICAL CARE FOR ALL ABOVE ISSUES, BY REQUEST OF CELL HOUSE STAFF, OFFICERS, NURSES, SGT'S, LT'S, COUNSELOR ALEXT AND OTHER JOHN AND JANE DOE'S, ALL TO NO AVAIL.
AS OF AUGUST 11, 2017, IT HAS BEEN 14 DAYS WITHOUT ADEQUATE CARE OR ANY CARE, OR PAIN MEDICATION FOR A (MY) BROKEN FINGER OR OTHER MEDICAL NEEDS LISTED ABOVE. (END)

## RELIEF REQUESTED:

① FINGER TO BE SET AND SPLINTED AFTER X-RAYS;

② TO RECEIVE PAIN MEDICATION; AS WAS PRESCRIBED, MY RE-PILL;

③ HANDLES BE PLACED ON INSIDE OF CELL DOORS TO PREVENT FUTURE INCIDENTS, OR STAFF TO OPEN AND CLOSE CELL DOORS TO PREVENT FUTURE INCIDENTS INSTEAD OF PUTTING GRIEVANT/INMATES IN POSITION TO USE CELL DOOR WITH NO HANDLES MAKING A SAFETY HAZARD FOR ME AND OTHER INMATES;

④ TO STOP DENYING ME AND INMATES ACCESS TO HEALTH CARE (ie. DOCTORS) AND OTHER MEDICAL NEEDS WHEN ON LOCKDOWN.

## THIS GRIEVANCE IS IN PREPARATION FOR LITIGATION

08/29/2017

CALL PASS (HARD COPY)                    7:30 AM    NU-612

COMM: X-RAY / IN HEALTHCARE

AUTH: CHRISTA MAHUREN

NOTE: PER L-RINE PARKER

MUL
EX#18
1-1

MUL
89

ONE RADIOLOGY

Normal, Illinois

August 30, 2017

PATIENT NAME:   Bente, David

NUMBER:   S03210

DATE OF BIRTH: 5/30/75

Ordered by:   Moldenhauer

Menard Correctional Center

LEFT FOURTH FINGER, AP, AND OBLIQUE VIEWS   8/29/2017

CLINICAL INDICATION: Rule out fracture of the fourth finger.

COMPARISON:  None.

FINDINGS:

There is an acute non-displaced fracture at the lateral base of the fourth middle phalanx.  No dislocation is present.  Mild soft tissue swelling adjacent to the fracture is seen.

Note is made of amputation of the mid and proximal phalanx of the 3rd finger which appears chronic. There is also a small ossific fragment adjacent to the distal proximal 3rd phalanx which is likely secondary to remote injury.

_____

P.   Javadi, M.D.

PJ:eg

Films from Menard Correctional Center

M.D. Review
Date   9 - 5 - 17
Doctor   mm.c.walec
Pull Chart _____
See Patient _____
File _____

MUL
EX#14
1-1

MUL
GIP

BENTZ MCC (MR) 0129

ILLINOIS DEPARTMENT OF CORRECTIONS

SEE EX #31 P 2-3

## Offender Authorization for Payment

RECEIVED
SEP 05 REC'D
By Mailroom

Posting Document # _____     Date 08/31/2017

Offender Name BENTZ _____     ID# S-03210     Housing Unit NU-612

Pay to N/A _____     .49

Address _____ N/A _____     x 2

City, State, Zip _____     98

The sum of _____ 00 _____ dollars and ___ 0 ___ cents charged to my trust fund

account, for the purpose of AIP'D PER 8/11/17 EMERG A LEGAL MAIL 15(+)LINDENBERG #15-CV-171 (2)

☑ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____     ID# S-03210

Witness Signature _____

**LEGAL MAIL**

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ 0 _____ dollars and __ .9849 __ cents.

Distribution: Business Office, Offender, Mail Room

SEP - 5

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

Printed on Recycled Paper

**MAILED OUT**

T-6

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____     Date _08/31/17_

Offender Name _BELTZ_     ID# _5-03210_   Housing Unit _NV-612_

Pay to _LAW LIBRARY_

Address _____

City, State, Zip _____

The sum of _____ 00 _____ dollars and _0.30_ cents charged to my trust fund account, for the purpose of _COPIES B/W MCLHOLLAND | Cp of Griev + Pub. Rev_

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____     ID# _5-03210_

Witness Signature _B Stewart_

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ 0 _____ dollars and ____ 0 ____ cents.

Distribution: Business Office, Offender
LL

Printed on Recycled Paper

DOC 0296 (Eff. 1/2008 )
(Replaces DC 828)

MVL
EX #28
1-1

ILLINOIS DEPARTMENT OF CORRECTIONS

HEALTH CARE                                08/31/2017

I HAVE FOR LAST MONTH PLUS BEEN REQUESTING
A M.R.I. FOR NECK INJURY AND FOR MUSLE RELAXER'S
TO NO AVAIL - AND BROKEN FINGER TO NO AVAIL
AND RIGHT HAND TO NO AVAIL

                                    BENTZ # S-03210

                                    NV-612

MUL
EX#22
1-1

MUL
64

09/02/17

CALL PASS (HAND COPY)                  12:00pm   NU-612

TYPE: DOCTOR CALL LINE

COMM: DR. SHAH/DONE IN HCU/MUST HONOR

AUTH: CHRISTA MAHVREU

NOTE: DO TO FAMILY (MR DEMTZ) COMPLAINT/FAMILY CONCERNS/E-MAIL

ON I.D.O.C. WEB SIGHT ON 09/01/17,

        FOR BROKEN L-RING FINGER, NECK, + RIGHT HAND, WAS TOLD

BY DR. SHAH HE WOULD NOT DO ANYTHING FOR L-RING FINGER, ~~WAS~~

TOLD WAS NOT BROKEN REFUSED PAIN MEDS, REFUSED MUSLE RELAXERS

HE REFUSED TO DO ANYTHING AT ALL.

MUL
EX #23
1-1

MUL
65

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Bentz David ID#: S03210
Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-25-17 840A | ant note<br>S: "I was just seen by the nurse practitioner. I don't need NSC anymore".<br>O: A&Ox3. Ym educated if need NSC to drop another kite, Ym voiced understanding.<br>A: NSC | P: F/U PRN NSC<br>(signature) M. Marshall |
| 8/29/17 10^A | Xray note<br>L hand done | B. Ruppert OT |
| 9·2·17 125 98.5 98% 68 100/68 | MACL — Injry. hnd<br>Rt hnd Fell to<br>(O) Lt hnd ... fxn no<br>swel ... ... ... V.<br>Lt soft tissue ...<br>... Lt fing |  Lt Plan<br>(on waiting)<br>Exercise<br>(signature) |

HEALTH CARE                                    09/03/2017

(1) CONTINUED ISSUES WITH BROKEN FINGER (ALL TO NO AVAIL)

(2) CONTINUED REQUEST FOR MUSLE RELAXERS FOR CHRONIC NECK ISSUES

SWELLING PAIN, VISION, OTHER (ALL TO NO AVAIL) (M.R.I)

(3) RIGHT HAND INJURY ISSUES (ALL TO NO AVAIL)

ALL ABOVE REQUEST FOR LAST MONTH ALL TO NO AVAIL CONTINUED DENIAL OF CARE

DATE 09/03/2017                    /S/ _____

BENTZ #S-03210

NU-612

MUL
EX #25
1-1

MUL
67

_HEALTH CARE,_                              09/06/2017

① C RONIC PAIN TO BROKEN LEFT HAND RING FIRNGER
NEED PAIN MEDS.

② C RONIC PAIN <u>O NECK</u>, NEED P IN MEDS, MUSLE RELAXERS,
M.R.1. TO DIOGNOSE WHATS WRONG

③ CHRONIC PAIN TO RIGHT HAND INJURY

                          /s/ _Dael BR_
                          BENTZ #S-03210
                          NU-612

MUL
EX #2B
1-1

MUL
68

CNUSH NV-612

09/08/17

MUL

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Shakedown Record/Confiscated Contraband**

Exhibit No. _____
CLIC No. _____

Date: _____ Time: _____ ☐ a.m. ☐ p.m. Bldg. Area: _____

Living Area: _____ Occupied: ☐ Yes ☐ No

Violator: _____ No. _____

Violator: _____ No. _____

Was any contraband found? ☐ Yes ☐ No

Item(s) (Description and circumstances of discovery): _____

_____

_____

_____

_____

_____

_____

Witness: _____

Disciplinary Report written: ☐ Yes ☐ No   Incident Report written: ☐ Yes ☐ No

Employee Signature _____ ☐ a.m. ☐ p.m.

Badge No. _____ Date _____ Time _____

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Violator

Shift Supervisor: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

☐ Major Contraband   ☐ Minor Contraband: _____
Signature

Disposition: _____

Date: _____ Time: _____ ☐ a.m. ☐ p.m. Initials: _____

Receiving Custodian: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

☐ Major Contraband   ☐ Minor Contraband: _____
Custodian Signature

Chain-of-Custody after the Custodian has received the Item:

From: _____ To: _____

Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____

Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____

Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____

Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

Final Disposition: _____

Date: _____ Custodian's Initials: _____

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

HEALTH CARE,                                    09/08/2017

① CHRONIC PAIN TO BROKEN LEFT HAND RING FIRNGER,
NEED PAIN MEDS.

② CHRONIC PAIN TO NECK, SWELLING, OTHER DO TO ORANGE
CRUSH SHAKEDOWN ON 09/08/17 OF NV-CELL HOUSE
AGRIVATING NECK INJURY, PAIN MEDS, MUSLE RELAXERS,
M.R.I. TO DIOGNOSE WHAT IS WRONG.

③ CHRONIC PAIN TO RIGHT HAND INJURY

/s/ David B

BENTZ #S-03210
NV-612

MUL
EX #28
1-1

MUL
70

HEALTH CARE,                                      09/10/2017

① CHRONIC PAIN TO BROKEN LEFT HAND RING FINGER,
NEED PAIN MEDS.

② CHRONIC PAIN TO NECK, SWELLING, STIFF DO TO ORANGE CRUSH
SHAKEDOWN ON 09/08/17 OF NU-CELL USE AGRIVATING
NECK INJURY, PAIN MEDS, MUSLE RELAXERS, M.R.I. TO
DIOGNOSE WHAT'S WRONG.

③ CHRONIC PAIN TO RIGHT HAND INJURY

/s/ _Darl Fra___

BENTZ #S-03210
NU-618

MUL
EX# 29
1-1

MUL
71

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

*NU-6-12*

Offender: Bentz David S03210
Last Name / First Name / MI / ID#

Facility: Menard

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 8/11/17 or ☐ Correspondence: Dated: _____

Received: 9/7/17 Regarding: TX injury Hand (L-pinky & Ring) 7/29/17 ( am meds water 8/2/17

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☒ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ Date
- ☐ No justification provided for additional consideration.

**Other (specify):** _____

Completed by: Sherry Benton _____ S Benton _____ 9/11/17
Print Name / Signature / Date

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

RECEIVED 10/23/17

DOC 0070 (Rev.5/2017)

NU
EX#30
1-3

NU
72

SENT TO COUNSELOR MELVIN ON 08/12/2017
SENT TO WARDEN LASHBROOK BY MAIL ON 08/11/2017

**COMMITTED PERSON'S GRIEVANCE**

ABUSE, HARASS., NEGL., RETALIATION, 1ST...

| Date: 08/11/2017 | Committed Person: (Please Print) DAVID BENTZ | | ID#: S-03210 |
|---|---|---|---|
| Present Facility: MENARD | | Facility where grievance issue occurred: MENARD | NU-6-12 |

**NATURE OF GRIEVANCE:**

DENIAL OF MEDICAL CARE, PAIN MEDICATION, AND OTHER FOR BROKEN

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability *4TH RING FINGER ON LEFT HAND; DELIBERATE INDIFFEREN*

☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☒ Other (specify): *CRUEL AND UNUSUAL PUNISHMENT; STATE LAW AND STATE*

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    *AND FEDERAL CONSTITUTIONAL RIGHTS;*

☐ Disciplinary Report: ____/____/____     *AND OTHER MEDICAL RELATED ISSUES*
       Date of Report      Facility where issued     *AND RETALIATION.*

**RECEIVED**
**SEP 07 2017**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**ADMINISTRATIVE**
**REVIEW BOARD**

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.    *EMERGENCY GRIEVANCE TO WARDEN LASHBROOK:*

Brief Summary of Grievance: *THIS GRIEVANCE IS BEING BROUGHT AGAINST JOHN AND JANE DOE PRIV RESPONDENTS' OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) ADMINISTRATIVE, SUPERVISORIAL, SECURITY, AND MEDICAL PERSONNEL (TO INCLUDE THOSE CONTRACTED FOR BY BY IDOC, AND WEXFORD HEALTH SERVICES AND OTHERS) WHO, IN THEIR PROFESSIONAL, INDIVIDUAL OR OFFICIAL CAPACITIES DO PROMULGATE, AUTHORIZE, TRAIN, COLLUDE, ACQUIESCE, OR OTHERWISE ENACT THIS GRIEVANCE TO BE DEPRIVED OF MEDICAL CARE, ACCESS, PAIN MEDICATION, AND OTHER FOR A EXTENDED PERIOD OF TIME, AND/OR FOR NO REASON AT ALL. THIS GRIEVANCE IS BEING SUBMITTED IN CONTEMPLATION OF AND EXPECTATION FOR LITIGATION/ALLEGING DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF PRESCRIBED PAIN MEDICATION, DENIAL OF MEDICAL CARE, ALLEGING VIOLATIONS OF STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.*

*THIS GRIEVANCE ARISES FROM THE PRIV RESPONDENTS' DENYING THIS GRIEVANT OF MEDICAL CARE FOR A INJURY TO LEFT HAND, SPECIFICALLY 4TH RING FINGER ON LEFT HAND WHICH IS OBVIOUSLY BROKEN BY 45°'S OUT OF PLACE, AND DENYAL OF PAIN MEDICATION, AND DENIAL OF DOCTOR ORDERS.*

*ON JULY 29, 2017, I WAS RETURNING FROM EVENING YARD UPON CLOSING MY CELL DOOR NU-612 MY LEFT HAND SOMEHOW GOT CAUGHT IN THE DOOR AND BROKE MY LEFT HAND 4TH FINGER (RING FINGER) WHERE MY FINGER BENT 45° IN A DIRECTION IT IS NOT TO BEND,*

*ON MAY 30, 2017, I PLACED WITHIN NU-CELL HOUSE A SICK CALL SLIP (HAND WRITTEN) REQUESTING MEDICAL CARE FOR MY BROKEN FINGER.*

*ON AUGUST 01, 2017, NU-CELL HOUSE WENT ON LEVEL ONE LOCKDOWN, UNTIL AUGUST 07, 2017,*

*ON AUGUST 07, 2017, I WAS SEEN IN CELL HOUSE PER ABOVE SICK CALL SLIP BY NU-CELL HOUSE JANE DOE NURSE, SHE TOLD ME MY FINGER LOOKED BROKEN, BUT TOLD ME SHE CAN NOT SEND ME TO HEALTH CARE ████████████ BECAUSE MENARD/WEXFORD WILL NOT LET HER BECAUSE THEY DO NOT CONSIDER MY BROKEN FINGER A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO AN X-RAY AND I WOULD HAVE TO WAIT UNTIL WE COME OFF OF LOCKDOWN AS LOCKDOWN WAS THE REASON SHE COULD NOT SEND ME TO SEE A DOCTOR PER POLICIE'S. SHE GAVE ME A TOUNG COMPRESSION AND TAPE TO KEEP MY FINGER STRIGHT (MAKE SHIFT SPLINT). I WAS ALREADY PRESCRIBED S.A.U.'S FOR A PREVIOUS NECK INJURY, BUT*

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature]   Committed Person's Signature | S-03210   ID# | 08,11,2017   Date |
|---|---|---|

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**     **RECEIVED**
**AUG 18 2017**
FCC

Date Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
       ☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| [signature]   Chief Administrative Officer's Signature | 8,18,17   Date |
|---|---|

Distribution: Master File; Committed Person     Page 1     Printed on Recycled Paper     MUL   EX#30   2-3    DOC 0046 (Eff.10/2001) (Replaces DC 5657)   73

On August 03, 2017, later that same day Orange Crush shook down Nu-6-Gallery, where they took me (inmates) to the chapel cuffed behind my back. I asked Crush officer believed to be "holder's helmet" #63) if he could front cuff me because of my broken finger and being forced to sit with hands behind back causing chronic pain to my finger and back, when I showed crush officer "Holder, #63) my splinted finger he took my splint and would not front cuff me, I then asked to see the nurse where he told me to shut the fuck up and walked off.

Upon returning to my cell two (2) hours later, I found out crush took my prescribed I.B.U's and athra tape and young compressor given to me by nurse earlier that day, leaving me with no pain medication, no support for finger (make shift splint) or any way to re-fill prescribed I.B.U. for neck injury.

After crush shook down on August 03, 2017, I saw the extra athra tape and young compressor that the nurse gave me earlier that day on the gallery floor, I stopped c/o Mulholland showed him my broken finger and asked to grab the make shift splint off the gallery for me, and to take me to Healthcare so I could get pain medication because crush took it all, c/o Mulholland acknowledged my finger looked "rocky" and then told me he does not have time and _____ I would just have to suffer, then me walked off and refused to do anything at all.

On August 03, 2017, the Nu-cell house was still on level one lockdown where c/o Mulholland was passing out lunch trays. Upon giving me a tray's again requested medical care where I was threatened by c/o Mulholland ___ or rather future retaliation (i.e. bogus disciplinary action) if I kept asking for medical care, and that I would not be receiving medical care because I like to sue correctional officers, c/o Mulholland ____ never got me medical care and did not try to get me medical care at all.

On August 03, 2017, I placed within Nu-6-Gallery's institutional mail addressed to Healthcare another medical request slip hand written regarding broken finger and crush taking pain meds for neck and make shift splint for finger along with re-agrivated neck injury do to crush, and me not being able to get I.B.U. refill because crush took what I need to turn in to get refill.

On August 06, 2017, per request slip of August 03, 2017, I was seen by a Jane Doe ~~crush~~ cell house nurse, in house Nu-cell house on the 7am-3pm shift, where she put me in for my I.B.U. re-fill, and for my neck, and for my broken finger, she also gave me a 3-day supply of I.B.U's to hold me over, and told me it would be awhile before I would be seen by a doctor or get x-rays because the two (2) doctors are never here (at armand).

Between July 29, 2017, the day my finger got broken throughout this present date of August 11, 2017, I have continually requested medical care for all above issues, by request ____ of cell house staff officer's, nurses, Sgt's, LT's, counselor Allsup and other John and Jane Doe's, etc..., all to no avail.

As of August 11, 2017, it has been 14 days without adequate medical care, pain care, or pain medication for a broken finger or other medical needs listed above. (End)

## RELIEF REQUESTED:

1. Finger to be set and splinted after x-rays;

2. To receive pain medication; as was prescribed my re-fill;

3. Handles be placed on inside of cell doors to prevent future incidents, or staff to open and close cell doors to prevent future incidents instead of putting grievant/inmate in position to use cell door with no handles making it safety hazard for me and other inmates;

4. To stop denying me and inmates access to health care (i.e. doctors) and other medical needs when on lockdown.

## THIS GRIEVANCE IS IN PREPERATION FOR LITIGATION

HEALTH CARE                                          09/12/2017

① CHRONIC PAIN TO BROKEN LEFT HAND RING PINGER, NEED PAIN MEDS.

② CHRONIC PAIN TO NECK, SWELLING, OTHER DO TO ORANGE CRUSH SHAKEDOWN ON
   09/08/17 OF NU-CELL HOUSE AGRIVATING NECK INJURY, PAIN MEDS, MUSLE
   RELAXERS, M.R.I. TO DIOGNOSE WHATS WRONG.

③ CHRONIC PAIN TO RIGHT HAND INJURY.

                                        /s/ David B

                                        BENTZ #S-03210
                                        NU-612

MUL
EX #37
1-1

MUL
75

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Bentz                    David                    ID#: Y03210
Last Name                First Name          I.D.

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | M D V NO | P |
| 9-13-17 | need to | Radio Y RA |
| | notify re on | 3 views L |
| | Finote | Lt 4m finger |
| | | middle phalonx |
| | | [signature] RN 9/13/17 8/5PM |
| 9-14-17 | x-RAY note | |
| 9:00 am | o/ x-ray order | p/ xray done |
| | Lt Hand | |
| | a/ xray done | |

MUL EX#32 1-1

DOC 0064 (Eff 9-2002)
(Replaces DC 7147)

BENTZ MCC (MR) 0076

MUL 76

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **MENARD CORRECTIONAL** _____ Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Bentz
First Name: David
MI:
ID#: S03210

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/13/17 0912 | S) - Any Allergies NKA | R) MD Referral Request Robaxin + Continued ibuprofen |
| | - Location of pain / discomfort neck | - Patient presents more than twice at NSC for c/o same discomfort within one month (1000) |
| | - Describe pain Stabbing  Throbbing  Constant  Intermittent  Etc. pressure (Robaxin) | - Patient presents with signs of acute, severe discomfort |
| ◯ | - Have you had this pain before and how was it treated yes - Mobic (worsened) Ibuprofen (1000) | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10 @ worst 10/10 | |
| | - Duration of pain Since 2014 - injury | No MD referral |
| 98% SPD₂ | O) T 98.2  P 79  R 16  BP 114/70  WT 125 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort holds head @ certain angles, | ✓ Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | some guarding noted | Patient Teaching |
| ◯⟶ | - Observations related to body part affected Swelling noted to sternocleidomastoid | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | muscle. ↓ heat or discoloration | |
| | Guards head position. Very | |
| | limited ROM noted | |
| | | |
| | | Nurse Signature [signature] |
| | A) Non-Specific Discomfort | Payment voucher   (YES)     NO |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

MCL EX #33 1-1

BENTZ MCC (MR) 0077

MCL 77

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__MENARD CORRECTIONAL__ Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Bentz   First Name: David   MI: ___   ID#: S03210

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/13/17 0912 | S) - Any Allergies<br>NKA | P) MD Referral<br>Protocols ∅ effective, continued pain |
| | - Location of pain / discomfort<br>Ⓡ hand, ring finger | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing   Throbbing   Constant   Intermittent   Etc.<br>Burning   Shooting | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated<br>Yes - since July - Mobic, Ibuprofen | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 - 10<br>Varies - @ worst 8/10 | |
| | - Duration of pain<br>x 2 months | No MD referral<br>∅ effective |
| 98 85/p 22 | O)<br>98.2 T   79 R   10 P   114/70 BP   125 WT | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort<br>limited ROM to finger | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | difficult bend - cuffed behind | Patient Teaching |
| | - Observations related to body part affected   100 C Ⓡ<br>level one | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | hands cold, ∅ noted cap refill - nails white. Unable to make a fist. | |
| | | Nurse Signature |
| | A) Non-Specific Discomfort | Payment voucher   YES   NO |

Distribution: Offender's Medical Record

Printed on Recycled Paper

MUL EX#34 17

DOC 0094 (Eff. 9/2002)
(Replaces DC 7147)
BENTZ MCC (MR) 0078   MUL 78

09/18/2017  11:30    3098621302          BLM RAD                        PAGE  08/08

ONE RADIOLOGY

Normal, Illinois

September 15, 2017

PATIENT NAME:  Bentz, David

PATIENT NUMBER:  S03210

DOB: 5/30/75

ORDERED BY: Dr. Shah

MENARD CORRECTIONAL CENTER

LEFT HAND SINGLE VIEW  9/13/2017

LEFT FOURTH DIGIT TWO VIEWS 9/13/2017

HISTORY: Injury.

FINDINGS: There is evidence of amputation at the level of the proximal interphalangeal joint of the middle finger. This finding is stable since the prior study.

Evaluation of the left 4th digit demonstrates a small avulsion fracture of the volar base of the middle phalanx. Follow-up study is recommended. The fracture appears to be nondisplaced.

N. Yousuf, M.D.

NY:eg

Films from Menard Correctional Center

M.D. Review
Date
Doctor
Pull Chart
See Patient
File

MUL
EX#35
1-1

BENTZ MCC (MR) 0130          MUL
                             79

HEALTH CARE,                                    09/19/2017

① CHRONIC PAIN TO BROKEN LEFT HAND RING FINGER, NEED PAIN MEDS,

② CHRONIC PAIN TO NECK, SWELLING, OTHER DO TO ORANGE CRUSH SHAKEDOWN ON 09/08/17 OF NU-CELL HOUSE AGRIVATING NECK INJURY, PAIN MEDS, MUSLE RELAXERS, M.R.I. TO DIOGNOSE WHAT'S WRONG.

③ CHRONIC PAIN TO RIGHT HAND INJURY.

/S/ _Dudley_
BENTZ #S-03210
NU-612

MUL
EX# 36
1-1

MUL
80

| OERCP101 | ILLINOIS DEPARTMENT OF CORRECTIONS<br>Offender 360<br>PRINTED SCHED. CALL PASS | PAGE: 151 |
| | | RUN DATE: 9/19/2017 |
| | | RUN TIME: 10:45:57 AM |

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: S03210 BENTZ,DAVID R          Maximum     A    Moderate          MEN:MEN:NU:06:12:01

PRIMARY: UNASSIGNED ,PARTICIPANT-MEN710040009

DESTINATION: North 1          DAY: 9/20/2017     AT:
                                                 7:30:00
                                                 AM

PASS TYPE: NURSE PRACTITIONER

COMMENTS: M. Moldenhauer NP/Done in Cell House/Must Honor

AUTHORIZED: Christa Mahnken

CELL HOUSE SIGNATURE:    _____         TIME: ____:____

DESTINATION SIGNATURE:   _____         TIME: ____:____

EXIT SIGNATURE:          _____         TIME: ____:____

RETURN SIGNATURE:        _____         TIME: ____:____

EX #37
1-1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD CORRECTIONAL          Center

Offender Information:

Bentz                    David                    ID#: S03210
Last Name                First Name                LII

| Date/Time | Subjective, Objective Assessment | Plans |
|---|---|---|
| 9-20-17 | NP S: Rescheduled for 40 | P: ① X-ray ® 4ᵗʰ digit in |
| 10³⁰ P | pain ℒ hand - 4ᵗʰ digit | 2 wks 4 @ 4 wks |
| 97⁴ | seg. Motrin/Robaxin - had tried | ② Robaxin 500mg; Po BID PRN |
| 136/78 | Mobie | X1 mo. |
| 84 P | X-ray = NON displaced Fx. — | ③ Motrin 600mg; Po BID PRN |
| 18R | Today Splinted "Buddy" | X1 mo. |
| | splinted ref. to m.D. | ④ Referral Dr. Siddiqui |
| | I/M clac 40 ℒ neck | M.Dir for Cond. ℒ |
| | chronic pain from old neck pain + ℒ 4ᵗʰ | |
| | injury STATES Ex cessive digit Fx — | |
| | force | |
| | A) PAIN / FX. | m [illegible] KWNP |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0034 (Eff. 9/2002)
(Replaces DC 7147)

MUL
EX#38
1-1

BENTZ MCC (MR) 0079

MUL
82

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Correctional Center

Offender Information:

Bentz          David          ID#: S03210
Last Name      First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-21-17 | ⑤ W/S/C - EMC ⊂ c/o issues | ℗ S/C PRN |
| | ⊂ Ⓛ hand. | Awaiting for referral to MD |
| | Ⓞ -scheduled for NSC today. | Burns LPN 9-20-17 |
| | I/M not seen ⊖ need d/t | |
| | was seen by NP in 9-20-17 | |
| | for same c/o + refferred to MD | |
| | @ that time. | |
| | Ⓐ -not seen no need | |
| | EMC | Burns LPN |

MUL
EX #39
1-1

MU
83

DOC 0084 (Eff. 9-2002
Replaces DC "14")

HEALTH CARE                                          09/22/17

① CHRONIC PAIN TO BROKEN LEFT HAND RING FINGER, ECT...

② CHRONIC PAIN TO NECK, SWELLING, OTHER (M.R.I.), ECT...

③ CHRONIC PAIN TO RIGHT HAND, ECT...

/s/ _____

BENTZ #S-03210

NU-612

MUL
EX#40
1-1

MUL
84

HEALTH CARE,                                      09/24/2017

① CHRONIC PAIN TO BROKEN LEFT HAND RING FIRNGER, ECT...

② CHRONIC PAIN TO NECK, SWELLING, OTHER ⟨M.R.I⟩, ECT...

③ CHRONIC PAIN TO RIGHT HAND, ECT...

/s/ David K.

BENTZ  #S-03210

NU-612

MUL
EX#41
1-1

MUL
85

HEALTH CARE,                                    09/26/17

1. CHRONIC PAIN TO BROKEN LEFT HAND RING FIRNGER, ECT...
2. CHRONIC PAIN TO NECK, SWELLING, OTHER (M.R.I), ECT...
3. CHRONIC PAIN TO RIGHT HAND, ECT...

                        /S/ David K____

                    BENTZ #5-03210
                    NU-612



MUL
ET #42
1-T

MUL
86

HEALTH CARE,                  09/28/2017

① CHRONIC PAIN TO BROKEN LEFT HAND RING FINGER, ECT...
② CHRONIC PAIN TO NECK, SWELLING, OTHER (M.R.I.), ECT...
③ CHRONIC PAIN TO RIGHT HAND, ECT...

/s/ Dad [signature]

BENTZ #S-03210

NU-612

MGL
EX#89
1-1

MLL
67

FINGER/NECK

5

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date  9-30-17

Offender Name  Reitz, David    ID#  S03210   Housing Unit  NU 412

Pay to _____ MCC

Address _____

City, State, Zip _____

The sum of _____ $5 dollars and 00 cents charged to my trust fund

account, for the purpose of _____ MCC

☐ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature  X _____ ID#  S03210

Witness Signature  A W Munshall

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2008)
(Replaces DC 828)

I. LINO S DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__MENARD CORRECTIONAL__ Center

**Non-Specific Discomfort**

Offender Information:

Bentz David ID# S03210
Last Name    First Name    I.II

| Date/Time | UNIT NOTE Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-30-17 9A | S) - Any Allergies  NKDA | P) MD Referral |
| | - Location of pain / discomfort  Lt hand, 4th digit | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  Stabbing  Throbbing  (Constant)  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  SR" 2 mos.", Otx, pain med therapy | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  SR" 10" | |
| | - Duration of pain  SR" 2 mos ago" | No MD referral |
| | O)  T 98  P 80  R 20  BP 120/80  WT 175.0 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  ROM limited. SR" I had | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | xray done, was told it | Patient Teaching |
| | - Observations related to body part affected  my finger was still | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | fractured. +bruising, +swelling noted.  Ym requesting ↑ motrin | |
| | | |
| | | Nurse Signature  M M Marshall |
| | A) Non-Specific Discomfort | Payment voucher  (YES)  NO |

O:stribution: Offender's Medical Record

MVL
CT#49
1-1

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)  MVL
(Replaces DC 7147)  89
BENTZ MCC (MR) 0114





| OERCP101 | ILLINOIS DEPARTMENT OF CORRECTIONS Offender 360 PRINTED SCHED. CALL PASS | PAGE: 209 |
|---|---|---|
| | | RUN DATE: 9/29/2017 |
| | | RUN TIME: 11:36:00 AM |

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: S03210 BENTZ,DAVID R                    Maximum     A    Moderate          MEN:MEN:NU:06:12:U1

PRIMARY: UNASSIGNED , PARTICIPANT-MEN710040009


DESTINATION: North 1                    DAY: 10/2/2017          AT:
                                                                7:30:00
                                                                AM

PASS TYPE: DOCTOR CALL LINE

COMMENTS: Dr. Siddiqui/Done in Cell House/Must Honor

AUTHORIZED: Christa Mahnken


CELL HOUSE SIGNATURE: _____        TIME: ____:____

DESTINATION SIGNATURE: _____       TIME: ____:____

EXIT SIGNATURE: _____              TIME: ____:____

RETURN SIGNATURE: _____            TIME: ____:____


-TOLD ME X-RAY

3-MONTH IBU 3X DAY 600mg

3-MONTH MUSLE RELAXER


WAS TOLD DO NOTHING FOR RIGHT HAND WEXPOND/I.D.O.C. WOULD NOT LET HIM
DO ANYTHING FOR RIGHT HAND OR LEFT RING FINGER ETC.

NOTE: SEEN DO TO DAD'S E-MAIL/COMPLAINT
      OR GRIEVANCE (?)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD CORRECTIONAL Center

Offender Information:

Last Name: Bentz First Name: David ID#: S03210

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/2/17 1230 | MD Note | |
| | Chronic Neck Pain | |
| | ① H/O [illeg] × 3/yrs × 2 yrs in | ([illeg] PRN) |
| | 2014 — Neg | 50 PRN |
| | 2016 — minimal | [illeg] |
| | degen chgs | 600 [illeg] |
| | ② H/O PX , | |
| | ① Rings Finger | |
| | Follow up × 2 yrs | |
| | [illeg] were reviewed | |
| | by Mike | |
| | [signature] → | |
| | 10/02/17, 1240 noted [illeg] | |

Distribution: Offender's Medical Record

DOC 0094 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

MUL EX#4B 1-1

BENTZ MCC (MR) 0115     MUL 91

ONE RADIOLOGY

Normal, Illinois

October 11, 2017

PATIENT NAME:  Bentz, David

PATIENT NUMBER: S03210

DOB: 5/30/75

ORDERED BY:  Moldenhauer

Menard Correctional Center

LEFT FOURTH DIGIT COMPLETE   10/10/2017

HISTORY: Fracture. Follow-up.

DISCUSSION:

Two views demonstrate a partial amputation of the left middle finger.  A small avulsion fracture of the volar base of the middle phalanx seen on the prior examination appears to have partially healed.  An additional follow-up study may be considered as deemed appropriate.

N.  Yousuf, M.D.

NY:eg

Study from Menard Correctional Center

M.D. Review
Date  10-14-17
Doctor  MMNFC
Pull Chart _____
See Patient
File _____

receive
10|14|17

MUL
EX#48
1-1

MUL
95

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Last Name: Bentz  First Name: David  MI: ___  ID#: S03210

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/10/17 9A | Xray note. L hand done | Blippet RT |
| 10/11/17 225A | RN Note. S: Scheduled For Court Writ O: No Apparent Medical Procedures Pending A: Physically Stable – pt e JR R: Proceed With Writ | Axtomby, RN |
| 10/23/17 10Am | XRay Note. L 4th finger Xray done | SBeckman RT(R) |
| 10/24/17 128/70 80P 130# 96⁸ | NP S: Sched to eval @ 4th digit rev. Xray O: no edema – ℞c redness 4th digit | P: F/u in Zurko Xray taken recently ℞m oldenham/RSNP Noted 10/24/17 @ 12:25 GWatson |

JOHN HOWARD ASSOCIATION (ATTN: PREA)                    10/10/17

I, HAVE A INJURY TO MY RIGHT HAND THAT CAUSES ME CHRONIC PAIN TO WRITE A LOT.

I HAVE WRITTEN SEVERAL GRIEVANCES PER C/O FURLOW, C/O D. GROSS, C/O YANKEY, OF MENARD CORRECTIONAL CENTER'S NORTH UPPER'S CELL HOUSE ON THE 7AM-3PM SHIFT (AND OTHER STAFF) REGARDING SEXUAL ASSAULT AND SEXUAL HARASSMENT BY ABOVE STAFF ALL TO NO AVAIL.

DO TO HAND INJURY I CAN NOT WRITE IN DETAIL, BUT ABOVE STAFF THREATS OF RAPE, ASSAULT, HARASSMENT STILL CONTINUE TO THIS DATE AND HAVE CONTINUED SINCE JULY 29, 2017, TO PRESENT DATE ON A DAILY BASES.

I REQUEST TO TALK TO SOMEONE ABOUT ABOVE IN DETAIL IN PERSON WHO IS NOT A PART OR INVOLVED WITHIN MENARD CORRECTIONAL CENTER, AND REQUEST ALL BE DOCUMENTED, YES THERE HAS BEEN PHYSICAL CONTACT (TOUCHING BY STAFF ABOVE).

PLEASE CONTACT ME A.S.A.P. MY INFO IS AS BELOW DESCRIBED THANK YOU. PLEASE MARK CORRESPONDANCE AS PRIVILAGED. WANT TO TALK TO SOMEONE IN PERSON NOT FROM MENARD. PLEASE !! THANK YOU.


DATE: 10/10/17                          S/ David Bentz

                                        DAVID BENTZ (#S-03210)
                                        MENARD CORRECTIONAL CENTER
                                        P.O. BOX #1000
                                        MENARD, ILLINOIS
                                        62259


                                        MUL
                                        EX# 50     MUL
                                        1-1        94

MENTAL HEALTH                    10/12/17

   I REQUEST TO SPEAK TO MENTAL HEALTH
IN PRIVATE PLEASE
          THANK YOU

                 BENTZ ⟨#S-03210⟩
                 NU-612

T-6

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____   Date ___10/20/17___

Offender Name ___BENTZ___   ID# ___S-03210___   Housing Unit ___NU-612___

Pay to ___LAW LIB___

Address _____

City, State, Zip ___#1___   ___70¢___

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of ___B(r)GREG/B(r)GOMEZ/B(r)HARDY COPIES @ B(r)MUL (17)___

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____   ID# ___S-03210___

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender LL

DOC 0296 (Eff. 1/2006 )   (Replaces DC 828)

Printed on Recycled Paper

ONE RADIOLOGY

Normal, Illinois

October 25, 2017

PATIENT NAME:   Bentz, David

PATIENT NUMBER:   S03210

DOB:  5/30/75

ORDERED BY:  Moldenhauer

Menard Correctional Center

LEFT FOURTH DIGIT THREE VIEWS   ( 10/23/2017 )

HISTORY: Pain.

FINDINGS:  Partial amputation of the 3rd digit is noted at the proximal interphalangeal joint without change.  There is no acute bony fracture or dislocation.

A small avulsion fracture of the volar base of the middle phalanx seen on the prior studies has further healed. Additional follow-up is left to your discretion.

N.  Yousuf, M.D.

NY:eg

Study from Menard Correctional Center

M.D. Review
Date   10/27/17
Doctor  _____
Pull Chart  _____
See Patient
File

MUL
EX#53
1-1                    BENTZ MCC (MR) 0132

MUL
97

| OERCP101 |  | ILLINOIS DEPARTMENT OF CORRECTIONS<br>Offender 360<br>PRINTED SCHED. CALL PASS |  | PAGE: 278<br><br>RUN DATE: 10/23/2017<br><br>RUN TIME: 10:21:56 AM |

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: S03210 BENTZ,DAVID P.                    Maximum    A    Moderate         MEN:MEN:NU:06:12:01

PRIMARY: UNASSIGNED ,PARTICIPANT-HEN710040009

DESTINATION: North 1                DAY: 10/24/2017    AT:
                                                       12:00:0
                                                       0 PM

PASS TYPE: PHYSICIAN'S ASSISTANT

COMMENTS: NP Moldenhauer in North I - MUST HONOR

AUTHORIZED: TAMERA TURNER

CELL HOUSE SIGNATURE:    _____        TIME: ____:____
DESTINATION SIGNATURE:   _____        TIME: ____:____
        EXIT SIGNATURE:  _____        TIME: ____:____
      RETURN SIGNATURE:  _____        TIME: ____:____



MUL
98

MUL
EX# 54
1-1



# John Howard Association of Illinois

P.O. Box 10042, Chicago, IL 60610-0042
Tel. 312-291-9237 Fax. 312-526-3714

October 29, 2017

Mr. David Bentz #S03210
P.O. Box 1000
Menard, IL 62259

Dear Mr. Bentz,

Although your letter was not marked "attn: PREA," it raised a PREA claim. The federal Prison Rape Elimination Act (PREA) established a zero tolerance standard for sexual abuse and harassment in prisons and jails in the United States. Please let me know if you want the letter dated 10-10-17 to be considered a PREA report.

JHA's role regarding PREA claims is as a third party reporter, this means that we must pass on inmate reports to IDOC to investigate, but we cannot independently investigate reports. PREA reports are sent to an IDOC official in Springfield. Unlike all other letters mailed by inmates to JHA, we cannot record the issues raised via the letters or keep copies of the letters. PREA reports are confidential communications between an inmate and IDOC-Springfield, they are not confidential reports to JHA, as is the case with all other letters.


Regards,

JHA Staff



**Illinois**
Department of
**Corrections**

**Date:** 11/01/17

**To:** Bentz S03210, NU 6-12

**From:** Grievance Office

**Subject : Receipt**

Grievance Office received grievance 8-11-17 and 9-11-17 marked emergency by offender
for Staff Conduct, both dated 10/10/17.

MUL
EX # 56
1-1

MUL
100

MUL
100

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Authorization for Payment**

RECEIVED
NOV -8 REC'D
By Mailroom

Posting Document # _____     Date __11/06/2017__

Offender Name __DAVID BENTZ__     ID# __S03210__     Housing Unit __NU-612__

Pay to _____ N/A _____

Address _____ N/A _____

City, State, Zip _____

The sum of _____ ØØ _____ dollars and ___ØØ___ cents charged to my trust fund

account, for the purpose of __TO: A.R.B. #137-9-17; #136-9-17; #135-9-17 (also NU) 1-LETTER 3-GRIEVANCES__

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____     ID# __S-03210__

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature

LEGAL MAIL
1-Legal

Postage applied in the amount of _____ dollars and _.7Ø_ cents.

NOV -8 2017

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Distribution:  Business Office, Offender, Mail Room

*Printed on Recycled Paper*

MAILED OUT   CS

11/10/17
7:30 am

NV-617

TYPE. DR. CALL LINE
COMM: DR. SIDDIQUI/DOWN IN HCU/MUST HONOR
AUTH: CHRISTA MAHNKEN

MUL
EX#58
1-1

MUL
100

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Menard Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Bentz | David | | ID#: S03210 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/1/10 | F/U FX | |
| 120/6 | ① Ringer — | |
| | × 7 day 10/23/17 | |
| 9/11 | — Healed | |
| | still has mild | |
| 65 | Pain — NO | |
| 18 | further Intervention | |
| 120/40 | at this time | |
| | Siddig | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

MUL
FX#59
1-1

BENTZ MCC (MR) 0117   MUL 103

Bruce Rauner
Governor



John Baldwin
Acting Director

**The Illinois Department of Corrections**   G- # 137-9-17

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

November 16, 2017

David Bentz
Register No. S03210
Menard Correctional Center

Dear Mr. Bentz:

This is in response to your grievance received on November 13, 2017, regarding Medical (Tx Broken Finger/Neck), which was alleged to have occurred at Menard Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Bentz submitted a grievance dated September 2, 2017 regarding the alleged lack of overall medical care for his broken finger and neck pain. Bentz claims overall threats and harassment by numerous HCU Staff. As written, these claims are not substantiated. On August 28, 2017, Bentz claims threats by C/O Yankey, Sgt. Case and C/O Furlow. No further specifics are provided for this claim. As written, this claim is unsubstantiated. On August 29, 2017, Bentz again claims harassment and threats by C/O Furlow, C/O Yankey and two unidentified Officers. As written, this claim is unsubstantiated. On August 30, 2017, Bentz claims he was not allowed to attend a legal exchange, despite having a court deadline. Bentz provides no date of the deadline, nor does he provide a verified court-ordered deadline. As such, this claim is unsubstantiated. On August 31, 2017, Bentz claims he was sexually harassed by staff (who called him a fag) and was threatened to be pushed down the stairs. These named staff are: C/O Furlow, C/O Yankey, C/O Gross and Sgt. McClure. The issue of being placed on deadlock has no merit and won't be addressed. While attempting to see the Nurse on September 2, 2017, Bentz claims C/O Gross turned the lights off on him and told him to return to his call; thus denying him access to medical treatment. Upon returning to the cell (9/2/17), Bentz claims C/O Gross and C/O Yankey assaulted him by pushing him into the wall; telling him he will never get any medical treatment due to all the grievances he files. Due to a deadlock of August 31, 2017, Bentz writes he was denied movement to chow. This claim has no merit and will not be addressed. On September 2, 2017, Bentz writes he saw Dr. Shah and takes issue with treatment (or lack thereof) provided. It is noted that type of treatment provided, including that of prescribed medications, are at the discretion of the tending Physician.

The Grievance Officer's Report (137-9-17) and subsequent recommendation dated October 16, 2017 and approval by the Chief Administrative Officer on October 19, 2017 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the grievance be remanded back to Menard's Grievance Office to amend this report to include a review of the claims set forth by Bentz against Staff. Once completed, a copy of the amended report is to be provided to this office and Offender Bentz. Once received, this office will finalize this review.

FOR THE BOARD:   _Shurry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

**I concur. Menard's Grievance Office is to proceed as directed above.**

_John R. Baldwin_   11/16/17
John R. Baldwin
Acting Director

cc:   Warden, Menard Correctional Center
Grievance Office, Menard Correctional Center
David Bentz, Register No. S03210
Tickler File, ARB/Inmate Issues

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov.idoc   AB

MUL
EX #69   MUL 104
1-7

1-7

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

NU-6-12

| Grievance Officer's Report |
| --- |

**Date Received:** September 28, 2017    **Date of Review:** October 16, 2017    **Grievance #** (optional): 137-9-17

**Offender:** Bentz, David    **ID#:** S03210

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted (2) grievances dated 8/11/2017 and 9/2/2017. The offender grieves denial of medical care for a broken finger due to closing his cell door. In addition he states that he has requested an MRI for neck pain for the last month and has not received it.

**Relief requested:** Receive medical care for broken finger, neck injury, right hand injury (i.e. MRI and muscle relaxers for neck); investigate above issues; all issues responded to individually and addressed.

Counselor responded on 9/9/2017 – See attached HCU Response: Dr. Siddiqui, the Facility Medical Director and RN Hawkins have reviewed your grievance and offer the following: On 8/11/17 you wrote a grievance requesting medical attention for your left fourth finger. On 8/2/17 you were seen on Nurse Sick Call for this and referred to the doctor. On 8/16/17 you were scheduled to see the doctor but were a "no show". You saw a nurse 8/18/17 and was again referred to the doctor. You saw the doctor 8/24/17 and had an x-ray ordered. Pain medication was also ordered. Inmates still have access to healthcare while on lockdown. If you have any further problems, please follow procedure and put in for sic, call so they can be addressed.

Grievance Office reviewed on 10/10/2017 – In addition, the Health Care Unit advised that the offender saw Dr. Shah on 9/2/2017 and had an x-ray. He was given pain medicine on 8/29/2017. This inmate has had his finger splinted. It was re-xrayed also on 9/13/2017. It is a non-displaced fracture. He was seen in nurse sick call on 9/13/2017 requesting stronger pain medicine for neck pain and finger pain. Referred to MD. 9/20/2017 seen by NP examined neck and hand. Pain medication reordered and referred to Medical Director. Saw Dr. Siddiqui on 10/2/2017 for chronic neck pain and H/O left ring finger fracture. Medication prescribed. If further problems please put in for nurse sick call so they may be addressed.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be MOOT. The offender is receiving medical treatment.

Kelly Pierce   -   Menard Correctional Center
Print Grievance Officer's Name

*Kelly Pierce*
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

**Date Received:** October 19, 2017    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature          10/19/17
                                                   Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

*David Bentz*                    S-03210              11/02/17
Offender's Signature                ID#                 Date

MVL EX# 6D

2-7

MUL
NU-6-12

(NECK, FINGER, HAND ECT...) LEGAL EXCESSIVE

ILLINOIS DEPARTMENT OF CORRECTIONS
TO GRIEVANCE OFFICER OV NU-6U DU 09/3017
TO COUNSELOR MSUP NU-B4 DOS ON 09/03/17

**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 09/02/2017 | Offender: (Please Print) DAVID BENTZ | ID#: S-03210 |
| Present Facility: MENARD | Facility where grievance Issue occurred: MENARD | 137-9-17 #4 |

RETALIATION, EXCESSIVE FORCE, ASSAULT +
BATTERY, SEXUAL HARASSMENT, ACCESS
TO COURTS, DELIBERATE INDIFFERENCE
DENIAL OF MEDICAL CARE, STATE

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): FEDERAL CONSTITUTIONAL RIGHTS, AND OTHER AS BELOW DESCRIBED (i.e. PARTICULAR)

LAW VIOLATIONS, STATE AND

- [ ] Disciplinary Report: _____ Date of Report _____ _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): THIS IS ONE OF SEVERAL GRIEVANCES BEING BROUGHT AGAINST JOHN AND JANE DOE THE ONLY RESPONDENTS OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (I.D.O.C.) ADMINISTRATIVE, SUPERVISORING, SECURITY, AND MEDICAL PERSONNEL (TO INCLUDE THOSE CONTRACTED FOR OR OF I.D.O.C., ANTON WEXFORD MEDICAL SERVICES), 5th YANKEY, 5th GROSS, N.P. MOLDENHAUER, DR. SIAH, JOHN AND JANE DOE NURSES, AND OTHER UNKNOWN AND JOHN AND JANE DOE's, Who, Who In, THEIR PROFESSIONAL, INDIVIDUAL, OR OFFICIAL CAPACITIES DO KNOWINGLY, AUTHORIZE, RATIFY, COLLUDE, ACQUIESCE, OR OTHERWISE ALLOWED THIS GRIEVANT TO BE DEPRIVED OF MEDICAL CARE, RAW MEDICATION, THREATS, ASSAULT, RETALIATION, AGAINST GRIEVANT FOR EXTENDED PERIODS OF TIME, AND/OR FOR NO REDRESS AT ALL. THIS GRIEVANCE IS ALSO SUBMITTED IN CONTINUATION OF AND MITIGATION FOR LITIGATION ALLEGING EXCESSIVE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF MEDICAL CARE, ASSAULT, ALLEGING VIOLATION'S OF STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.

THIS GRIEVANCE ALSO IS ABOUT THE ABOVE RESPONDENTS CONTINUED ON-GOING DENIAL OF THIS GRIEVANTS ADEQUATE MEDICAL CARE FOR A INJURY TO LEFT HAND BROKEN RING FINGER WHICH IS CONTINUOUSLY PAINFUL, NECK INJURY, SIGHT (EYE) INJURY, AND THREATS, ASSAULT, RETALIATION FOR FILING GRIEVANCES, LAWSUITS, AND BRINGING/COMPLAINTS ABOUT MEDICAL NEEDS, AND STATE AS ALSO DESCRIBED BY ABOVE ONLY RESPONDENTS' AS JOHN AND JANE DOE's AND OTHERS TO THIS GRIEVANT.

BETWEEN JULY 29, 2017, AND SEPTEMBER 02, 2017, WHERE THIS GRIEVANT HAS CONTINUOUSLY REQUESTED MEDICAL CARE OF MY ABOVE 2016 INJURY'S FOR THIS GRIEVANTS ON-GOING LEFT HAND RING FINGER (4th FINGER), NECK INJURY, AND RIGHT HAND INJURY ALL OBVIOUS AND CHRONIC PAIN ALL TO NO AVAIL, WHERE ABOVE RESPONDENTS HAVE AND CONTINUE TO RETALIATE, ASSAULT AND BATTERY, RETALIATE, AND ONLY GRIEVANT OFFICERS CARE FOR ABOVE INJURIES AND DENY LOCKING THIS GRIEVANT TO MY CELL NU-6U IN RETALIATION FOR WORKERS ON AT ALL THAT IS JUSTIFIED.

ON AUGUST 24, 2017, THIS GRIEVANT SAW WITHIN NU-CELL HOUSE HEALTHCARE N.P. MOLDEN HAUER WHERE AT ABOUT THE ABOUT 12am, REGARDING THIS GRIEVANTS BROKEN FINGER TO LEFT HAND 4th RING FINGER, NECK ISSUES, DENIAL OF PRESCRIBED PAIN MEDICATION FOR AT LEAST 3½ WEEKS, I REQUESTED OF N.P. MOLDENHAUER FOR X-RAY OF MY BROKEN FINGER, WHERE N.P. MOLDENHAUER TOLD ME THAT THE SURGERY WOULD GET AN X-RAY BECAUSE NOTHING WAS GOING TO BE DONE ABOUT MY

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| | | |
|---|---|---|
| David Bentz (Offender's Signature) | S-03210 (ID#) | 09, 02, 2017 (Date) |

(Continue on reverse side if necessary)

RECEIVED
SEP 28 2017

**Counselor's Response (if applicable)**

Date Received: 9, 5, 17   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: See Attached HCU Response

| | | |
|---|---|---|
| K. Allsup (Print Counselor's Name) | K Allsup CCII (Counselor's Signature) | 9, 15, 17 (Date of Response) |

**EMERGENCY REVIEW**

Date Received: __/__/__   Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature                Date

3-7

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

MUL
EX-10

B-A          A          MUL

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

\#157-9-17 *1
MAILED TO A.R.B. ON 11/02/17

FOR MY BROKEN FINGER. AFTER COMPLAINED ABOUT BROKEN FINGER AND THE DOCTOR, WEXFORD, MEDICAL WILL NOT DO ANYTHING
(BEGINS) FOR X-RAY N.P. MOLDENHAUER CAME IN AND PUT THIS GRIEVANT IN FOR X-RAY STATING "YOUR FINGER IS NOT BROKEN"
BUT JUST FOR THIS GRIEVANTS PIECE OF MIND HE WOULD PUT ME IN FOR X-RAYS (MY SATISFACTION) BUT IT STILL DID NOT
MATTER BECAUSE NO ONE IS GOING TO DO ANYTHING FOR MY BROKEN FINGER. N.P. MOLDENHAUER PUT ME ON 7.5mg MOBIC
ONE TIME A DAY PAIN MEDS (MELOXICAM) AND TOLD ME HE WOULD GIVE ME MUSLE RELAXERS (THE MUSLE RELAXERS I NEVER
RECEIVED) AND HE NEVER PUT ME IN FOR MUSLE RELAXERS AS I LATER FOUND OUT AS ALSO DISCUSSED) I RECEIVED THE PAIN MEDS (MOBIC) THAT
NIGHT OR NEXT NIGHT, WHERE I TOOK THE PAIN MEDICATION (MOBIC) FOR TWO DAYS AND IT INFLAMED MY NECK INJURY AND DID
NOTHING FOR ME.

ON AUGUST 28, 2017, I PUT IN ANOTHER SICK CALL SLIP WITHIN NU-CELL HOUSE SICK CALL BOX PER, "SAW N.P. MOLDENHAUER HE
TOLD ME THAT HE WOULD PRESCRIBE ME MUSLE RELAXERS AND MOBIC (MELOXICAM) I HAVE NOT RECEIVED ANY MUSLE RELAXERS,
AND THE MOBIC I WANT TO CHANGE BACK TO I.B.U.'S 600mg 3X PER DAY, DO TO THE MOBIC INFLAMING MY NECK
INJURY AND NOT WORKING AT ALL FOR MY NECK OR BROKEN FINGER."

ON AUGUST 28, 2017, I WAS ON A LINE MOVEMENT (NU-6-GALLERY) TO CHOW HALL WHERE AT THE END OF NU-6-GALLERY CLOSE
TO CELL NU-654 % YANKEY WITHOUT ANY KIND OF PROVOKATION STARTED TO THREATEN THIS GRIEVANT WITH ASSAULT AND BATTERY,
EXCESSIVE FORCE, SEXUAL HARASSMENT AND OTHER, AND WHEN THIS GRIEVANT WAS PASSING THE NU-CELL HOUSE SGT. CAGE % FURLOW
FROM WITHIN THE CAGE STARTED TO DO THE SAME AS ABOVE % YANKEY.

ON AUGUST 29, 2017, THIS GRIEVANT RECEIVED A HEALTHCARE CALL PASS FOR X-RAYS, AUTHORIZED BY CHRISTA MATHEW FOR 7:?am
WHERE I WAS LET OUT OF MY CELL NU-6-? BEFORE NU-6-GALLERY WAS RAN TO RECREATION (GYM) AT ABOUT 8:00am TO GO DOWN STAIRS
AND WAIT IN THE NU-CELL PIT. AT THE END OF NU-6-GALLERY ON THE FLAG BY THE NU-654 CELL % FURLOW, % YANKEY, AND
TWO (2) OTHER UNIDENTIFIED JOHN DOES WERE WAITING FOR THE NU-6-GALLERY RECREATION (GYM) LINE TO BE RAN, WHERE UPON
THIS GRIEVANT EXITING THE 6-GALLERY ABOVE %'S STARTED TO MAKE THREATS OF ASSAULT, AND SEXUAL HARASSMENT WITHOUT ANY
PROVOKATION FROM THIS GRIEVANT.

ON AUGUST 29, 2017, WHEN GRIEVANT WAS LATER TAKEN TO HEALTHCARE FOR X-RAYS THE X-RAY TECK TOOK TWO (2) X-RAYS OF
THIS GRIEVANTS LEFT HAND A TOP AND SIDE VIEW FOR 4th RING FINGER, AND TOLD GRIEVANT THAT THE 4th FINGER WAS BROKEN AND
THAT THERE WAS A PIECE BROKEN OFF IN MY FINGER LOOSE, WHERE JANE DOE X-RAY TECK SPLINTED MY FINGER WITH A TONGE
COMPRESSOR AND TAPE (MAKE SHIFT SPLINT) AND TOLD THIS GRIEVANT THAT SHE WAS TRYING TO GET A HOLD OF N.P. MOLDENHAUER. I ALSO
TOLD HER ABOUT ABOVE ISSUES THE MOBIC PAIN MEDS INFLAMING MY NECK INJURY AND NOT WORKING AT ALL AND THAT I WANTED TO BE PUT
BACK ON I.B.U.'S AND IF SHE COULD ALSO LOOK INTO WHY I HAVEN'T RECEIVED THE MUSLE RELAXERS THAT N.P. MOLDENHAUER TOLD THIS
GRIEVANT HE WOULD PRESCRIBE, SHE (JANE DOE X-RAY TECK) GRABBED MY MEDICAL CHART AND REVIEWED IT AND TOLD THIS
GRIEVANT THAT N.P. MOLDENHAUER NEVER ORDERED OR PRESCRIBED ANY MUSLE RELAXERS AND THAT SHE WOULD CONTACT HIM
(N.P. MOLDENHAUER) AND HAVE HIM FIX THE PAIN MEDICATION AND MUSLE RELAXER ISSUES AND ADDRESS MY BROKEN 4th RING FINGER,
BUT COULD NOT CONTACT HIM NOW BUT WOULD KEEP TRYING TO CONTACT HIM.

ON AUGUST 30, 2017, THIS GRIEVANT RECEIVED A 30 PACK OF I.B.U.'S 600mg 3X A DAY WITH NO REFILLS FOR GRIEVANTS
NECK INJURY TO REPLACE THE MOBIC PAIN MEDS (GENERIC).

ON AUGUST 30, 2017, THE NU-CELL HOUSE STAFF PRIVY ASSIGNMENTS REFUSED TO ALLOW THIS GRIEVANT TO GO TO LEGAL EXCHANGE
DISPITE THIS GRIEVANTS KNOWN COURT DEADLINES CAUSING GRIEVANT TO MISS COURT DEADLINES.

ON AUGUST 31, 2017, THIS GRIEVANT AGAIN PUT IN A SICK CALL REQUEST IN NU-CELL HOUSE BOX PER: "I HAVE FOR LAST MONTH
PLUS BEEN REQUESTING A M.R.I. FOR NECK INJURY AND FOR MUSLE RELAXERS TO NO AVAIL, AND BROKEN FINGER TO NO AVAIL
AND RIGHT HAND TO NO AVAIL."

ON AUGUST 31, 2017, DURING A NU-6-GALLERY LINE MOVEMENT TO LUNCH (CHOW HALL) (NU-6-?) UPON THIS GRIEVANT EXITING
THE GALLERY BY CELL NU-654 ON THE FLAG % FURLOW, % YANKEY, % GROSS ALL MADE SEXUAL GESTURES/REMARKS TO THIS
GRIEVANT, AND THREATENED THIS GRIEVANT WITH EXCESSIVE FORCE, BY THREATENING TO PUSH GRIEVANT DOWN THE STAIRS,
HARASSING, THREATS OF ASSAULT AND BATTERY, WHERE THE ABOVE ISSUES ALSO OCCURRED UPON THIS GRIEVANTS RETURN TO THE
NU-6-GALLERY (NU-612) FROM THE CHOW HALL (LUNCH) UPON THIS GRIEVANT LOCKING UP AND ALL OTHER INMATES ON NU-6-GALLERY
LOCKING UP % GROSS CAME TO THIS GRIEVANTS CELL NU-612 AND STARTED MAKING SEXUAL GESTURES TO THIS GRIEVANT CALLING
GRIEVANT A FAG AND BITCH AND OTHER (NOTE: SGT MCGUIRE IS INCLUDED ON ABOVE FLAG ISSUES/INCIDENTS).

ON SEPTEMBER 01, 2017, THIS GRIEVANT WAS PLACED ON AN UNAUTHORIZED DEADLOCK FOR NO REASON AT ALL OTHER THAN
BELOW DESCRIBED. THIS GRIEVANT WAS LATER CUFFED UP BEHIND THE BACK (DO TO GRIEVANT BEING PUT ON DEADLOCK ILLEGALLY) AND TAKEN
TO THE NU-CELL HOUSE HEALTHCARE (NU HOUSE) TO SEE A JANE DOE NURSE (LOOKS: SHORT, GLASSES, OLDER, LONG BLACK HAIR) AT ABOUT 8:30am
THIS GRIEVANT SAT IN NU-CELL HOUSE HEALTHCARE WAITING TO SEE JANE DOE NURSE UNTIL ABOUT 9:30am, WHERE % GROSS WOULD NOT LET GRIEVANT
SEE THE JANE DOE NURSE. AS SOON AS THIS GRIEVANT SAT DOWN TO SEE/WITH NURSE % GROSS TURNED OUT THE LIGHTS AND TOLD THIS GRIEVANT
TO GO BACK TO GRIEVANTS CELL (NU-612) FOR NO REASON AT ALL, WHERE UPON EXITING THE NU-CELL HOUSE HEALTH CARE ONTO THE
NU-6-GALLERY FLAG TO RETURN TO GRIEVANTS CELL NU-612 % GROSS, % YANKEY, AND OTHER JOHN DOE %'S THREATENED, ASSAULTED,
PUSHED THIS GRIEVANT INTO THE WALL TELLING THIS GRIEVANT THAT GRIEVANT WILL NOT GET ANY MEDICAL CARE AT ALL BECAUSE I FILE
GRIEVANCES ON NU-CELL HOUSE STAFF AND THAT THIS GRIEVANT WAS ON DEADLOCK FOR FILING PRIVILEGES GRIEVANCES AND LAW SUITS
AGAINST THEM AND OTHER STAFF, WHERE THIS GRIEVANT WAS RETURNED TO GRIEVANTS CELL NU-612 AND ILLEGALLY DEADLOCKED FOR NO REASON
OTHER THAN PREVIOUSLY STATED %'S ABOVE RETALIATION. THIS GRIEVANT WAS TO BE SEEN BY NURSE ABOVE AS A RESULT OF GRIEVANT
SICK CALL REQUEST DATED AUGUST 31, 2017, TO NO AVAIL AS ABOVE DESCRIBED. FURTHERMORE, DO TO ALLEGED DEADLOCK ABOVE
%'S REFUSED TO ALLOW THIS GRIEVANT TO GO TO CHOW HALL (LUNCH) WITH THE REST OF NU-6-GALLERY.

ON SEPTEMBER 02, 2017, LATER THAT DAY AT ABOUT 12pm THIS GRIEVANT WAS TAKEN OFF OF DEADLOCK (ALLEGED DEADLOCK) AND
TAKEN ON A CALL PASS TO GENERAL POPULATION HEALTHCARE TO SEE A DOCTOR SHAH ABOUT GRIEVANTS BROKEN FINGER, WHERE DOCTOR
SHAH TOLD THIS GRIEVANT THAT HIS FINGER WAS NOT BROKEN AND HE (DR. SHAH) WOULD NOT DO ANYTHING FOR GRIEVANT (NOTE:
X-RAY'S SHOW FINGER WAS IS IN FACT BROKEN). THIS GRIEVANT ASKED FOR MUSLE RELAXERS FOR GRIEVANTS NECK INJURY, AND FOR
M.R.I. OF NECK, AND OF ISSUES WITH GRIEVANTS RIGHT HAND, WHERE DR. SHAH TOLD THIS GRIEVANT THAT HE DOCTOR SHAH WAS
NOT SEEING THIS GRIEVANT FOR GRIEVANTS NECK OR RIGHT HAND ISSUES AND WOULD NOT DO ANYTHING AT ALL FOR THIS GRIEVANT.
DR. SHAH DID NOTHING AT ALL FOR GRIEVANTS INJURIES AT ALL.

ALL ABOVE ISSUES/ALLEGATIONS ARE TO BE ADDRESSED AND RESPONDED TO, ANY FAILURE TO RESPOND TO ANY SINGLE
ISSUE WILL BE CONSIDERED AN ADMISSION TO THAT ISSUE, AND STILL CONTINUES TO THIS DATE OF GRIEVANCE (END)

RELIEF REQUESTED:

① THAT GRIEVANT RECEIVE MEDICAL CARE FOR BROKEN FINGER, NECK INJURY, RIGHT HAND INJURY I.E. M.R.I. AND
MUSLE RELAXERS FOR NECK, CARE FOR BROKEN FINGER AND RIGHT HAND INJURY TO FIX THE ISSUES.
② THAT A FULL BLOWN INVESTIGATION OF ABOVE ISSUES BE CONDUCTED;
③ THAT ALL ABOVE ISSUES BE RESPONDED TO INDIVIDUALLY AND ADDRESSED

THIS GRIEVANCE IS IN PREPERATION FOR LITIGATION,
WHERE THIS GRIEVANT CAN IN FACT PROVE ALL ABOVE ALLEGATIONS

MUL
EX#6 10
4-7

Bruce Rauner
Governor



John Baldwin
Acting Director

#137-9-17#|

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

## MEMORANDUM

DATE:      September 13, 2017

TO:        Bentz, David
           S03210

FROM:      Dr. Siddiqui, Facility Medical Director
           Holly Hawkins, RN, Director of Nursing

SUBJECT:   Grievance dated 9/2/17

Dr. Siddiqui, the facility Medical Director and I have reviewed your grievance and medical record and offer the following: On 9/2/17 you wrote a grievance regarding your finger. This has already been addressed. You saw Dr. Shah on 9/2/17. You have had an x-ray and you are scheduled for a follow-up appointment this week. If you have any further problems, please follow procedure and put in for nurse sick call so they can be addressed.

Dr. Siddiqui,
Facility Medical Director

Holly Hawkins RN
Holly Hawkins, RN
Director of Nursing

cc: File

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.
www.illinois.gov/idoc

RECEIVED
SEP 2 8 2017

5-7

**COMMITTED PERSON'S GRIEVANCE**

| Date: 08/11/2017 | Committed Person: (Please Print) DAVID BENTZ | | ID#: S-03210 |
|---|---|---|---|
| Present Facility: MENARD | | Facility where grievance Issue occurred: MENARD | NU-6-12 |

**NATURE OF GRIEVANCE:**

| | | |
|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | |
| ☐ Disciplinary Report: ___/___/___ Date of Report | | |

☐ Disability
☒ Other (specify) DENIAL OF MEDICAL CARE, PAIN MEDICATION, AND OTHER FOR BROKEN 4TH RING FINGER ON LEFT HAND; DELIBERATE INDIFFERENCE, STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS, AND OTHER MEDICAL RELATED ISSUES AND RETALIATION

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer. *EMERGENCY GRIEVANCE TO WARDEN LASHBROOK.*

**Brief Summary of Grievance:** THIS GRIEVANCE IS BEING BROUGHT AGAINST JOHN AND JANE DOE PRIV RESPONDENTS' OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) ADMINISTRATIVE, SUPERVISORIAL, SECURITY, AND MEDICAL PERSONNEL (TO INCLUDE THOSE CONTRACTED FOR OR BY IDOC, AND WEXFORD HEALTH SERVICES AND STAFF) WHO, IN THEIR PROFESSIONAL, INDIVIDUAL OR OFFICIAL CAPACITIES DO PROMULGATE, AUTHORIZE, TRAIN, COLLUDE, ACQUIESCE, OR OTHERWISE EFFECT THIS GRIEVANT TO BE DENIED OF MEDICAL CARE, PAIN MEDICATION, AND OTHER FOR A EXTENDED PERIOD OF TIME, AND/OR FOR NO REASON AT ALL. THIS GRIEVANCE IS BEING SUBMITTED IN CONTEMPLATION OF AND EXPECTATION FOR LITIGATION ALLEGING DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF PRESCRIBED PAIN MEDICATION, DENIAL OF MEDICAL CARE, ALLEGING VIOLATIONS OF STATE LAW, AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.

THIS GRIEVANCE ARISES FROM THE PRIV RESPONDENTS' DENYING THIS GRIEVANT OF MEDICAL CARE FOR A INJURY TO LEFT HAND, SPECIFICALLY 4TH RING FINGER ON LEFT HAND WHICH IS OBVIOUSLY BROKEN BY 45°'S OUT OF PLACE, AND DENIAL OF PAIN MEDICATION, AND DENIAL OF DOCTOR ORDERS.

ON JULY 29, 2017, I WAS RETURNING FROM EVENING YARD UPON CLOSING MY CELL DOOR NU-612 MY LEFT HAND SOMEHOW GOT CAUGHT IN THE DOOR AND BROKE MY LEFT HAND 4TH FINGER (RING FINGER) WHERE MY FINGER BENT 45° IN A DIRECTION IT IS NOT TO BEND.

ON JULY 30, 2017, I PLACED WITHIN NU-CELL HOUSE A SICK CALL SLIP (HAND WRITTEN) REQUESTING MEDICAL CARE FOR MY BROKEN FINGER.

ON AUGUST 01, 2017, NU-CELL HOUSE WENT ON LEVEL-ONE LOCKDOWN, (UNTIL AUGUST 07, 2017.

ON AUGUST 07, 2017, I WAS SEEN IN CELL HOUSE PER ABOVE SICK CALL SLIP BY NU-CELL HOUSE JANE DOE NURSE. SHE TOLD ME MY FINGER LOOKED BROKEN, BUT TOLD ME SHE CAN NOT SEND ME TO HEALTHCARE ~~BECAUSE MENARD~~ BECAUSE MENARD/WEXFORD WILL NOT LET HER BECAUSE THEY DO NOT CONSIDER MY BROKEN FINGER A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO AN X-RAY AND I WOULD HAVE TO WAIT UNTIL WE COME OFF OF LOCKDOWN AS LOCKDOWN WAS THE REASON SHE COULD NOT SEND ME TO SEE A DOCTOR PER POLICIES. SHE GAVE ME A TUUMS COMPRESSION AND TAPE TO KEEP MY FINGER STRAIT (SAME SPLINT SPLINT), I WAS ALREADY PRESCRIBED I.B.U'S FOR A PREVIOUS NECK INJURY, BUT

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David Bentz | S-03210 | 08, 11, 2017
Committed Person's Signature | ID# | Date

(Continue on reverse side if necessary)

RECEIVED SEP 28 2017

**Counselor's Response (if applicable)**

| Date Received: 9, 6, 17 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: *Previously Addressed*

K Allsup | K Allsup CCII 9, 15, 17
Print Counselor's Name | Counselor's Signature | Date of Response

**EMERGENCY REVIEW** RECEIVED AUG 18 2017

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? |
|---|---|

☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | 8, 18, 17

ON AUGUST 03, 2017, LATER THAT SAME DAY ORANGE CRUSH SHOOK DOWN NU-6-GALLERY, WHERE THEY TOOK ME (INMATES) TO THE CHAPEL CUFFED BEHIND MY BACK. I ASKED CRUSH OFFICER BELIEVED TO BE HOLDER (HELMET *63) IF HE COULD FRONT CUFF ME BECAUSE OF MY BROKEN FINGER AND BEING FORCED TO SIT WITH HANDS BEHIND BACK CAUSING CHRONIC PAIN TO MY FINGER AND BACK. WHEN I SHOWED CRUSH OFFICER (HOLDER *63) MY SPLINTED FINGER HE TOOK MY SPLINT AND WOULD NOT FRONT CUFF ME. I THEN ASKED TO SEE THE NURSE WHERE HE TOLD ME TO SHUT THE FUCK UP AND WALKED OFF.

UPON RETURNING TO MY CELL TWO (2) HOURS LATER, I FOUND OUT CRUSH TOOK MY PRESCRIBED I.B.U'S AND EXTRA TAPE AND YOUNG COMPRESSOR GIVEN TO ME BY NURSE ERLYER THAT DAY, LEAVING ME WITH NO PAIN MEDICATION, NO SUPPORT FOR FINGER (SNAKE SHAFT SPLINT) OR ANY WAY TO RE-FILL PRESCRIBED I.B.U. FOR NECK INJURY.

AFTER CRUSH SHOOK DOWN ON AUGUST 03, 2017, I SAW THE EXTRA MEDICAL TAPE AND YOUNG COMPRESSOR THAT THE NURSE GAVE ME ERLYER THAT DAY ON THE GALLERY FLOOR, I STOPPED C/O MULHOLAND SHOWED HIM MY BROKEN FINGER AND ASKED TO GRAB THE SNAKE SHAFT SPLINT OFF THE GALLERY FOR ME, AND TO TAKE ME TO HEALTHCARE SO I COULD GET PAIN MEDICATION BECAUSE CRUSH TOOK IT ALL, C/O MULHOLAND ACKNOWLEDGED MY FINGER LOOKED DROOPY AND THEN TOLD ME HE DOES NOT HAVE TIME AND I WOULD JUST HAVE TO SUFFER. THEN HE WALKED OFF AND REFUSED TO DO ANYTHING AT ALL.

ON AUGUST 03, 2017, THE NU-6-CELL HOUSE WAS STILL ON LEVEL ONE LOCKDOWN WHILE C/O MULHOLAND WAS PASSING OUT LUNCH TRAYS, UPON GIVING ME A TRAY I AGAIN REQUESTED MEDICAL CARE, WHERE I WAS THREATENED BY C/O MULHOLAND OR MATTER/FUTURE RETALIATION (i.e. BOGUS DISCIPLINARY ACTION) IF I KEPT ASKING FOR MEDICAL CARE, AND THAT I WOULD NOT BE RECEIVING MEDICAL CARE BECAUSE I LIKE TO SUE CORRECTIONAL OFFICERS. C/O MULHOLAND          NEVER GOT ME MEDICAL CARE AND DID NOT TRY TO GET ME MEDICAL CARE AT ALL.

ON AUGUST 03, 2017, I PLACED WITHIN NU-6-GALLERY'S INSTITUTIONAL MAIL ADDRESSED TO HEALTHCARE ANOTHER MEDICAL REQUEST SLIP HAND WRITTEN REGARDING BROKEN FINGER AND CRUSH TAKING PAIN MEDS FOR NECK AND SNAKE SHAFT SPLINT FOR FINGER ALONG WITH RE-AGRIVATED NECK INJURY DUE TO CRUSH, AND ME NOT BEING ABLE TO GET I.B.U. REFILL BECAUSE CRUSH TOOK WHAT I NEED TO TURN IN TO GET REFILL. ON AUGUST 06, 2017, PER REQUEST SLIP OF AUGUST 03, 2017, I WAS SEEN BY A JANE DOE ~~EXXXXE~~ CELL HOUSE NURSE, IN HOUSE NU-CELL HOUSE ON THE 7am-3pm SHIFT, WHERE SHE PUT ME IN FOR MY I.B.U. RE-FILL, AND IN FOR MY NECK, AND PUT MY BROKEN FINGER, SHE ALSO GAVE ME A 3-DAY SUPPLY OF IBU'S TO HOLD ME OVER, AND TOLD ME IT WOULD BE AWHILE BEFORE I WOULD BE SEEN BY A DOCTOR OR GET X-RAY BECAUSE THE TWO (2) DOCTOR'S ARE NEVER HERE (AT MENARD).

BETWEEN JULY 29, 2017, THE DAY MY FINGER GOT BROKEN THROUGHOUT THIS PRESENT DATE OF AUGUST 11, 2017, I HAVE CONTINUALLY REQUESTED MEDICAL CARE FOR ALL ABOVE ISSUES, BY REQUESTING OF CELL HOUSE STAFF, OFFICERS, NURSES, SGT'S, LT'S, COLONEL BISHOP AND OTHER JOHN AND JANE DOE'S, etc), ALL TO NO AVAIL. AS OF AUGUST 11, 2017, IT HAS BEEN  14 DAYS WITHOUT ADEQUATE MEDICAL PER CARE, OR PAIN MEDICATION FOR A BROKEN FINGER OR OTHER MEDICAL NEEDS LISTED ABOVE. (END)

## RELIEF REQUESTED:

① FINGER TO BE SET AND SPLINTED AFTER X-RAYS;

② TO RECEIVE PAIN MEDICATION; AS WAS REQUIRED AND MY RE-FILL;

③ HANDLES BE PLACED ON INSIDE OF CELL DOORS TO PREVENT FUTURE INCIDENTS, OR STAFF TO OPEN AND CLOSE CELL DOORS TO PREVENT FUTURE INCIDENTS INSTEAD OF PUTTING GRIEVANT/INMATE IN POSITION TO USE CELL DOOR WITH NO HANDLES MAKING A SAFETY HAZARD FOR ME AND OTHER INMATES;

④ TO STOP DENYING ME AND INMATES ACCESS TO HEALTH CARE (i.e DOCTOR) AND OTHER MEDICAL NEEDS WHEN ON LOCKDOWN;

## THIS GRIEVANCE IS IN PREPARATION FOR LITIGATION

#137-517 #7

MAILED TO
A.R.B. ON
11/03/17

7.7          ~~           D-A

MUL
EX# 8Q          MUL
7-7          110



Bruce Rauner
Governor

John Baldwin
Acting Director

**The Illinois Department of Corrections**   G-#136-9-17

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

November 16, 2017

David Bentz
Register No.  S03210
Menard Correctional Center

Dear Mr. Bentz:

This is in response to your grievance received on November 13, 2017, regarding Medical (Tx Broken Finger 7/29/17), which was alleged to have occurred at Menard Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed the August 11, 2017 grievance, written by Offender Bentz, regarding the alleged lack of treatment for his broken finger. In summary, Bentz writes that on July 29, 2017 he somehow got his finger caught in the door, injuring his left hand 4th finger (ring finger). While a sick call slip was submitted, Bentz infers that due to a lockdown (8/1/17-8/7/17), adequate medical care was not provided. Bentz writes he was simply seen by a HCU Nurse August 2, 2017 for evaluation. Later that day (8/2/17) while being escorted by a Tact Team Officer, Bentz writes he requested to be front cuffed, instead of behind and was told no and to "shut the fuck up". Upon returning to his cell, Bentz claims his tongue compressor, medical tape and pain meds had been taken. Bentz writes he asked C/O Mulholand to take him back to the HCU and was refused. On August 3, 2017, Bentz claims C/O Mulholand threatened him for again asking to be taken to the HCU. In closing Bentz writes it's been 14-days without proper medical treatment for is broken finger.

*[handwritten in right margin: NOT TRUE was in CHMPEL]*

The Grievance Officer's Report (136-9-17) and subsequent recommendation dated October 16, 2017 and approval by the Chief Administrative Officer on October 19, 2017 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. This office cannot substantiate claims against an unknown Tact Officer or C/O Mulholand. How an offender is cuffed, is an administrative decision and depends on whether or not a Doctor has ordered a medical permit for front cuffing. Claims of property taken also cannot be substantiated. Facility response reflects Bentz received medical treatment.

FOR THE BOARD:   *Sherry Benton*
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED:   *John R. Baldwin Jr.*
John R. Baldwin
Acting Director

cc:   Warden, Menard Correctional Center
David Bentz, Register No. S03210

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov idoc

*[handwritten: MUL EX#60   MUL /111   1-5]*

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

*N16-6-12*

| Grievance Officer's Report |
|---|

**Date Received:** September 28, 2017        **Date of Review:** October 16, 2017        **Grievance #** (optional): 136-9-17

**Offender:** Bentz, David                                      **ID#:** S03210

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 8/11/2017 and grieves on 7/29/2017 upon closing his cell door his left hand somehow got caught in the door and broke his 4th finger. He states that he was denied pain medication and medical care due to a lockdown.

**Relief requested:** Finger to be set and splinted after x-rays; to receive pain medication as prescribed and re-filled; handles be placed on inside of cell doors to prevent future incidents or staff to open and close cell doors to prevent future incidents instead of putting grievant/inmates in position to use cell door with no handles making a safety hazard for me and other inmates; to stop denying me and inmates access to healthcare (i.e. doctors) and other medical needs when on lockdown.

**Counselor responded on 9/9/2017** – See attached HCU Response: Dr. Siddiqui, the Facility Medical Director and RN Hawkins have reviewed your grievance and offer the following: On 8/11/17 you wrote a grievance requesting medical attention for your left fourth finger. On 8/2/17 you were seen on Nurse Sick Call for this and referred to the doctor. On 8/16/17 you were scheduled to see the doctor but were a "no show". You saw a nurse 8/18/17 and was again referred to the doctor. You saw the doctor 8/24/17 and had an x-ray ordered. Pain medication was also ordered. Inmates still have access to healthcare while on lockdown. If you have any further problems, please follow procedure and put in for sic, call so they can be addressed.

**Grievance Office reviewed on 10/10/2017** – In addition, the Health Care Unit advised that the offender saw Dr. Shah on 9/2/2017 and had an x-ray. He was given pain medicine on 8/29/2017. This inmate has had his finger splinted. It was re-xrayed also on 9/13/2017. It is a non-displaced fracture. He was seen in nurse sick call on 9/13/2017 requesting stronger pain medicine for neck pain and finger pain. Referred to MD. 9/20/2017 seen by NP examined neck and hand. Pain medication reordered and referred to Medical Director. Saw Dr. Siddiqui on 10/2/2017 for chronic neck pain and H/O left ring finger fracture. Medication prescribed. If further problems please put in for nurse sick call so they may be addressed.

Contacted Personal Property and was advised that the offender attended legal exchange in Personal Property on 8/16/2017 instead of attending his scheduled HCU pass to see the Nurse Practitioner. If the offender has medical concerns he is advised to attend his scheduled medical appointments.

Cell doors are in compliance with Safety Standards.

Offenders are not denied health care on during lockdowns.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be MOOT. The offender is receiving medical treatment.

Kelly Pierce        Menard Correctional Center
Print Grievance Officer's Name

*Kelly Pierce*
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** October 19, 2017        ☑ I concur        ☐ I do not concur        ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                                      10/19/17
                                                                                                         Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                    S-03210              11/07/17
                                                      ID#                        Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

NU-6-12

TO SPEAK OFFICE BY BOX NU-01 08/11/2017
SENT TO COUNSELOR ON 08/11/2017 COUNSELOR MSGR NU-612

MECK YOGER, PATTERSON, ECT ...

| Date: 08/11/2017 | Committed Person: (Please Print) DAVID BENTZ | ID#: S-03210 |
|---|---|---|

| Present Facility: | | Facility where grievance Issue occurred: 136-9-17 |
|---|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] Disability HMMO; DEClARAtt
- [x] Other (specify) WITTNESS; CPAIN AND UNUSUAL PUNISHMENT; STATE LAW AND FEDERAL CONSTITUTIONAL RIGHTS; AND OTHER MEDICAL RELATED ISSUES; AND RETALIATION

DENIAL OF MEDICAL CARE, PAIN MEDICATION AND OTHER STEPS FOR BROKEN 4th RING FINGER ON LEFT

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** THIS GRIEVANCE IS BEING BROUGHT AGAINST JOHN AND JANE DOE DRUG RESPONDENTS OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) ADMINISTRATIVE, SUPERVISORIAL, SECURITY, AND MEDICAL PERSONNEL (TO INCLUDE THOSE CONTRACTED FOR) OR BY IDOC, AND WEXFORD HEALTH SOURCES AMONG) WHO, IN THEIR PROFESSIONAL, INDIVIDUAL OR OFFICIAL CAPACITIES DO KNOWLEDGE, AUTHORIZE, RATIFY, COLLUDE, ACQUIESCE, OR OTHERWISE DIRECT THIS GRIEVANCE TO BE DEPRIVED OF MEDICAL CARE ACCESS, PAIN MEDICATION, AND OTHER FOR A EXTENDED PERIOD OF TIME, AND/OR FOR NO REASON AT ALL. THIS GRIEVANCE IS BEING SUBMITTED IN CONTEMPLATION OF AND PREPARATION FOR LITIGATION ALLEGING DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF PRESCRIBED PAIN MEDICATION, DENIAL OF MEDICAL CARE, ALLEGING VIOLATIONS OF STATE LAW, AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.

THIS GRIEVANCE ARISES FROM THE DRUG RESPONDENTS' DENYING THIS GRIEVANT OF MEDICAL CARE FOR A INJURY TO LEFT HAND, SPECIFICALLY 4th FINGER ON LEFT HAND WHICH IS OBVIOUSLY BROKEN BY 45°15 OUT OF PLACE, AND DENIAL OF PAIN MEDICATION, AND DENIAL OF DOCTOR ORDERS.

ON JULY 29, 2017, I WAS RETURNING FROM EVENING YARD AND CLOSING MY CELL DOOR NU-62 MY LEFT HAND SOMEHOW GOT CAUGHT IN THE DOOR AND BROKE MY LEFT HAND 4th FINGER (RING FINGER) WHERE MY FINGER BENT 45° IN A DIRECTION IT IS NOT TO BEND.

ON JULY 30, 2017, I PLACED WITHIN NU-CELL HOUSE A SICK CALL SLIP (HAND WRITTEN) REQUESTING MEDICAL CARE FOR MY BROKEN FINGER.

ON AUGUST 01, 2017, NU-CELL HOUSE WENT ON LEVEL ONE LOCKDOWN, UNTIL AUGUST 07, 2017.

ON AUGUST 03, 2017, I WAS SEEN IN-CELL HOUSE PER ABOVE SICK CALL SLIP BY NU-CELL HOUSE JANE DOE NURSE, SHE TOLD ME MY FINGER LOOKED BROKEN, BUT TOLD ME SHE CAN NOT SEND ME TO HEALTHCARE BECAUSE MEMBER/STAFF/CO WILL NOT LET HER BECAUSE THEY DO NOT CONSIDER MY BROKEN FINGER A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO ANY PAPERWORK/PROVIDE TIME SO WITH FUTURE WE CAME OFF)? OF LOCKDOWN AT LOCKDOWN WAS THE REASON SHE COULD NOT SEND ME TO SEE A DOCTOR PER RULE/12. SHE GAVE ME A TONG COMPRESSION, AND TAPE TO KEEP MY FINGER STRAIT (NURSE SHIFT SPLINT) - I WAS IN ACUTE INTENSE/SEVERE PAIN FOR IN ABOVE 5, WEEK INJURY, BUT

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature          ID# S-03210          Date 08/11/2017

RECEIVED
SEP 28 2017

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | | |
|---|---|---|

Date Received: 8 / 23 / 17

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

See Attached HCU Response

K Allsop
(Print Counselor's Name)

K Allsop CCII          9, 9, 17
Counselor's Signature          Date of Response

| **EMERGENCY REVIEW** | | |
|---|---|---|

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          _____ / _____ / _____          Date

MUL EXH 6D          MUL 113

On August 03, 2017, later that same day Orange Crush shook down wing-6 C-Hall-way, where they took me (handcuffed) to the chapel cuffed behind my back. I asked crush officer Bliss C.O. to de-handcuff (remove) me so he could point out to me because of my broken finger and having poor-to-no with hands behind back causing chronic pain. To my finger and neck, when I asked crush officer Child? C.O. my splinted finger he took my splint and without cuff me, I then asked to see the nurse where he took me to sit the fuck up and wheeled off.

Upon returning to my cell two (2) hours later, I found out crush took my prescribed S.D.U.'s and extra that another counselor gave to me because either they did something me with my medication, in support for finger (wrist splint) or any way to re-pill as prescribed I.D.U.'s for neck injury.

After crush shook down wing-6 August 03, 2017, I saw the extra medical tools and took on compressor that the nurse gave me earlier that day on the gallery floor. I started to multi-thread shaking him my broken finger and asked to grab the name splint off of the gallery for me, and to take me to healthcare so I could get pain medication because crush took it all, so multi-thread acknowledged my finger looked broken then told me he does not have time and I would just have to suffer, then he walked off and refused to do anything at all.

On August 03, 2017, the wing-6 cell house was still on level one lockdown, where so multi-thread was passing out lunch trays. Upon giving my a tray I again requested medical care, where I was threatened by so multi-thread of partner/future restriction (re-registration/restriction) if I kept asking for medical care, and that I would not be receiving medical care because I like to sue correctional officers. So multi-thread never got me my neck, finger pain, and not try to get me medical care at all.

On August 03, 2017, I placed within wing-6 gallery's institutional mail addressed to healthcare another medical request slip hand written regarding broken finger and crush taking pain meds for neck and made same splint for finger, along with re-stipulated neck injury due to crush, and me not being able to get S.D.U.'s refilled because crush took what I need to place in to get refill.

On August 04, 2017, per request slip of August 03, 2017, I was seen by a nurse on cell house nurse, in house-6 wing-cell house on the 7am-3pm shift, where she put me in for my S.D.U. re-fill, and so for my neck, and for my broken finger. She also gave me a 3-day supply of S.D.U.'s to hold me over, and told me it would be a while before I would be seen by a doctor or get x-rays because the two (2) doctors are under 11am treatment.

Between July 29, 2017, the day my finger got broken throughout this present date of August 11, 2017. I have continued requested medical care for all my issues, my request of cell house staff, officers, nurses, sgt's, lt's, counselor, also another complaint have does seen to all to no avail. As of August 11, 2017, it has been 14 days without adequate medical any care, or pain medication for a (my) broken finger or other medical needs listed above. (End)

## RELIEF REQUESTED:

(1) FINGER TO BE SET AND SPLINTED AFTER X-RAYS;

(2) TO RECEIVE PAIN MEDICATION, AS WAS PRESCRIBED, MY RE-PILL;

(3) HANDLES BE PLACED ON INSIDE OF CELL DOORS TO PREVENT FUTURE INCIDENTS, OR STAFF TO OPEN AND CLOSE CELL DOORS TO PREVENT FUTURE INCIDENTS INSTEAD OF PUTTING

GRIEVANT/INMATES IN POSITION TO USE CELL DOOR WITH NO HANDLES MAKING A SAFETY

HAZARD FOR ME AND OTHER INMATES;

(4) TO STOP DENYING ME MY INMATES ACCESS TO MEDITRONIX (IBUPROFEN) AND OTHER MEDICAL

NEEDS WHEN ON LOCKDOWN.

---

## THIS GRIEVANCE IS IN PREPARATION FOR LITIGATION

# 136-5-17

MAILED TO
A.R.B.
ON 11/03/17



Bruce Rauner
Governor

John Baldwin
Acting Director

#176-9-17

**The Illinois Department of Corrections**

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

## MEMORANDUM

DATE:     August 28, 2017

TO:       S03210 Bentz, David

FROM:     Dr. Siddiqui, Facility Medical Director
          Holly Hawkins, RN, Nursing Supervisor

SUBJECT:  Grievance dated 08/11/2017

Dr. Siddiqui, the Facility Medical Director, and I have reviewed your grievance and offer the following: On 8/11/17 you wrote a grievance requesting medical attention for your left fourth finger. On 8/2/17 you were seen on Nurse Sick Call for this and referred to the doctor. On 8/16/17 you were scheduled to see the doctor but were a "no show". You saw a nurse 8/18/17 and was again referred to the doctor. You saw the doctor 8/24/17 and had an x-ray ordered. Pain medication was also ordered. Inmates still have access to healthcare while on lockdown.

If you have any further problems, please follow procedure and put in for sick call so they can be addressed.

Dr. Siddiqui
Facility Medical Director

Holly Hawkins, RN
Nursing Supervisor

cc: File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

RECEIVED
SEP 28 2017

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S03210 | **Counseling Date** | 11/22/17 13:56:59:563 |
| **Offender Name** | BENTZ, DAVID R. | **Type** | Collateral |
| **Current Admit Date** | 12/10/2009 | **Method** | Other |
| **MSR Date** | | **Location** | MEN NORTH UPPER CELLHOUSE |
| **HSE/GAL/CELL** | NU-06-12 | **Staff** | ALLSUP, KRISTA L., Correctional Counselor II |

Grievance # 8-11-17, deemed not an emergency, regarding retaliation received by Clinical Services Counselor on 11/22/17.

**Print Date  11/22/2017**

MUL
117

MUL
EX#63
1-1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Shakedown Record/Confiscated Contraband**

CRUSH
SHTKATOWN
CHANDERSON 8717
VINNA 577
VANDALIA

Exhibit No. _____
CLIC No. _____

Date: 11-30-17  Time: 800  ☐ a.m. ☑ p.m.  Bldg. Area: _____

Living Area: N/A 10.17  Occupied: ☑ Yes ☐ No

Violator: _____  No. _____
Violator: _____  No. _____

Was any contraband found? ☐ Yes ☑ No

Item(s) (Description and circumstances of discovery): _____

Witness: _____

Disciplinary Report written: ☐ Yes ☑ No   Incident Report written: ☐ Yes ☑ No

Employee Signature

Badge No. _____ Date _____ Time 900 ☐ a.m. ☐ p.m.

Shift Supervisor: _____ Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
☐ Major Contraband ☐ Minor Contraband: _____
Signature
Disposition: _____
Date: _____ Time: _____ ☐ a.m. ☐ p.m. Initials: _____

Receiving Custodian: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
☐ Major Contraband ☐ Minor Contraband: _____
Custodian Signature

Chain-of-Custody after the Custodian has received the item:
From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
Final Disposition: _____
Date: _____ Custodian's Initials: _____

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Violator

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: November 16, 2017          Date of Review: December 19, 2017          Grievance # (optional): 137-9-17

Offender: Bentz, David                                                      ID#: S03210

Nature of Grievance: Medical Treatment/Staff Conduct

***REVISED***

Facts Reviewed: All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted (2) grievances dated 8/11/2017 and 9/2/2017. The offender grieves denial of medical care for a broken finger due to closing his cell door. In addition he states that he has requested an MRI for neck pain for the last month and has not received it.

Relief requested: Receive medical care for broken finger, neck injury, right hand injury (i.e. MRI and muscle relaxers for neck); investigate above issues; all issues responded to individually and addressed.

Counselor responded on 9/9/2017 – See attached HCU Response: Dr. Siddiqui, the Facility Medical Director and RN Hawkins have reviewed your grievance and offer the following: On 8/11/17 you wrote a grievance requesting medical attention for your left fourth finger. On 8/2/17 you were seen on Nurse Sick Call for this and referred to the doctor. On 8/16/17 you were scheduled to see the doctor but were a "no show". You saw a nurse 8/18/17 and was again referred to the doctor. You saw the doctor 8/24/17 and had an x-ray ordered. Pain medication was also ordered. Inmates still have access to healthcare while on lockdown. If you have any further problems, please follow procedure and put in for sic, call so they can be addressed.

Grievance Office reviewed on 10/10/2017 – In addition, the Health Care Unit advised that the offender saw Dr. Shah on 9/2/2017 and had an x-ray. He was given pain medicine on 8/29/2017 This inmate has had his finger splinted. It was re-xrayed also on 9/13/2017. It is a non-displaced fracture. He was seen in nurse sick call on 9/13/2017 requesting stronger pain medicine for neck pain and finger pain. Referred to MD. 9/20/2017 seen by NP examined neck and hand. Pain medication reordered and referred to Medical Director. Saw Dr. Siddiqui on 10/2/2017 for chronic neck pain and H/O left ring finger fracture. Medication prescribed. If further problems please put in for nurse sick call so they may be addressed.

*** REVISION***

The grievance was remanded back to Menard Grievance office to amend the report by reviewing additional claims set forth by offender Bentz. On August 31, 2017, Bentz claims he was sexually harassed by staff (who called him a fag) and was threatened to be pushed down the stairs. These named staff are: C/O Furlow, C/O Yankey, C/O Gross and Sgt. McClure (Sgt. Maciura). While attempting to see the Nurse on September 2, 2017, Bentz claims C/O Gross turned the lights off on him and told him to return to his cell; thus denying him access to medical treatment. Upon returning to the cell (9/2/17), Bentz claims C/O Gross and C/O Yankey assaulted him by pushing him into the wall; telling him he will never get any medical treatment due to all the grievances he files.

Continued on page 2…

Recommendation: Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be MOOT. The offender is receiving medical treatment. Unable to substantiate allegations of staff misconduct.

Kelly Pierce          Menard Correctional Center
Print Grievance Officer's Name                              Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: December 21, 2017          ☑ I concur          ☐ I do not concur          ☐ Remand

Comments:  Administrative Review Board

Chief Administrative Officer's Signature                                                          12/22/17
                                                                                                Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature          S-03210          01/03/18
                              ID#              Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Continued...

Contacted Internal Affairs Supervisor to address allegations of sexual harassment by staff who called him a fag and was advised that offender BENTZ was interviewed this morning and during the interview BENTZ advised he does not want to make a PREA claim. BENTZ stated he no longer has any issues in the North Uppers. BENTZ stated the harassment did happen and it was just a form of harassment/Staff misconduct he felt he needed to document. BENTZ stated he is fine where he is at and does not want to be moved out of the North Uppers. BENTZ stated he would like a cell change/cellmate change and would prefer to be placed into a cell with offender GURLEY Y21744 who is currently housed in North Upper 6-17

Contacted C/O Yankey, C/O Gross, C/O Furlow and Sgt. Maciura and they deny all allegations of sexual harassment or staff misconduct.

Bruce Rauner
Governor



John Baldwin
Acting Director

#137-9-17

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

November 16, 2017

David Bentz
Register No. S03210
Menard Correctional Center

Dear Mr. Bentz:

This is in response to your grievance received on November 13, 2017, regarding Medical (Tx Broken Finger/Neck), which was alleged to have occurred at Menard Correctional Center. This office has determined the issue be addressed without a formal hearing.

Offender Bentz submitted a grievance dated September 2, 2017 regarding the alleged lack of overall medical care for his broken finger and neck pain. Bentz claims overall threats and harassment by numerous HCU Staff. As written, these claims are not substantiated. On August 28, 2017, Bentz claims threats by C/O Yankey, Sgt. Case and C/O Furlow. No further specifics are provided for this claim. As written, this claim is unsubstantiated. On August 29, 2017, Bentz again claims harassment and threats by C/O Furlow, C/O Yankey and two unidentified Officers. As written, this claim is unsubstantiated. On August 30, 2017, Bentz claims he was not allowed to attend a legal exchange, despite having a court deadline. Bentz provides no date of the deadline, nor does he provide a verified court-ordered deadline. As such, this claim is unsubstantiated. On August 31, 2017, Bentz claims he was sexually harassed by staff (who called him a fag) and was threatened to be pushed down the stairs. These named staff are: C/O Furlow, C/O Yankey, C/O Gross and Sgt. McClure. The issue of being placed on deadlock has no merit and won't be addressed. While attempting to see the Nurse on September 2, 2017, Bentz claims C/O Gross turned the lights off on him and told him to return to his cell; thus denying him access to medical treatment. Upon returning to the cell (9/2/17), Bentz claims C/O Gross and C/O Yankey assaulted him by pushing him into the wall; telling him he will never get any medical treatment due to all the grievances he files. Due to a deadlock of August 31, 2017, Bentz writes he was denied movement to chow. This claim has no merit and will not be addressed. On September 2, 2017, Bentz writes he saw Dr. Shah and takes issue with treatment (or lack thereof) provided. It is noted that type of treatment provided, including that of prescribed medications, are at the discretion of the tending Physician.

The Grievance Officer's Report (137-9-17) and subsequent recommendation dated October 16, 2017 and approval by the Chief Administrative Officer on October 19, 2017 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the grievance be remanded back to Menard's Grievance Office to amend this report to include a review of the claims set forth by Bentz against Staff. Once completed, a copy of the amended report is to be provided to this office and Offender Bentz. Once received, this office will finalize this review.

FOR THE BOARD: _____ *Sherry Benton* _____

Sherry Benton
Administrative Review Board
Office of Inmate Issues

I concur. Menard's Grievance Office is to proceed as directed above.

_____ *John R. Baldwin* _____

John R. Baldwin
Acting Director

cc:   Warden, Menard Correctional Center
      Grievance Office, Menard Correctional Center
      David Bentz, Register No. S03210
      Tickler File, ARB/Inmate Issues

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

*this copy is for Menard's for RV. Menard 8:25 on 11/30/2017 ofcr.*

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

*NV-6-12*

| Grievance Officer's Report | | |
|---|---|---|

Date Received: September 23, 2017      Date of Review: October 16, 2017      Grievance #(optional): 137-9-17

Offender: Beaty, David                                              ID#: S03210

Nature of Grievance: Medical Treatment

Facts Reviewed: All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted (2) grievances dated 8/11/2017 and 9/2/2017. The offender grieves denial of medical care for a broken finger due to closing his cell door. In addition he states that he has requested an MRI for neck pain for the last month and has not received it.

Relief requested: Receive medical care for broken finger, neck injury, right hand injury (i.e. MRI and muscle relaxers for neck); investigate above issues; all issues responded to individually and addressed.

Counselor responded on 9/9/2017 – See attached HCU Response. Dr. Siddiqui, the Facility Medical Director and RN Hawkins have reviewed your grievance and offer the following: On 8/11/17 you wrote a grievance requesting medical attention for your left fourth finger. On 8/2/17 you were seen on Nurse Sick Call for this and referred to the doctor. On 8/16/17 you were scheduled to see the doctor but were a "no show". You saw a nurse 8/18/17 and was again referred to the doctor. You saw the doctor 8/24/17 and had an x-ray ordered. Pain medication was also ordered. Inmates still have access to healthcare while on lockdown. If you have any further problems, please follow procedure and put in for sic, call so they can be addressed.

Grievance Office reviewed on 10/10/2017 – In addition, the Health Care Unit advised that the offender saw Dr. Shah on 9/2/2017 and had an x-ray. He was given pain medicine on 8/19/2017. This inmate has had his finger splinted. It was re-xrayed also on 9/13/2017. It is a non-displaced fracture. He was seen in nurse sick call on 9/13/2017 requesting stronger pain medicine for neck pain and finger pain. Referred to MD. 9/20/2017 seen by NP examined neck and hand. Pain medication reordered and referred to Medical Director. Saw Dr. Siddiqui on 10/2/2017 for chronic neck pain and H/O left ring finger fracture. Medication prescribed. If further problems please put in for nurse sick call so they may be addressed.

Recommendation: Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Inmate's grievance be MOOT. The offender is receiving medical treatment.

Kelly Pierce   -   Menard Correctional Center                    *Kelly Pierce*
Print Grievance Officer's Name                                        Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: October 19, 2017        ☑ I concur        ☐ I do not concur        ☐ Remand

Comments:

*[signature]*                                                                    10/19/17
Chief Administrative Officer's Signature                                             Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

*[signature]*                                    S-03210                    11/02/17
Offender's Signature                                    ID#                    Date

RECEIVED
NOV 13 2017
ADMINISTRATIVE
REVIEW BOARD

Distribution:   Master File; Offender                    *R-A*          Page 1                    DOC 0047 (Rev. 3/2005)
                                                                Printed on Recycled Paper

*4-6*

*MUL
EX# 64    MUL
4-6          121*

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 09/02/2017 | Offender: (Please Print) DAVID DENTZ | IDOC#: S-03210 |
| Present Facility: MENARD | | Facility where grievance issue occurred: MENARD 137-9-17 #1 |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify)

Disciplinary Report: _____ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: *(handwritten, partially illegible)*

Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: _David Dentz_   IDOC#: S-03210   Date: 09.02.2017

(Continue on reverse side if necessary)

RECEIVED SEP 2 8 2017

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: 9,5,17 | [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: *See Attached HCU Response*

Print Counselor's Name: K. Allsup   Counselor's Signature: K. Allsup CCII   Date of Response: 9,15,17

RECEIVED

NOV 13 2017

ADMINISTRATIVE REVIEW BOARD

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature: _____   Date: _____

Distribution: Master File; Offender   Page 1   DOC 0046 (8/2012)

MUL EX #6 / MUL 122
5-6

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

#137-9-17 #1

M[illegible] P.R.U. [illegible] 11/28/17

[illegible] BROKEN FINGER, AFTER [illegible] BROKEN FINGER AND THE DOCTOR [illegible] WILL NOT DO ANYTHING FOR MY BROKEN FINGER [illegible] FOR X-RAY STATUS "YOUR FINGER IS NOT BROKEN" BUT IT STILL DID NOT [illegible] FOR X-RAY N.P. MOLDENHAUER [illegible] AND [illegible] THIS GRIEVANT IN FOR X-RAYS [illegible] BUT JUST FOR THIS GRIEVANT'S [illegible] AND HE WOULD PUT ME IN FOR X-RAYS [illegible] N.P. MOLDENHAUER [illegible] MATTER BECAUSE NO ONE IS GOING TO DO ANYTHING FOR MY BROKEN FINGER. N.P. MOLDENHAUER [illegible] AND TOLD ME HE WOULD GIVE ME MUSCLE RELAXERS [illegible] ONE TIME A DAY [illegible] I RECEIVED THE PAIN MEDS [illegible] THAT [illegible] AS I LATER FOUND OUT [illegible] AND IT [illegible] MY NECK INJURY AND [illegible] NIGHT [illegible] NEXT NIGHT, WHERE I TOOK THE PAIN MEDICATION [illegible] FOR TWO DAYS AND IT [illegible] ANYTHING FOR ME.

ON AUGUST 28, 2017, I PUT IN ANOTHER SICK CALL SLIP [illegible] CELL HOUSE SICK CALL BOX FOR, "SAYING N.P. MOLDENHAUER HE TOLD ME THAT HE WOULD PRESCRIBE ME MUSCLE RELAXERS AND [illegible] I HAVE NOT RECEIVED ANY MUSCLE RELAXERS [illegible] 3X A DAY, DO TO THE [illegible] MY NECK AND THE [illegible] I WANT TO CHANGE BACK TO [illegible] INJURY AND NOT WORKING AT ALL FOR MY NECK OR BROKEN FINGER."

ON AUGUST 28, 2017, I WAS ON A LINE MOVEMENT (NU-6-GALLERY) TO CHOW HALL WHERE AT THE END OF NU-6-GALLERY CLOSE TO CELL NU-6-54 [illegible] YANKEY WITHOUT ANY KIND OF PROVOCATION STARTED TO THREATEN THIS GRIEVANT WITH ASSAULT AND BATTERY, [illegible] WHEN THIS GRIEVANT [illegible] PASSING THE NU-CELL HOUSE [illegible] EXCESSIVE FORCE, SEXUAL HARASSMENT AND OTHER, AND [illegible] FROM WITHIN THE CAGE [illegible] TO DO THE SAME AS ABOVE [illegible] YANKEY.

ON AUGUST 29, 2017, THIS GRIEVANT RECEIVED A [illegible] CALL PASS FOR X-RAYS, AUTHORIZED BY [illegible] FOR 7:[illegible] WHERE I WAS LET OUT OF MY CELL [illegible] NU-6-GALLERY WAS [illegible] TO [illegible] AT ABOUT [illegible] TO GO DOWN STAIRS AND WAIT IN THE NU-CELL [illegible]. AT THE END OF NU-6-GALLERY ON THE [illegible] BY THE NU-6-54 CELL [illegible] YANKEY, AND [illegible] TWO (2) OTHER UNIDENTIFIED [illegible] WERE [illegible] FOR THE NU-6-GALLERY [illegible] TO BE [illegible], WHERE [illegible] THIS GRIEVANT EXITING THE 6-GALLERY [illegible] STARTED TO MAKE THREATS OF ASSAULT, AND SEXUAL HARASSMENT WITHOUT ANY PROVOCATION FROM THIS GRIEVANT.

ON AUGUST 29, 2017, WHEN GRIEVANT WAS LATER TAKEN TO [illegible] FOR X-RAYS THE X-RAY TECH TOOK TWO (2) X-RAYS OF THIS GRIEVANT'S LEFT HAND A TOP AND SIDE VIEW FOR 4th RING FINGER, AND TOLD GRIEVANT THAT THE 4th FINGER WAS BROKEN AND THAT THERE WAS A PIECE BROKEN OFF IN MY FINGER LOOSE, WHERE [illegible] X-RAY TECH [illegible] MY FINGER WITH A [illegible] [illegible] AND TAPE [illegible] AND TOLD THIS GRIEVANT THAT SHE WAS [illegible] I ALSO TOLD HER ABOUT ABOVE ISSUES [illegible] PAIN MEDS [illegible] MY NECK INJURY AND NOT WORKING AT ALL [illegible] [illegible] AND IF SHE COULD ALSO LOOK INTO WHY I HAVE NOT RECEIVED THE MUSCLE RELAXERS THAT N.P. MOLDENHAUER TOLD THIS GRIEVANT HE WOULD PRESCRIBE, SHE [illegible] X-RAY TECH) [illegible] MY MEDICAL CHART AND REVIEWED IT AND TOLD THIS GRIEVANT THAT N.P. MOLDENHAUER NEVER ORDERED OR PRESCRIBED ANY MUSCLE RELAXERS AND THAT SHE WOULD CONTACT HIM (N.P. MOLDENHAUER) AND [illegible] THE PAIN MEDICATION AND MUSCLE RELAXER ISSUES AND ADDRESS MY BROKEN 4th RING FINGER, BUT COULD NOT CONTACT HIM [illegible] BUT WOULD KEEP TRYING TO CONTACT HIM.

AUGUST 30, 2017, THIS GRIEVANT RECEIVED A 30 DAY [illegible] OF [illegible] 3X A DAY WITH NO [illegible] FOR GRIEVANT'S NECK INJURY TO REPLACE THE [illegible] PAIN MEDS (GENERIC).

ON AUGUST 30, 2017, THE NU-CELL HOUSE STAFF [illegible] REFUSED TO ALLOW THIS GRIEVANT TO GO TO LAW LIBRARY DESPITE THIS GRIEVANT'S [illegible] CAUSING GRIEVANT TO MISS COURT DEADLINES.

ON AUGUST 31, 2017 THIS GRIEVANT AGAIN PUT IN A SICK CALL REQUEST IN NU-CELL HOUSE BOX [illegible] "I [illegible] HAS BEEN REQUESTING A [illegible] FOR NECK INJURY AND FOR MUSCLE RELAXERS TO NO AVAIL, AND BROKEN FINGER TO NO AVAIL AND RIGHT HAND TO NO AVAIL."

ON AUGUST 31, 2017, DURING A NU-6-GALLERY LINE MOVEMENT TO LUNCH [illegible] WHEN THIS GRIEVANT EXITING THE GALLERY BY CELL NU-6-54 IN THE [illegible] YANKEY, [illegible] ALL [illegible] THIS GRIEVANT, AND THREATENED THIS GRIEVANT WITH EXCESSIVE FORCE, BY THREATENING TO PUSH GRIEVANT DOWN THE STAIRS, HARASSING, THREATS, ASSAULT AND BATTERY, WHERE THE ABOVE ISSUES ALSO OCCURRED UPON THIS GRIEVANT'S RETURN TO THE NU-6-GALLERY [illegible] FROM THE CHOW HALL [illegible] UPON THIS GRIEVANT LOCKING UP [illegible] ALL OTHER INMATES ON NU-6-GALLERY LOCKING UP [illegible] CAME TO THIS GRIEVANT'S CELL NU-6-[illegible] AND STARTED MAKING SEXUAL GESTURES TO THIS GRIEVANT [illegible] GRIEVANT [illegible] AND [illegible] (NOTE: [illegible] IS [illegible] ON ABOVE [illegible].)

ON SEPTEMBER 02, 2017, THIS GRIEVANT WAS PLACED ON AN UNAUTHORIZED DEADLOCK FOR NO REASON AT ALL [illegible] BELOW DESCRIBED. THIS GRIEVANT WAS LATER CALLED [illegible] THE DECK (DO TO GRIEVANT BEING [illegible] DEADLOCK [illegible]) AND [illegible] AT ABOUT 8:30 AM TO THE NU-CELL HOUSE [illegible] TO SEE A [illegible] NURSE [illegible] UNTIL ABOUT 9:[illegible] WOULD NOT LET [illegible] THIS GRIEVANT SIT [illegible] AND TOLD THIS GRIEVANT [illegible] AS SOON AS THIS GRIEVANT SAT DOWN [illegible] TO GO BACK TO GRIEVANT'S CELL [illegible] FOR NO REASON AT ALL, WHERE UPON EXITING THE NU-CELL HOUSE [illegible] ONTO THE NU-6-GALLERY [illegible] TO RETURN TO GRIEVANT'S CELL [illegible] YANKEY, AND OTHER [illegible] ASSAULTED THIS GRIEVANT [illegible] TELLING THIS GRIEVANT THAT GRIEVANT WILL NOT GET ANY MEDICAL CARE AT ALL BECAUSE [illegible] GRIEVANCES [illegible] THAT THIS GRIEVANT WAS ON DEADLOCK FOR FILING [illegible] GRIEVANCES AND [illegible] AGAINST THEM AND OTHER STAFF, WHERE THIS GRIEVANT WAS RETURNED TO GRIEVANT'S CELL [illegible] AND [illegible] DEADLOCKED [illegible] THIS GRIEVANT WAS TO BE SEEN BY NURSE [illegible] SICK CALL REQUEST DATED AUGUST 31, 2017 TO NO AVAIL AS ABOVE DESCRIBED. [illegible] ALLEGED DEADLOCK [illegible] WAS REFUSED TO ALLOW THIS GRIEVANT TO GO TO CHOW HALL [illegible] WITH THE REST OF NU-6-GALLERY.

ON SEPTEMBER 02, 2017, LATER THIS DAY AT ABOUT [illegible] THIS GRIEVANT WAS TAKEN OFF OF DEADLOCK [illegible] AND TAKEN ON A CALL PASS TO [illegible] TO SEE A DOCTOR SHAH ABOUT GRIEVANT'S BROKEN FINGER, WHERE DOCTOR SHAH TOLD THIS GRIEVANT THAT HIS FINGER WAS NOT BROKEN AND HE (DR. SHAH) WOULD NOT DO ANYTHING FOR GRIEVANT [illegible] X-RAY'S SHOW FINGER [illegible] BROKEN). THIS GRIEVANT ASKED FOR MUSCLE RELAXERS FOR GRIEVANT'S NECK INJURY, AND FOR [illegible] AND [illegible] ISSUES WITH GRIEVANT'S RIGHT HAND, WHERE DR. SHAH TOLD THIS GRIEVANT THAT HE DOCTOR SHAH WAS NOT SEEING THIS GRIEVANT FOR [illegible] NECK OR RIGHT HAND ISSUES AND WOULD NOT DO ANYTHING AT ALL FOR THIS GRIEVANT. DR. SHAH DID NOTHING AT ALL FOR GRIEVANT'S INJURIES AT ALL.

ALL ABOVE ISSUES/ALLEGATIONS ARE TO BE ADDRESSED AND RESPONDED TO, ANY FAILURE TO RESPOND TO ANY SINGLE ISSUE WILL BE CONSIDERED AN ADMISSION TO THAT ISSUE, AND STILL CONTINUES TO THIS DATE OF GRIEVANCE [illegible]

RELIEF REQUESTED:

(1) THAT GRIEVANT RECEIVE MEDICAL CARE FOR BROKEN FINGER, NECK INJURY, RIGHT HAND INJURY [illegible] MUSCLE RELAXERS FOR NECK, CARE FOR BROKEN FINGER AND RIGHT HAND INJURY TO FIX THE ISSUES)
(2) THAT A FULL [illegible] INVESTIGATION OF ABOVE ISSUES BE CONDUCTED;
(3) THAT ALL ABOVE ISSUES BE RESPONDED TO INDIVIDUALLY AND ADDRESSED

THIS GRIEVANCE IS IN PREPERATION FOR LITIGATION, WHERE THIS GRIEVANT CAN IN FACT PROVE ALL ABOVE ALLEGATIONS

[illegible] 36 [illegible]

DOC 0046 (8/201.

MUL EV# 68 MUL 123

HAND
COPY INSTRUMENT
BY NAME TOLD
IN TOLD
NURSE

HEALTH CARE,                              12/01/2017

    ORANGE CRUSH SHOOK DOWN ON NOVEMBER 30, 2017, AND
TOOK MY PRESCRIBED PAIN MEDICATION AND PRESCRIBED
MUSLE RELAXERS, I NEED RE-FILLS.

    I ALSO HAVE PAIN TO LEFT RING FINGER STILL, AND
CHRONIL PAIN TO NECK, SWELLING, HEADACH, AND OTHER DO TO
ORANGE CRUSH RE-ACTIVATING MY NECK INJURY

                        /S/ David Bentz
                        BY BENTZ #S-03210
                        NV-612
                        12/01/2017

MUL
EX # 65
1-1

MUL
124

ADMINISTRATIVE REVIEW BOARD                    01/03/2018

I DO WISH TO MAKE ENCLOSED GRIEVANCE # 137-9-17

A P.R.E.A. CLAIM.

DAVID BENTZ #S-03210

S U
8 4 p



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

MAILED TO
A.R.B. ON
01/03/18

| Grievance Officer's Report |
|---|

**Date Received:** November 16, 2017     **Date of Review:** December 19, 2017     **Grievance #** (optional): 137-9-17

**Offender:** Bentz, David          **ID#:** S03210

**Nature of Grievance:** Medical Treatment/Staff Conduct

***REVISED***

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted (2) grievances dated 8/11/2017 and 9/2/2017. The offender grieves denial of medical care for a broken finger due to closing his cell door. In addition he states that he has requested an MRI for neck pain for the last month and has not received it.

**Relief requested:** Receive medical care for broken finger, neck injury, right hand injury (i.e. MRI and muscle relaxers for neck); investigate above issues; all issues responded to individually and addressed.

Counselor responded on 9/9/2017 – See attached HCU Response: Dr. Siddiqui, the Facility Medical Director and RN Hawkins have reviewed your grievance and offer the following: On 8/11/17 you wrote a grievance requesting medical attention for your left fourth finger. On 8/2/17 you were seen on Nurse Sick Call for this and referred to the doctor. On 8/16/17 you were scheduled to see the doctor but were a "no show". You saw a nurse 8/18/17 and was again referred to the doctor. You saw the doctor 8/24/17 and had an x-ray ordered. Pain medication was also ordered. Inmates still have access to healthcare while on lockdown. If you have any further problems, please follow procedure and put in for sic, call so they can be addressed.

Grievance Office reviewed on 10/10/2017 – In addition, the Health Care Unit advised that the offender saw Dr. Shah on 9/2/2017 and had an x-ray. He was given pain medicine on 8/29/2017. This inmate has had his finger splinted. It was re-xrayed also on 9/13/2017. It is a non-displaced fracture. He was seen in nurse sick call on 9/13/2017 requesting stronger pain medicine for neck pain and finger pain. Referred to MD. 9/20/2017 seen by NP examined neck and hand. Pain medication reordered and referred to Medical Director. Saw Dr. Siddiqui on 10/2/2017 for chronic neck pain and H/O left ring finger fracture. Medication prescribed. If further problems please put in for nurse sick call so they may be addressed.

*** REVISION***

The grievance was remanded back to Menard Grievance office to amend the report by reviewing additional claims set forth by offender Bentz. On August 31, 2017, Bentz claims he was sexually harassed by staff (who called him a fag) and was threatened to be pushed down the stairs. These named staff are: C/O Furlow, C/O Yankey, C/O Gross and Sgt. McClure (Sgt. Maciura). While attempting to see the Nurse on September 2, 2017, Bentz claims C/O Gross turned the lights off on him and told him to return to his cell; thus denying him access to medical treatment. Upon returning to the cell (9/2/17), Bentz claims C/O Gross and C/O Yankey assaulted him by pushing him into the wall; telling him he will never get any medical treatment due to all the grievances he files.

Continued on page 2…

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance is MOOT. The offender is receiving medical treatment. Unable to substantiate allegations of staff misconduct.

Kelly Pierce  -  Menard Correctional Center         _Kelly Pierce_
Print Grievance Officer's Name              Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** December 21, 2017     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:** Administrative Review Board

Chief Administrative Officer's Signature            12/22/17
                                                                     Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original counselor's response, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature                      S-03210        1/03/18
                                          ID#                Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE (Continued)**

Continued.

Contacted Internal Affairs Supervisor to address allegations of sexual harassment by staff who called him a fag and was advised that offender BENTZ was interviewed this morning and during the interview BENTZ advised he does not want to make a PREA claim. BENTZ stated he no longer has any issues in the North Uppers. BENTZ stated the harassment did happen and it was just a form of harassment/Staff misconduct he felt he needed to document. BENTZ stated he is fine where he is at and does not want to be moved out of the North Uppers. BENTZ stated he would like a cell change/cellmate change and would prefer to be placed into a cell with offender GURLEY Y21744 who is currently housed in North Upper 6-17

Contacted C/O Yankey, C/O Gross, C/O Furlow and Sgt. Moeiura and they deny all allegations of sexual harassment or staff misconduct.

SGT. McCLURE

Bruce Rauner
Governor



John Baldwin
Acting Director

#137-9-17

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

November 16  2017

David Bentz
Register No. S03210
Menard Correctional Center

Dear Mr. Bentz:

This is in response to your grievance received on November 13, 2017, regarding Medical (Tx Broken Finger/Neck), which was alleged to have occurred at Menard Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

Offender Bentz submitted a grievance dated September 2, 2017 regarding the alleged lack of overall medical care for his broken finger and neck pain. Bentz claims overall threats and harassment by numerous HCU Staff. As written, these claims are not substantiated. On August 28, 2017, Bentz claims threats by C/O Yankey, Sgt. Case and C/O Furlow. No further specifics are provided for this claim. As written, this claim is unsubstantiated. On August 29, 2017, Bentz again claims harassment and threats by C/O Furlow, C/O Yankey and two unidentified Officers. As written, this claim is unsubstantiated. On August 30, 2017, Bentz claims he was not allowed to attend a legal exchange, despite having a court deadline. Bentz provides no date of the deadline, nor does he provide a verified court-ordered deadline. As such, this claim is unsubstantiated. On August 31, 2017, Bentz claims he was sexually harassed by staff (who called him a fag) and was threatened to be pushed down the stairs. These named staff are: C/O Furlow, C/O Yankey, C/O Gross and Sgt. McClure. The issue of being placed on deadlock has no merit and won't be addressed. While attempting to see the Nurse on September 2, 2017, Bentz claims C/O Gross turned the lights off on him and told him to return to his cell; thus denying him access to medical treatment. Upon returning to the cell (9/2/17), Bentz claims C/O Gross and C/O Yankey assaulted him by pushing him into the wall, telling him he will never get any medical treatment due to all the grievances he files. Due to a deadlock of August 31, 2017, Bentz writes he was denied movement to chow. This claim has no merit and will not be addressed. On September 2, 2017, Bentz writes he saw Dr. Shah and takes issue with treatment (or lack thereof) provided. It is noted that type of treatment provided, including that of prescribed medications, are at the discretion of the tending Physician.

The Grievance Officer's Report (137-9-17) and subsequent recommendation dated October 16, 2017 and approval by the Chief Administrative Officer on October 19 2017 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the grievance be remanded back to Menard's Grievance Office to amend this report to include a review of the claims set forth by Bentz against Staff. Once completed, a copy of the amended report is to be provided to this office and Offender Bentz. Once received, this office will finalize this review.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

I concur. Menard's Grievance Office is to proceed as directed above.

_John R. Baldwin_  14/10/17

John R. Baldwin
Acting Director

cc:  Warden, Menard Correctional Center
Grievance Office, Menard Correctional Center
David Bentz, Register No. S03210
Tickler File, ARB/Inmate Issues

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization*

www.illinois.gov./idoc

MLL
EX#CB
4-7

MUL
128

31          3-2

*this copy for*
*the NATURALS for*
*Appeal of*
*ARB on*
*11/29/2017*

*NA-6-12*

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: September 21, 2017 | Date of Review: October 16, 2017 | Grievance #(optional): 137-9-17 |
| Offender: Bentz, David | | ID#: S03210 |

Nature of Grievance: Medical Treatment

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted (2) grievances dated 8/11/2017 and 9/2/2017. The offender grieves denial of medical care for a broken finger due to closing his cell door. In addition he states that he has requested an MRI for neck pain for the last month and has not received it.

**Relief requested:** Receive medical care for broken finger, neck injury, right hand injury (i.e. MRI and muscle relaxers for neck); investigate above issues; all issues responded to individually and addressed.

**Counselor responded on 9/5/2017** – See attached HCU Response: Dr. Siddiqui, the Facility Medical Director and RN Hawkins have reviewed your grievance and offer the following: On 8/11/17 you wrote a grievance requesting medical attention for your left fourth finger. On 8/2/17 you were seen on Nurse Sick Call for this and referred to the doctor. On 8/16/17 you were scheduled to see the doctor but were a "no show". You saw a nurse 8/18/17 and was again referred to the doctor. You saw the doctor 8/24/17 and had an x-ray ordered. Pain medication was also ordered. Inmates still have access to healthcare while on lockdown. If you have any further problems, please follow procedure and put in for sick call so they can be addressed.

Grievance Office reviewed on 10/10/2017 – In addition, the Health Care Unit advised that the offender saw Dr. Shah on 9/2/2017 and had an x-ray. He was given pain medicine on 9/29/2017. This inmate has had his finger splinted. It was re-xrayed also on 9/13/2017. It is a non-displaced fracture. He was seen in nurse sick call on 9/13/2017 requesting stronger pain medicine for neck pain and finger pain. Referred to MD. 9/20/2017 seen by NP examined neck and hand. Pain medication reordered and referred to Medical Director. Saw Dr. Siddiqui on 10/2/2017 for chronic neck pain and H/O left ring finger fracture. Medication prescribed. If further problems please put in for nurse sick call so they may be addressed.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be MOOT. The offender is receiving medical treatment.

Kelly Pierce - Menard Correctional Center
Print Grievance Officer's Name

*Kelly Pierce*
Grievance Officer's Signature

[Attach a copy of Offender's Grievance, including counselor's response if applicable]

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: October 19, 2017 | ☑ I concur    ☐ I do not concur    ☐ Remand | |

Comments:

*[signature]*
Chief Administrative Officer's Signature

10/19/17
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

*[signature]*
Offender's Signature

S-03210
ID#

11/02/17
Date

RECEIVED
NOV 13 2017
ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File; Offender

Page 1

DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

*1-4*

*B-A*

*51*

*4-b*

*NUL*
*EX#66*
*5-7*

*NUL*
*128*

MVL NU-6-12

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER'S GRIEVANCE

To grievance officer or warden on 09/?/17 to counselor [illegible] by DOC on 09/2/17

(Neck, fingers, [illegible], etc.) legal [illegible]

Mailed to ARB on 11/6/17

#137-9-17 #1

| Date: 09/02/2017 | Offender: (Please Print) DAVID BENTZ | ID#: S-03210 |
|---|---|---|
| Present Facility: MENARD | Facility where grievance issue occurred: MENARD | 137-9-17 #1 |

NATURE OF GRIEVANCE:

- ☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
- ☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Retaliation, excessive force, assault & battery, sexual harassment, access to court, deliberate indifference, denial of medical care, state law violations, state and federal constitutional rights, and other as below described (i.e. retaliation)

Disciplinary Report: ___/___/___ (Date of Report) ___________ (Facility where issued)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): THIS IS ONE OF SEVERAL GRIEVANCES BEING BROUGHT AGAINST JOHN AND JANE DOE DEFENDANTS OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (I.D.O.C) ADMINISTRATIVE, SUPERVISORIAL, SECURITY, AND MEDICAL PERSONEL (TO INCLUDE THOSE CONTRACTED FOR OR BY I.D.O.C., [illegible] WEXFORD HEALTH SERVICES, [illegible], N.P. MOLDENHAUER, DR. SHAH, JOHN AND JANE DOE NURSES, AND OTHER UNIDENTIFIED JOHN AND JANE DOES [illegible]) WHO IN THEIR PROFESSIONAL, INDIVIDUAL, OR OFFICIAL CAPACITIES DO PROMULGATE, AUTHORIZE, TRAIN, ALLOW, ACQUIESCE, OR OTHERWISE CAUSE THIS GRIEVANT TO BE DEPRIVED OF MEDICAL CARE, PAIN MEDICATION, THREATS, ASSAULT, RETALIATION AGAINST GRIEVANT FOR EXTENDED PERIODS OF TIME [illegible]. THIS GRIEVANCE IS BEING SUBMITTED IN CONTEMPLATION OF AND IN PREPARATION FOR LITIGATION ALLEGING DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF MEDICAL CARE, ASSAULT, ALLEGING VIOLATIONS OF STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.

THIS GRIEVANCE ARISES FROM ABOVE NAMED DEFENDANTS' CONTINUED AND ONGOING DENIAL OF THIS GRIEVANT'S ADEQUATE MEDICAL CARE FOR A INJURY TO LEFT HAND BROKEN RING FINGER WHICH IS [illegible], NECK INJURY, RIGHT HAND INJURY AND [illegible], ASSAULT, RETALIATION FOR FILING GRIEVANCES, LAWSUITS, AND [illegible] ABOUT MEDICAL NEEDS, AND OTHER AS BELOW DESCRIBED BY ABOVE NAMED DEFENDANTS' AND JOHN AND JANE DOES [illegible] TO THIS GRIEVANT.

BETWEEN JULY 29, 2017 AND SEPTEMBER 02, 2017, WHERE THIS GRIEVANT HAS CONTINUALLY REQUESTED MEDICAL CARE OF ALL ABOVE [illegible] FOR THIS GRIEVANT'S BROKEN LEFT HAND RING FINGER (4th FINGER), NECK INJURY, AND RIGHT HAND INJURY AND OBVIOUS AND CHRONIC PAIN ALL TO NO AVAIL, WHERE ABOVE NAMED DEFENDANTS [illegible] CONTINUE TO THREATEN, ASSAULT AND BATTERY, RETALIATE, AND DENY GRIEVANT MEDICAL CARE FOR ABOVE INJURIES AND [illegible] THIS GRIEVANT IN HIS CELL [illegible] IN RETALIATION FOR [illegible] OF ALL THE [illegible].

ON AUGUST 24, 2017, THIS GRIEVANT SAW WITHIN N2-CELL HOUSE [illegible] N.P. MOLDENHAUER AT [illegible] AROUND 12 [illegible]. REGARDING THIS GRIEVANT'S BROKEN FINGER TO LEFT HAND 4th RING FINGER, NECK [illegible], DENIAL OF PRESCRIBED PAIN MEDICATION FOR AT LEAST 3 1/2 WEEKS. I REQUESTED OF N.P. MOLDENHAUER FOR X-RAY OF MY BROKEN FINGER, WHERE N.P. MOLDENHAUER TOLD ME THAT HE [illegible] TO GET AN X-RAY BECAUSE NOTHING WAS GOING TO BE DONE ABOUT MY

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] S-03210 09/02/2017
Offender's Signature — ID# — Date

(Continue on reverse side if necessary)

RECEIVED SEP 28 2017

## Counselor's Response (if applicable)

Date Received: 9/5/17 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: See Attached HCU Response

K Allsup — [signature] K Allsup CCII — 9/15/17
Print Counselor's Name — Counselor's Signature — Date of Response

RECEIVED
NOV 13 2017
ADMINISTRATIVE REVIEW BOARD

## EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___/___/___ Date

2-6

Distribution: Master File; Offender Page 1 DOC 0046 (8/2012)

BA A

MVL EX #6.6 1-7

MVL 130

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

2137-9-17 #1

MAILED TO [illegible] 9/26/17

[illegible] [illegible] WILL NOT DO ANYTHING FOR MY BROKEN FINGER. AFTER [illegible] BROKEN FINGER AND THE DOCTOR [illegible] WILL NOT DO ANYTHING FOR MY BROKEN FINGER. [illegible] GIVEN AND PUT THIS GRIEVANT IN FOR X-RAY STATING "YOUR FINGER IS NOT BROKEN" (SPRAIN) FOR X-RAY N.P. MOLDENHAUER GAVE IN AND PUT THIS GRIEVANT IN FOR X-RAY (MY SATISFACTION) BUT IT STILL DID NOT BUT JUST FOR THIS GRIEVANT'S PEACE OF MIND HE WOULD PUT ME IN FOR X-RAYS FOR MY BROKEN FINGER. N.P. MOLDENHAUER PUT ME ON 7.5 [illegible] MATTER BECAUSE NO ONE IS GOING TO DO ANYTHING FOR MY BROKEN FINGER. N.P. MOLDENHAUER (THE MUSCLE RELAXERS) ONE TIME A DAY [illegible] (VERY STRONG) AND TOLD ME HE WOULD GIVE ME MUSCLE RELAXERS [illegible] BEHIND THE PAIN MEDS [illegible] THAT [illegible] AS I LATER FOUND OUT [illegible] FOR TWO DAYS AND I INFORMED MY NECK INJURY AND [illegible] RIGHT UP NEXT [illegible], WHERE I TOOK THE PAIN MEDICATION [illegible] FOR TWO DAYS AND I INFORMED MY NECK INJURY AND [illegible] NOTHING FOR ME.

ON AUGUST 28, 2017, I PUT IN ANOTHER SICK CALL SLIP [illegible] SICK CALL BOX [illegible] N.P. MOLDENHAUER HE TOLD ME THAT HE WOULD PRESCRIBE ME MUSCLE RELAXERS AND MOBIC (MELOXICAM) I HAVE NOT RECEIVED ANY MUSCLE RELAXERS), AND THE MOBIC I WANT TO CHANGE BACK TO [illegible] 3X A DAY, DUE TO THE MOBIC INFLAMING MY NECK INJURY AND NOT WORKING AT ALL FOR MY NECK OR BROKEN FINGER.

ON AUGUST 28, 2017, I WAS ON A LINE MOVEMENT (N-6-GALLERY) TO CHOW HALL WHERE AT THE END OF N-6-GALLERY CLOSE TO CELL N-654 [illegible] YANKEY WITHOUT ANY KIND OF PROVOCATION STARTED TO THREATEN THIS GRIEVANT WITH ASSAULT AND BATTERY, EXCESSIVE FORCE, [illegible] AND WHEN THIS GRIEVANT WAS PASSING THE [illegible] FROM WITHIN THE CAGE STARTED TO DO THE SAME AS ABOVE [illegible] YANKEY.

ON AUGUST 29, 2017, THIS GRIEVANT RECEIVED A [illegible] CALL PASS FOR X-RAYS, AUTHORIZED BY [illegible] FOR 7:30 AM WHERE I WAS LET OUT OF MY CELL [illegible] N-6-GALLERY WAS [illegible] TO [illegible] AT ABOUT [illegible] TO GO DOWN STAIRS AND WAS IN THE [illegible]. AT THE END OF N-6-GALLERY ON THE FLAG BY THE N-654 CELL [illegible], [illegible] YANKEY. AND TWO (2) OTHER UNIDENTIFIED [illegible] WERE WAITING FOR THE N-6-GALLERY [illegible] TO [illegible], WHERE [illegible] THIS GRIEVANT EXITING THE 6-GALLERY [illegible] STARTED TO MAKE THREATS OF ASSAULT, AND [illegible] WITHOUT ANY PROVOCATION FROM THIS GRIEVANT.

ON AUGUST 29, 2017 WHEN GRIEVANT WAS LATER TAKEN TO [illegible] FOR X-RAYS THE X-RAY TECH TOOK TWO (2) X-RAYS OF THIS GRIEVANT'S LEFT [illegible] A TOP AND SIDE VIEW FOR 4TH RING FINGER, AND TOLD GRIEVANT THAT THE 4TH FINGER WAS BROKEN AND THAT THERE WAS A PIECE BROKEN OFF IN MY FINGER [illegible], WHERE [illegible] X-RAY TECH SPLINTED MY FINGER WITH A [illegible] COMPRESSOR AND TAPE [illegible] AND TOLD THIS GRIEVANT THAT SHE WAS GOING TO GET A HOLD OF N.P. MOLDENHAUER. I ALSO TOLD HER ABOUT [illegible] THE MOBIC PAIN MEDS INFLAMING MY NECK INJURY AND NOT WORKING AT ALL [illegible] BACK ON [illegible] AND IF SHE COULD ALSO LOOK INTO WHY I HAVEN'T RECEIVED THE MUSCLE RELAXERS THAT N.P. MOLDENHAUER TOLD THIS GRIEVANT HE WOULD PRESCRIBE, SHE (JANE DOE X-RAY TECH) GRABBED MY MEDICAL CHART AND REVIEWED IT AND TOLD THIS GRIEVANT THAT N.P. MOLDENHAUER NEVER ORDERED OR PRESCRIBED ANY MUSCLE RELAXERS AND THAT SHE WOULD CONTACT HIM (N.P. MOLDENHAUER) AND HAVE HIM FIX THE PAIN MEDICATION AND MUSCLE RELAXER ISSUES AND ADDRESS MY BROKEN 4TH RING FINGER, BUT [illegible] NOT CONTACT HIM NOW BUT WOULD KEEP TRYING TO CONTACT HIM.

AUGUST 30, 2017, THIS GRIEVANT RECEIVED A 30 PACK OF [illegible] 3X A DAY WITH NO REFILLS FOR GRIEVANT'S NECK INJURY TO REPLACE THE MOBIC PAIN MEDS (GENERIC).

ON AUGUST 30, 2017, THE N-2 CELL HOUSE STAFF [illegible] REFUSED TO ALLOW THIS GRIEVANT TO GO TO [illegible] DESPITE THIS GRIEVANT'S [illegible] CAUSING GRIEVANT TO MISS COURT DEADLINES.

ON AUGUST 31, 2017 THIS GRIEVANT AGAIN PUT IN A SICK CALL REQUEST IN N-2-CELL HOUSE BOX [illegible] HAS BEEN REQUESTING A M.R.I. FOR NECK INJURY AND FOR MUSCLE RELAXERS TO NO AVAIL, AND BROKEN FINGER TO NO AVAIL AND RIGHT HAND TO NO AVAIL.

ON AUGUST 31, 2017, DURING A N-6-GALLERY LINE MOVE, [illegible] TO LUNCH (CHOW HALL [illegible]) WHEN THIS GRIEVANT EXITING THE GALLERY BY CELL N-654 ON THE FLAG [illegible] YANKEY, [illegible] ALL [illegible] TO THIS GRIEVANT, AND THREATENED THIS GRIEVANT WITH EXCESSIVE FORCE, BY THREATENING TO PUSH GRIEVANT DOWN THE STAIRS, [illegible] THE ABOVE ISSUES ALSO OCCURRED UPON THIS GRIEVANT [illegible] TO THE [illegible] THREATS OF ASSAULT AND BATTERY, [illegible] THIS GRIEVANT LOCKING UP AND ALL OTHER INMATES ON N-6-GALLERY N-6-GALLERY (N-6[illegible]) FROM THE CHOW HALL [illegible] STARTED MAKING [illegible] TO THIS GRIEVANT [illegible] LOCKING UP [illegible] CAME TO THIS GRIEVANT'S CELL N-[illegible] AND [illegible] GRIEVANT [illegible] (NOTE: [illegible] IS INCLUDED ON ABOVE [illegible] ISSUES/[illegible]) [illegible] AT THE OTHER TIMES

ON SEPTEMBER 02, 2017, THIS GRIEVANT WAS [illegible] BELOW DESCRIBED. THIS GRIEVANT WAS LATER [illegible] BEHIND THE [illegible] (DUE TO GRIEVANT BEING [illegible]) AT ABOUT 9:30 AM TO THE [illegible] TO SEE A JANE DOE NURSE (BLACK SHIRT, GLASSES, [illegible], LONG BLACK HAIR) [illegible] WAITING TO SEE JANE DOE NURSE UNTIL ABOUT 9:40 AM, [illegible] WOULD NOT LET [illegible] THIS GRIEVANT [illegible] AS SOON AS THIS GRIEVANT SAT DOWN TO [illegible] TO GO BACK TO GRIEVANT'S CELL [illegible] FOR NO REASON AT ALL [illegible] YANKEY, AND OTHER [illegible] N-6-GALLERY FLAG TO RETURN TO GRIEVANT'S CELL [illegible] GRIEVANT WILL NOT GET ANY MEDICAL CARE AT ALL BECAUSE [illegible] THIS GRIEVANT [illegible] TELLING THIS GRIEVANT THAT GRIEVANT WILL NOT GET ANY MEDICAL CARE AT ALL BECAUSE [illegible] GRIEVANT [illegible] AND THAT THIS GRIEVANT WAS [illegible] FOR FILING [illegible] GRIEVANCES AND LAW SUITS AGAINST THEM AND [illegible] STAFF, WHERE THIS GRIEVANT WAS RETURNED TO GRIEVANT'S CELL [illegible] THIS GRIEVANT WAS TO BE SEEN BY NURSE [illegible] AS ABOVE DESCRIBED. [illegible] SICK CALL REQUEST DATED AUGUST 31, 2017 TO NO AVAIL AS ABOVE DESCRIBED. [illegible] REFUSED TO ALLOW THIS GRIEVANT TO GO TO CHOW HALL (LUNCH) WITH THE REST OF N-6-GALLERY.

ON SEPTEMBER 02, 2017, LATER THAT DAY AT ABOUT [illegible] PM THIS GRIEVANT WAS TAKEN OFF OF [illegible] AND TAKEN ON A CALL PASS TO [illegible] TO SEE A DOCTOR SHAH ABOUT GRIEVANT'S BROKEN FINGER, WHERE DOCTOR SHAH TOLD THIS GRIEVANT THAT HIS FINGER WAS NOT BROKEN AND HE (DR. SHAH) WOULD NOT DO ANYTHING FOR GRIEVANT (NOTE: X-RAY'S SHOW FINGER WAS IN FACT BROKEN). THIS GRIEVANT ASKED FOR MUSCLE RELAXERS FOR GRIEVANT'S NECK INJURY, AND FOR M.R.I. OF NECK, AND OF ISSUES WITH GRIEVANT'S RIGHT HAND, WHERE DR. SHAH TOLD THIS GRIEVANT THAT HE DOCTOR SHAH WAS NOT SEEING THIS GRIEVANT FOR GRIEVANT'S NECK OR RIGHT HAND ISSUES AND WOULD NOT DO ANYTHING AT ALL FOR THIS GRIEVANT. DR. SHAH DID NOTHING AT ALL FOR GRIEVANT'S INJURIES AT ALL.

ALL ABOVE ISSUES/ALLEGATIONS ARE TO BE ADDRESSED AND RESPONDED TO. ANY FAILURE TO RESPOND TO ANY SINGLE ISSUE WILL BE CONSIDERED AN ADMISSION TO THAT ISSUE, AND STILL CONTINUES TO THIS DATE OF GRIEVANCE (SIC)

RELIEF REQUESTED:

① THAT GRIEVANT RECEIVE MEDICAL CARE FOR BROKEN FINGER, NECK INJURY, RIGHT HAND INJURY [illegible] M.R.I. AND MUSCLE RELAXERS FOR NECK, CARE FOR BROKEN FINGER AND RIGHT HAND INJURY TO FIX THE ISSUES

② THAT A FULL [illegible] INVESTIGATION OF ABOVE ISSUES BE CONDUCTED;

③ THAT ALL ABOVE ISSUES BE RESPONDED TO INDIVIDUALLY AND ADDRESSED.

THIS GRIEVANCE IS IN PREPERATION FOR LITIGATION,
WHERE THIS GRIEVANT CAN IN FACT PROVE ALL ABOVE ALLEGATIONS

[illegible] 36 [illegible]

DOC 0046 (8/2001)

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Bertz, David_

Register # _S03210_                              Date: _Jan. 25, 2018_

Facility: _Menard_

This is in response to your grievance received on _1/19/18_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _10/10/17_  Grievance Number: _8-11-17_  Griev Loc.: _Menard_

- ○ Transfer denied by the Facility
- ○ Dietary
- ○ Personal Property
- ○ Mailroom/Publications
- ○ Assignment (job, cell)

- ○ Commissary
- ○ Trust Fund
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
   Incident # _____
- ○ Other _Medical (untreated staff_
   _infractions) ICEA Report Oct_ _2017_

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Upon interview with IH Bertz declined to file_
_Pres + Curr. Me visit, ARB declined._

FOR THE BOARD: _S. Benton_                CONCURRED: _John R. Baldwin_

Sherry Benton
Administrative Review Board
Register No. _S03210_

CC: Warden: _Bertz, David_  Correctional Center

_MVL_
_EX 62_  _168_
_1-1_  _132_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

OERCP2101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 36C
PRINTED SCHED. CALL PASS

PAGE: 369
RUN DATE: 1 25 2018
RUN TIME: 10:19:16 AM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: S03210 BENTZ,DAVID R                  Maximum    A    Moderate
PRIMARY: UNASSIGNED ,PARTICIPANT-MEN710030009

MEN:MEN:SU:08:46:L1

DESTINATION: SU                             AT:
                                            7:30:00
                            DAY: 1/26/2018   AM

PASS TYPE: NURSE PRACTITIONER
COMMENTS: NP MOLDENHAUER / DONE IN CELLHOUSE / MUST HONOR
AUTHORIZED: Kristen Schmidt

CELL HOUSE SIGNATURE: _____    TIME: ___:___
DESTINATION SIGNATURE: _____    TIME: ___:___
    EXIT SIGNATURE: _____    TIME: ___:___
  RETURN SIGNATURE: _____    TIME: ___:___

SEEN "C" CLINIC
FOR "C" CLINIC

① TOLD ABOUT THYROID

② LEFT RING FINGER ISSUES

③ LEFT INDEX FINGER ISSUES

④ RIGHT HAND ISSUES

⑤ NECK ISSUES

⑥ VISION ISSUES CAUSED BY NECK ISSUES

REFUSED TO DO ANYTHING WAS TOLD TO SUE HIM IF I WANTED CARE.

MOLDENHAUER

MUL
EY 68    MUL
         133
         1-1

Bruce Rauner
Governor

John Baldwin
Acting Director



# The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: Bentz, David

Register # S03210

Facility: Menard

Date: Feb. 22, 2018

This is in response to your grievance received on 2/20/18. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/8/17   Grievance Number: 229-12-7   Griev Loc: Menard

○ Transfer denied by the Facility
○ Dietary
Ⓞ Personal Property H.Kin 4/8/17
○ Mailroom/Publications
○ Assignment (job, cell)

○ Commissary
○ Trust Fund
○ Conditions (cell conditions, cleaning supplies)
○ Disciplinary Report dated _____
   Incident # _____
Ⓞ Other TACT c/o Intensible

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

○ Denied, in accordance with DR504F, this is an administrative decision.

Ⓞ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504-80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: Illinois tendered claims - no indication any items were taken.

S. Benton

FOR THE BOARD: _____

Sherry Benton
Administrative Review Board

CONCURRED: _____

John R. Baldwin
Acting Director

CC: Warden, Menard Correctional Center
    Bentz, David   Register No. S03210

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ONE RADIOLOGY
Normal, IL 61761
Date: October 13, 2014

PATIENT: Bentz, David
ID#: S03210
DOB: 5/30/75
Ordered by: Trost
Menard Correctional Center

CERVICAL SPINE TWO VIEWS    10/10/2014

HISTORY: Neck pain. Injured in an altercation on 5/2014.

FINDINGS:
AP and lateral views were obtained.

There is good alignment.

No loss of vertebral body height is seen.

No disc space narrowing is noted.

Posterior elements appear intact.

No prevertebral swelling noted.

IMPRESSION:

No abnormality noted.

Signed _____ J. Foss, M.D.

JF:eg
DIC: 10/13/2014
Films from Menard Correctional Center

M.D. Review
Date    10/22/14
Doctor
Pull Chart
See Patient
File

BENTZ MCC (MR) 0126

OneRadiology
Normal, Illinois
January 26, 2016

BENTZ, DAVID
ID #: S03210
DOB: 05-30-75
Ordered by: Dr. Trost
Menard Correctional Center

CERVICAL SPINE THREE VIEWS JANUARY 25, 2016:

HISTORY:  Chronic neck pain.

Three images were performed.  Comparisons are made to a prior study dated October 10, 2014.
There is no fracture or acute bony abnormality.  There are minimal degenerative changes with
minimal hypertrophic spurring of a few levels in the cervical spine.

IMPRESSION:  Minimal degenerative changes.

Signed _____
A. Cordoba, M.D.

Dic:1-26-2016

Films from Menard Correctional Center

M.D. Review
Date
Doctor
Pull Chart
See Patient

BENTZ MCC (MR) 0127

ONE RADIOLOGY

Normal, Illinois

June 16, 2017

PATIENT NAME:  Bentz, David

NUMBER:  S03210

DATE OF BIRTH: 5/30/75

Ordered by:  Siddiqi

Menard Correctional Center

LUMBAR SPINE TWO VIEWS  6/15/2017

HISTORY: Lower back pain.

FINDINGS:  There is significant loss of disc height at L5-S1 level suggestive of degenerative disc disease. Minor endplate changes are seen at other four segments.  There is no compression fracture or subluxation.

N. Yousuf, M.D.

NY:eg

Films from Menard Correctional Center

M.D. Review
Date
Doctor
Pull Chart
See Patient
File

BENTZ MCC (MR) 0128

received
6-21-17

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-623-1397 • Fax: 814-629-7644

Reorder From: **MED-PASS** 800-438-8884

| Field | Value |
|---|---|
| Patient | BENTZ, DAVID, S03210 |
| Inmate Name and Number | NU-6-12 |
| Location | NU-6-12 |
| Facility | MENARD CORR CTR |
| Allergies | NO KNOWN DRUG ALLERGY |
| Charting For | 05/01/2017 |
| Through | 05/31/2017 |

Form # 51X2JAR (Rev. 0013)

**MEDICATIONS**

IBUPROFEN 600MG TAB
SUB FOR: MOTRIN
TAKE 1 TABLET(S) BY MOUTH THREE
TIMES A DAY AS NEEDED
MOLDENHAUER, MICHAEL

Original Order 4/4/2017
Discontinue 5/2/2017
Rx # 5278243L

Hours: 0700, 1300, 1800

MUL 158
MUL EX #73
1-8

# MEDICATION ADMINISTRATION RECORD    BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 5-18-17 Discontinue 11-18-17 Rx # | Ibuprofen 600mg PO bid x 6mo | | | | | | | | | | | | | MW | | | SNO | | | | | | | | | | | | | | | | | |
| Original Order 6/13/17 Discontinue 12/13/17 Rx # | Motrin 600mg TID PRN | | | | | | | | | | | | | 60 C | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order BENTZ MCCR Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| R) D120 | | | | | An Amber | | | | |

| Location NU 6-12 | Date of Birth or Soc. Sec. No. | Allergies | | | Diagnosis |
| Inmate Name and Number Bentz, David 803211D | | Facility MCC | Charting for | Through | |

Form # 8192LNR   (Rev. 06/12)       Reorder From: MED-PASS  800-438-8884



# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 8/16/2017 Discontinue 12/12/2017 Rx # 53002373 | IBUPROFEN 600MG TAB SUB FOR: MOTRIN    SIDDIQUI, MOHAMMED TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED (#60/MONTH) ✓ | 0700 1300 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

BENTZ-MCCARY 0121

| Initial/Signature | Initial/Signature | Initial/Signature | Initial/Signature | Initial/Signature |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies | | Diagnosis |
|---|---|---|---|---|
| NU-6-12 | | NO KNOWN DRUG ALLERGY | | |

| Inmate Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| BENTZ, DAVID  S03210 | MENARD CORR CTR | 07/01/2017 | 07/31/2017 |

Form # 5122LMR  (Rev. 06/13)   Reorder From: MED-PASS 800-438-8884



# MEDICATION ADMINISTRATION RECORD     BOSWELL PHARMACY SERVICES
## 814-629-1397 · Fax: 814-629-7644



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Original Order  
IBUPROFEN 600MG TAB  
SUB FOR: MOTRIN    SIDDIQUI, MOHAMMED  
6/16/2017   TAKE 1 TABLET(S) BY MOUTH THREE  
Discontinue   TIMES A DAY AS NEEDED (#60/MONTH)  
12/12/2017  
Rx #  

0700  
1300  DC'd 8/24/17  
1900  

Original Order  
8/24/17   Motrin 7.5mg PO.  
Discontinue   dly Xlmos.  
2/24/18  

DC 8/29/17

Original Order  
8/29/17   Motrin 600mg  
Discontinue   PO TID PRN  
9/29/17   x1mo  
Rx #  

Original Order  
Discontinue  
Rx #  

Original Order  
Discontinue  
Rx #  

Original Order  
BENTZ MCG  
Discontinue  

| INITIAL/SIGNATURE | INITIAL/SIGNATURE | INITIAL/SIGNATURE | INITIAL/SIGNATURE | INITIAL/SIGNATURE | INITIAL/SIGNATURE |

R/0122

TS (signature)

Location  
NU-6-12  
Inmate Name and Number  
BENTZ, DAVID, S03210  
Form # 6183LMR (Rev. 08/13)

Date of Birth or Soc. Sec. No.

Allergies  
NO KNOWN DRUG ALLERGY

Facility  
MENARD CORR CTR

Charting for  
08/01/2017

Through  
08/31/2017

Diagnosis

Reorder From: MED-PASS 800-438-8884

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
### 814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Original Order** 8/27/17 IBUPROFEN 600MG TAB SUB FOR MOTRIN   SIDDIQUI, MOHAMMED TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED (#60/MONTH) **Discontinue** 9/29/17 Rx# | 0760 1300 1800 | | SNO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Original Order** 9-20-17 MOTRIN 600mg Po BID PRN   X1 mo **Discontinue** 10-20-17 Rx# | | | | | | | | | | | | | | | | | | | | | 20 | | | | | | | | | | | |
| **Original Order** 9-20-17 Robaxin 500mg Po BID PRN   X1mo **Discontinue** 10-20-17 Rx# | | | | | | | | | | | | | | | | | | | | | 20 | | | | | | | | | | | |
| **Original Order** **Discontinue** Rx# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Original Order** **Discontinue** Rx# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Original Order** **Discontinue** Rx# | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

BENTZ, MCRJ D123

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| TR | Trabelsan | | | | | | | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies | | Diagnosis |
|---|---|---|---|---|
| NU-6-12 | | NO KNOWN DRUG ALLERGY | | |

| Inmate Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| BENTZ, DAVID  S03210 | MENARD CORR CTR | 09/01/2017 | 09/30/2017 |

Form # 61831-MR   (Rev. 08/13)   Reorder From: MED-PASS 800-438-8884

# MEDICATION ADMINISTRATION RECORD   BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 10/02/17 Discontinue X3mo Rx # | Robaxin 500mg BID | | | | | | ω | | | | | | | | | | | | | | | | | | | | #5 ω | | | | | |
| Original Order 10/02/17 Discontinue X3mo Rx # | Ibuprofen 600mg TID | | | | | #5 12 | | | | | | | | | | | | | | | | | | | | | #50 | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

BENTZ MCC

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | JR Trabu Lam | | | | | | | | |

| Location NU 612 | Date of Birth or Soc. Sec. No. | Allergies NKDA | | | | Diagnosis |
|---|---|---|---|---|---|---|
| Inmate Name and Number Bentz, David | S03210 | Facility MCC | Charting for | Through | | |

Form # 8182LMR   (Rev. 08/13)     Reorder From: MED-PASS 800-438-8884

# MEDICATION ADMINISTRATION RECORD   BOSWELL PHARMACY SERVICES

**814-629-1397 • Fax: 814-629-7644**



| EFFECTIVE DATE | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 10/4/2017 Discontinue 1/1/2018 Rx # 53329575 | IBUPROFEN 600MG TAB SUB FOR: MOTRIN   SIDDIQUI, MOHAMMED TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY | 0700 1300 1900 | | | | | | | | | | | | | | | | | | | GO | | | | | | | | | | | | | |
| Original Order 10/4/2017 Discontinue 1/1/2018 Rx # 53329569 | METHOCARBAMOL 500MG TAB SUB FOR: ROBAXIN   SIDDIQUI, MOHAMMED TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | 0700 1900 | | | | | | | | | | | | | | | | | | | GA | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Location NU-6-12 | Date of Birth or Soc. Sec. No. | Allergies NO KNOWN DRUG ALLERGY | | | Diagnosis |
|---|---|---|---|---|---|
| Inmate Name and Number BENTZ, DAVID  S03210 | | Facility MENARD CORR CTR | Charting for 11/01/2017 | Through 11/30/2017 | |

Form # 8182LMR   (Rev. 08/13)   Reorder From: MED-PASS 800-438-8884

BENTZ, MCCARTNEY 0125

# MEDICATION ADMINISTRATION RECORD    BOSWELL PHARMACY SERVICES

814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 05/18/17 Discontinue 07/18/17 Rx # | Robaxin 500mg PO BID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 05/18/17 Discontinue 11/18/17 Rx # | Ibuprofen 600mg PO BID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

BENTZ MCG R 0112

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies | | | Diagnosis |
|---|---|---|---|---|---|
| N2-6-12 | | NKDA | | | |
| Inmate Name and Number | | Facility | Charting for | Through | |
| David Bentz 503210 | | Menard | | | |

Form # 6182LMR   (Rev. 05/13)    Reorder From: MED-PASS 800-438-8884

# State of Illinois - Department of Corrections

NU 06-12

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S03210 | **Counseling Date** | 12/12/17 08:30:35:747 |
| **Offender Name** | BENTZ, DAVID R. | **Type** | Collateral |
| **Current Admit Date** | 12/10/2009 | **Method** | Other |
| **MSR Date** | | **Location** | MEN ASSISTANT WARDEN OF PROGRAM |
| **HSE/GAL/CELL** | NU-06-12 | **Staff** | QUICK, SARA A., Correctional Officer |

Grievance Office received grievance #8-11-17 for Staff Conduct, dated 10/10/17.

MUL
EX #74
1-1

MUL
166

**Print Date   12/12/2017**

*NU. 6-12*

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | | |
|---|---|---|---|---|
| **IDOC #** | S03210 | **Counseling Date** | 12/12/17 13:04:57:327 | |
| **Offender Name** | BENTZ, DAVID R. | **Type** | Collateral | |
| **Current Admit Date** | 12/10/2009 | **Method** | Other | |
| **MSR Date** | | **Location** | MEN ASSISTANT WARDEN OF PROGRAM | |
| **HSE/GAL/CELL** | NU-06-12 | **Staff** | DWIGHT, DAVID L., Office Coordinator | |

Your grievance, dated 10/10/17 (No. 8-11-17) regarding Medical Treatment has been received for 2nd level (Grievance Officer) review.

**Print Date  12/12/2017**

*MUL*
*EX# 75*
*1-1*

*MUL*
*167*

# State of Illinois - Department of Corrections

## Counseling Summary

NU
6-12

| | | | |
|---|---|---|---|
| **IDOC #** | S03210 | **Counseling Date** | 12/14/17 09:46:23:800 |
| **Offender Name** | BENTZ, DAVID R. | **Type** | Collateral |
| **Current Admit Date** | 12/10/2009 | **Method** | Other |
| **MSR Date** | | **Location** | MEN ASSISTANT WARDEN OF PROGRAM |
| **HSE/GAL/CELL** | NU-06-12 | **Staff** | QUICK, SARA A., Correctional Officer |

Grievance Office received grievance #229-12-17 marked emergency by offender for Shakedown, dated 12/8/17.

**Print Date 12/14/2017**

EX#76
1-1

MLL
168

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

January 2, 2018

David Bentz
Register No. S03210
Menard Correctional Center

Dear Mr. Bentz:

This will finalize the Administrative Review Board's report dated November 16, 2017 in response to your grievance received on November 13, 2017, regarding Medical (Tx Broken Finger/Neck), which was alleged to have occurred at Menard Correctional Center.

This office had remanded the specific issues against Security Staff, back to Menard's Grievance Office to review and to provide a report of findings. Within the original review, Offender Bentz submitted a grievance dated September 2, 2017, regarding a host of alleged claims against staff and lack of medical treatment. All but the specific claims against Security Staff cited were previously addressed in our November 16, 2017 letter.

This office reviewed the amended Grievance Officer's Report (137-9-17) and subsequent recommendation dated December 19, 2017 and approval by the Chief Administrative Officer on December 22, 2017.

Based on a total review of all available information, it is the opinion of this office that the claims set forth in this grievance are unsubstantiated; therefore, this grievance is denied.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _John R. Baldwin_

John R. Baldwin
Acting Director

cc:   Warden, Menard Correctional Center
David Bentz, Register No. S03210

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov idoc

ADMINISTRATIVE REVIEW BOARD                    01/03/2018
    I D.O. WISH TO MAKE ENCLOSED GRIEVANCE #137-9-17
A PREJ. CLAIM.

David Bentz
DAVID BENTZ
#S-03210

MUL
EXHIBIT
1-1

MUL
170

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S03210 | **Counseling Date** | 01/22/18 11:22:57:723 |
| **Offender Name** | BENTZ, DAVID R. | **Type** | Collateral |
| **Current Admit Date** | 12/10/2009 | **Method** | Other |
| **MSR Date** | | **Location** | MEN ASSISTANT WARDEN OF PROGRAM |
| **HSE/GAL/CELL** | SU-08-46 | **Staff** | QUICK, SARA A., Correctional Officer |

Grievance Office received grievance #229-12-17 (2nd level review) for Shakedown, dated 12/8/17.

**Print Date  1/22/2018**

(HARD COPY)

NECK, FINGER, HAND, THYROID,
CLOTHING, ETC.-

3RD TO LASHBROOK BY SU-8 BOX IN SEALED
ENVELOPE ON 01/26/18

☑ OTHER: DENIAL OF SERIOUS
MEDICAL CARE AND CHRONIC
PAIN (N.P. MOLDENHAUER)
RETALIATION

01/26/2018

# GR # 5114-18

MEMORIAL

(3RD) THIRD GRIEVANCE   EMERGENCY GRIEVANCE TO WARDEN LASHBROOK (TO M. ATAL)

THIS GRIEVANCE IS BEING BROUGHT AGAINST JOHN AND JANE DOE, et al., PRIVY RESPONDENTS,
ADMINISTRATIVE, SUPERVISORIAL, SECURITY, MEDICAL PERSONEL, AND OTHER PERSONEL, OF THE
ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) (TO INCLUDE THOSE CONTRACTED FOR OR BY I.D.O.C. AND
WEXFORD HEALTH SERVICES AND N.P. MIKE MOLDENHAUER AND OTHER UNIDENTIFIED JOHN AND JANE DOE, et al.)
WHO, IN THEIR PROFESSIONAL, INDIVIDUAL OR OFFICIAL CAPACITIES DO PROMULGATE,
AUTHORIZE, TRAIN, COLLUDE, ACQUIESCE, OR OTHERWISE DIRECT THIS GRIEVANT TO BE DEPRIVED
OF MEDICAL CARE, MEDICAL CARE ACCESS, PAIN MEDICATION, AND OTHER FOR EXTENDED PERIODS
OF TIME, AND/OR FOR NO REASON AT ALL, AND/OR FOR FILING GRIEVANCES ON PRIVY
RESPONDENTS (IN RETALIATION FOR GRIEVANCES). THIS GRIEVANCE IS BEING SUBMITTED IN
CONTEMPLATION OF AND PREPARATION FOR LITIGATION ALLEGING DELIBERATE INDIFFERENCE,
CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF PRESCRIBED PAIN MEDICATION, DENIAL OF
MEDICAL CARE, RETALIATION FOR GRIEVANCES, ALLEGING VIOLATION OF STATE LAW, AND
STATE AND FEDERAL CONSTITUTIONAL RIGHTS.
THIS GRIEVANCE ARISES FROM THE PRIVY RESPONDENTS' DENYING THIS GRIEVANT OF
MEDICAL CARE FOR CHRONIC PAIN, SERIOUSE MEDICAL (CHRONIC) NEEDS FOR THIS GRIEVANTS,
THYROID(S), NECK INJURY, BROKEN LEFT RING FINGER, INDEX FINGER ON LEFT HAND,
RIGHT HAND ISSUES, AND CHRONIC PAIN, TROUBLE BREATHING, SWOLLOWING
EATING AND OTHER WHICH ARE ALL OBVIOUSE TO THE LAY PERSON, AND IN
RETALIATION FOR GRIEVANT FILING GRIEVANCES ON PRIVY RESPONDENTS.
AS A DIRECT RESULT OF INADEQUATE CLOTHING (DESCRIBE IN PREVIOUSE GRIEVANCE)
THIS GRIEVANT GOT SICK (DO TO EXTREEM COLD WEATHER) AND SHORTLY AFTER A SERIOUSE
SICKNESS THIS GRIEVANT THEN GOT THE FLUE, WHERE FROM THE FLUE, AND SICKNESS
AS A DIRECT RESULT OF ABOVE ISSUES THIS GRIEVANTS THYROID(S) INFLAMED DURING
GRIEVANT ABOVE SICKNESS, CAUSING GRIEVANT TO HAVE TROUBLE SWOLLOWING, EATING,
BREATHING, AND CHRONIC PAIN, INFLAMING GRIEVANTS NECK INJURY (PREVIOUSLY GRIEVED), THIS
GRIEVANT ALSO SUFFERS CHRONIC PAIN DO TO BROKEN LEFT RING FINGER, LEFT HAND INDEX
FINGER, RIGHT HAND ISSUES, AND NECK ISSUES ALL CONTINUED TO BE UNTREATED
THIS GRIEVANT HAS BEEN SICK FROM ABOUT DECEMBER 22, 2017 THROUGHOUT ABOUT
JANUARY 27, 2018, WHERE THIS GRIEVANT HAS CONTINUALLY PUT IN FOR SICK CALL (COUNTLESS
TIMES) ALL TO NO AVAIL.
ON JANUARY 26, 2018, THIS GRIEVANT WAS SEEN WITHIN THE SOUTH UPPERS (SU-846)
CELL HOUSE FOR SICK CALL FOR "C" CLINIC (A COMPLETELY UNRELATED ISSUE(S)),
THE BY N.P. MIKE MOLDENHAUER, WHERE THIS GRIEVANT REQUESTED CARE FOR GRIEVANTS
CHRONIC ISSUES, CHRONIC PAIN, THYROID(S) AND ALL OTHER AS ABOVE DESCRIBED IN
THIS GRIEVANCE, WHERE MOLDENHAUER ASKED GRIEVANT HOW MUCH TIME GRIEVANT HAD
(i.e. WHEN GRIEVANT WAS GOING HOME) GRIEVANT TOLD MOLDENHAUER THAT GRIEVANT HAD
NATURAL LIFE, WHERE MOLDENHAUER STATED "I REMEMBER YOU, YOU KEEP
RIGHTING GRIEVANCES ON ME" AND THEN TOLD GRIEVANT "I WILL NOT DO ANYTHING
FOR YOU BECAUSE YOU HAVE A LIFE SENTENCE AND BECAUSE YOU WRITE GRIEVANCES
ON ME YOU SHOULD HAVE THOUGHT ABOUT THAT BEFORE YOU FILED A GRIEVANCE." MOLDENHAUER
REFUSED TO DO ANYTHING AND TOLD GRIEVANT TO SUE HIM, HE DID NOT CARE BECAUSE
THERE WOULD BE NO REPERCUTIONS   (OVER →)   AND A JURY WOULD BELIEVE HIM
OVER ME, BECAUSE GRIEVANT IS A PRISONER.

(MUL 172)

(MUL EX #80, 1-2)

THIS IS GRIEVANTS THIRD (3RD) GRIEVANCE TO DATE REGARDING ALL ABOVE MEDICAL ISSUES, AND COUNTLESS MEDICAL REQUEST ALL TO NO AVAIL. IT SHOULD ALSO BE NOTED THAT ANY FAILURE TO RESPOND TO ANY ABOVE ISSUE WILL BE CONSIDERED AN ADMISSION AND A DENIAL OF THIS GRIEVANCE WILL RESULT IN LITIGATION (EM.)

RELIEF REQUESTED: THAT GRIEVANT RECEIVE ADEQUATE MEDICAL CARE FOR ABOVE LISTED ~~ISSUES~~ CHRONIC/SERIOUS MEDICAL NEEDS AND MEDICATION[S]

DATE: 01/26/18

MUL
EX # 80
2-2

MUL
173

## State of Illinois - Department of Corrections
## Counseling Summary

SU 8·46

| | | | |
|---|---|---|---|
| **IDOC #** | S03210 | **Counseling Date** | 03/15/18 11:06:57:157 |
| **Offender Name** | BENTZ, DAVID R. | **Type** | Collateral |
| **Current Admit Date** | 12/10/2009 | **Method** | Other |
| **MSR Date** | | **Location** | MEN ASSISTANT WARDEN OF PROGRAM |
| **HSE/GAL/CELL** | SU-08-46 | **Staff** | QUICK, SARA A., Correctional Officer |

Grievance Officer received grievance # 511-1-18 (2nd Level Review) for medical treatment, dated 1-26-18.

MUL MUL
Exhibit 178
1-1

**Print Date** 3/15/2018

Inmate Id: S03210

Name: BENTZ, DAVID

Chair Code: SHBE

Grv Type: L

Grv Code: MEDICAL

Receive Date: 01/19/2018

Hearing Date: 00/00/0000

Mailing Date: 00/00/0000

Grv Loc: MENARD CC

Hearing Loc: MENARD CC

Ret Form Ind:

Modify Ind:

Deny Ind:

Favorable Ind:

Deferred Ind:

Moot Ind:

Grievance Number: 8-11-17

Incident Number:

Incident Date: 00/00/0000

Incident Inst:

Date Receipted: 01/23/2018

Comments: GRV# 8-11-17. GRVS NEED FOR PROPER MED TX FOR SEVERAL ISSUES INCLUDING LEFT HAND. GRV IS DATED 10/10/17.

Inmate Id: S03210

Name: BENTZ, DAVID

Chair Code: SHBE

Grv Type: L

Grv Code: MEDICAL

Receive Date: 11/13/2017

Hearing Date: 00/00/0000

Mailing Date: 00/00/0000

Grv Loc: MENARD CC

Hearing Loc: MENARD CC

Ret Form Ind:

Modify Ind:

Deny Ind:

Favorable Ind:

Deferred Ind:

Moot Ind:

Grievance Number: 137-9-17

Incident Number:

Incident Date: 00/00/0000

Incident Inst:

Date Receipted: 11/14/2017

Comments: GRVS# 137-9-17. GRVS MED TX GIVEN FOR BROKEN FINGER. GRV IS DATED 9/2/17.



| | | | |
|---|---|---|---|
| Inmate Id: | S03210 | Ret Form Ind: | ▼ |
| Name: | BENTZ, DAVID | Modify Ind: | ▼ |
| Chair Code: | SHBE ▼ | Deny Ind: | ▼ |
| Grv Type: | L ▼ | Favorable Ind: | ▼ |
| Grv Code: | MEDICAL ▼ | Deferred Ind: | ▼ |
| Receive Date: | 11/13/2017 | Moot Ind: | ▼ |
| Hearing Date: | 00/00/0000 | Grievance Number: | 136-9-17 |
| Mailing Date: | 00/00/0000 | Incident Number: | |
| Grv Loc: | MENARD CC ▼ | Incident Date: | 00/00/0000 |
| Hearing Loc: | MENARD CC ▼ | Incident Inst: | ▼ |
| | | Date Receipted: | 11/14/2017 |

**Comments:** GRV 136-9-17 ON TX FOR BROKEN FINGER. GRV IS DATED 8/11/17.

N. UL
EX#84
i-1                    MUL
                       177

ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
CLASS SPECIFICATION

CORRECTIONAL OFFICER

POSITION CODE: 09675
Effective: 12-1-02

DISTINGUISHING FEATURES OF WORK:

Under direct supervision, performs security and custodial duties in a correctional center supervising the movements, conduct, work, discipline, recreation and training of residents; controls residents from stations in cell houses, yards, towers, dormitories, dining halls, or on work details; enforces rules of conduct, security and work standards by verbal admonishments for minor deviations or by making written reports of significant violations to superiors; enforces and maintains disciplinary, safety, sanitary, security and custodial measures.

ILLUSTRATIVE EXAMPLES OF WORK:

1. Stands guard in a tower armed with firearms; patrols yards, grounds cell house or corridors, dormitories and work areas; assists in searching for fugitives, and their capture and return to the institution.

2. Escorts individuals or groups of residents to work assignments; maintains order and discipline in workshops during bathing, meals and recreation; requires residents to meet standards; keeps perpetual count on residents assigned.

3. Acts as turnkey, or as guard on gates; or guard hall duty, or in charge of visiting rooms or armory; searches residents, cells, cell houses or work locations for contraband.

4. Inspects quarters, facilities and work locations for unauthorized objects or materials; checks on sanitary conditions, fire and safety hazards, such as unsafe tools, equipment or machinery; makes reports on irregularities.

 5. Issues clothes, provisions, tools and other commodities to residents; controls use and preservation of same.

6. May search visitors and supervise residents on transfers to other correctional centers and to courts; responsible for safe arrival and/or return of residents.

2

## CORRECTIONAL OFFICER (Continued)

7.   Performs other duties as required or assigned which are reasonably within the scope of the duties enumerated above.

DESIRABLE REQUIREMENTS:

<u>Education and Experience</u>
Requires knowledge, skill and mental development equivalent to completion of four years of high school.
Requires successful completion of an approved Correctional Officer training program.

<u>Knowledges, Skills and Abilities</u>
Requires working knowledge and understanding of the methods and objects of discipline required to handle persons under restraints.
Requires ability to control and direct residents.
Requires ability to maintain satisfactory working relationships with others.
Requires ability to prepare reports of unusual happenings, accidents or violations of rules.
Requires ability to enforce rules, regulations and requirements of the correctional center.
Requires ability to train residents in performing required tasks.
Requires ability to train other employees for relief duty on days off, vacation, sick leave and other absences.
Requires ability to understudy and to assume duties of immediate supervisor in the event of vacation, sick leave or emergency.
Requires ability and willingness to give and follow orders.
Requires ability to remember names and faces.
Requires alertness and ability to act courageously, quickly and effectively in an emergency.
Requires ability to keep abreast of progress and study in the field of corrections, and to read books and periodicals covering new operations.
Requires ability to report fellow employees for violations of rules that could endanger the correctional center.
Requires ability to create and maintain public attitudes that reflect favorably on the institution program.
Requires ability to recognize the importance of sanitation, and to apply regulations as directed.
Requires ability to properly use firearms.
In addition to English verbal and written skills, candidates may be required to translate, speak and write a foreign language at a colloquial skill level.  Some positions may require manual communication skills.